## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

TRAVELODGE HOTELS, INC.,

    Plaintiff,

    v.                                C-1-01-784

GOPAL GOVAN,

    Defendant/Third-Party Plaintiff,

    v.

CINCINNATI TRAVELODGE,

    Third-Party Defendant.

## **ORDER**

The parties have filed proposed findings of fact and conclusions of law in connection with plaintiff's and third-party defendant's motions for summary judgment. The movants have failed to file with their reply memoranda highlighted copies of defendant/third-party plaintiff Gopal Govan's proposed findings of fact and conclusions of law as required by the Court's Order of August 2, 2002 (doc. 18). Accordingly, the Court will accept Govan's proposed findings of fact and conclusions of law as undisputed unless

movants submit highlighted copies within seven (7) days of the date of this Order. The Court will defer ruling on the motions for summary judgment until each movant has had an opportunity to submit a highlighted copy.

**IT IS SO ORDERED.**

                                                                 S/Herman J. Weber
                                                            HERMAN J. WEBER
                              SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-784ryb