UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01-784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| v. | ) | |
| | ) | |
| GOPAL GOVAN, | ) | |
| | ) | **PLAINTIFF TRAVELODGE HOTELS,** |
| Defendant/Third-Party Plaintiff, | ) | **INC.'S NOTICE OF MANUAL FILING** |
| v. | ) | **OF ITS HIGHLIGHTED VERSION OF** |
| | ) | **DEFENDANT GOPAL GOVAN'S** |
| CINCINNATI TRAVELODGE, | ) | **PROPOSED FINDINGS OF FACT AND** |
| | ) | **CONCLUSIONS OF LAW** |
| Third-Party Defendant. | ) | |

Plaintiff Travelodge Hotels, Inc. ("THI") gives notice of its manual filing of its highlighted version of Defendant Gopal Govan's Proposed Findings of Fact and Conclusions of Law. THI's highlighted version is being filed manually because the highlighting is not conducive to electronic filing. THI has manually served counsel with copies of this document.

Respectfully submitted,

/s/ Nancy A. Oliver
Marc J. Kessler (0059236) (Trial Attorney)
HAHN, LOESER AND PARKS, LLP
1050 Fifth Third Center
21 East State Street
Columbus, Ohio 43215-4224
Telephone: (614) 233-5148
Facsimile: (614) 233-5149
E-mail: mjkessler@hahnlaw.com

2

-and-

Steven A. Goldfarb (0030186)
Rose Marie Fiore (0065243)
Nancy A. Oliver (0071142)
HAHN, LOESER AND PARKS, LLP
3300 BP Tower
200 Public Square
Cleveland, Ohio 44114
Phone: (216) 621-0150
Fax: (216) 241-2824
Email: sagoldfarb@hahnlaw.com
　　　　rmfiore@hahnlaw.com
　　　　naoliver@hahnlaw.com

Attorneys for Plaintiff
Travelodge Hotels, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiff Travelodge Hotels, Inc.'s Notice of Manual Filing was served, by regular U.S. mail, postage prepaid, this 4th day of November, 2003, upon the following:

Eric C. Holzapfel
James D. Houston
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202

Attorneys for Defendant Gopal Govan

Alan J. Statman
Brian T. Giles
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202

Attorneys for Third-Party Defendant
Cincinnati Travelodge


/s/ Nancy A. Oliver
One of the Attorneys for Plaintiff