Respectfully submitted,

STATMAN, HARRIS, SIEGEL & EYRICH, LLC


s/Alan J. Statman_____
Alan J. Statman (0012045)
2900 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio 45202
(513) 621-2666
(513) 631-4896 (fax)
Counsel for Cincinnati Travelodge

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned does hereby certify that a copy of the foregoing was served via ordinary mail on the  26th  day of February 2004 upon the following:

Marc J. Kessler
Hahn Loeser & Parks
21 E. Second Street
10th Floor
Columbus, Ohio 43215-4224

Nancy A. Oliver
Rose Marie Fiore
Steven A. Goldfarb
Hahn Loeser & Parks
3300 BP Tower America Building
200 Pubic Square
Cleveland, Ohio 44114-2301

Eric A. Holzapfel
Wood & Lamping
600 Vine Street
Suite 2500
Cincinnati, Ohio 45202

Alan J. Statman /s/_____
Alan J. Statman

1