UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01 784 |
| Plaintiff, | ) ) | JUDGE WEBER |
| v. | ) ) | |
| GOPAL GOVAN, | ) ) ) | **PLAINTIFF'S SUBMISSION OF EVIDENCE IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS** |
| Defendant/Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CINCINNATI TRAVELODGE, | ) ) | |
| Third-Party Defendant. | ) ) ) | |

Plaintiff Travelodge Hotels, Inc. ("THI") respectfully submits its evidence in support of the Court's award of attorneys' fees and costs as set forth in its Order dated January 8, 2004 (ECF #65). THI requests that the Court award its attorneys' fees and costs in the total amount of $69,808.57. The evidence detailing the amount of THI's attorneys' fees and costs is set forth in the Affidavit of Steven A. Goldfarb which is attached as Exhibit A.

CLE - 830778.1

<div style="display: flex;">

<div>
OF COUNSEL:

HAHN LOESER & PARKS LLP
</div>

<div>
Respectfully submitted,

   /s/ Steven A. Goldfarb
Steven A. Goldfarb (0030186)
  sagoldfarb@hahnlaw.com
Nancy A. Oliver (0071142)
  naoliver@hahnlaw.com

3300 BP Tower
200 Public Square
Cleveland, Ohio 44114-2301
(216) 274-2347

Attorneys for Plaintiff Travelodge Hotels, Inc.
</div>

</div>

CLE - 830778.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March 2004, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven A. Goldfarb
_____
One of the Attorneys for Plaintiff

CLE - 830778.1