# EXHIBIT A-1

## INDEX

| TAB | INVOICE DATE | TIME PERIOD BILLED IN INVOICE | FEES | COSTS |
|---|---|---|---|---|
| 1. | 10/22/2001 | 9/2001 | $2,244.50 | $58.60 |
| 2. | 11/20/2001 | 10/2001 | 1,453.50 | 150.00 |
| 3. | 01/10/2002 | 11/2001-12/2001 | 501.00 | 37.94 |
| 4. | 02/06/2002 | 1/2002 | 654.00 | --- |
| 5. | 03/21/2002 | 2/2002 | 6,391.00 | 237.99 |
| 6. | 05/07/2002 | 3/2002-4/2002 | 6,787.00 | 178.07 |
| 7. | 12/05/2002 | 5/2002-11/2002 | 1,634.00 | 34.62 |
| 8. | 04/29/2003 | 12/2002-3/2003 | 24,174.00 | 2,485.58 |
| 9. | 06/17/2003 | 4/2003-5/2003 | 10,659.00 | 762.86 |
| 10. | 08/31/2003 | 6/2003-7/2003 | 8,406.50 | 158.59 |
| 11. | 09/30/2003 | 9/2003 | 642.00 | --- |
| 12. | 11/12/2003 | 10/2003 | 544.00 | 21.08 |
| 13. | 01/21/2004 | 11/2003-12/2003 | 1,099.50 | 38.24 |
| 14. | 02/16/2004 | 1/2003 | 371.00 | --- |
| | TOTAL | | $65,561.00 | $4,163.57 |

CLE - 831210.1