# EXHIBIT 1



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                   Travelodge v. Gopal Govan (Site No 7032 Cincinnat
    Your Claim No.:    HFL00000508
    Our File No.:      29671-624

        Invoice No. 228780               Date: 10/22/01

          SUMMARY of CHARGES

           Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Goldfarb, Steven A. | SAG | $250/hr | 3.20 | 800.00 |
| Kaufman, Arthur M. | AMK | $235/hr | 0.20 | 47.00 |
| Oliver, Nancy A. | NAO | $140/hr | 7.60 | 1,064.00 |
| Tropf, Elizabeth D. | EDT | $115/hr | 2.90 | 333.50 |
| | | TOTAL CURRENT FEES | | 2,244.50 |

TOTAL CURRENT FEES:         13.90    $  2,244.50

TOTAL CURRENT COSTS:                 $     58.60

CURRENT INVOICE DUE:                 $  2,303.10

Hahn Loeser • Parks LLP    3300 BP Tower | 1200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com



Re:             Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:   29671-624

Invoice No. 228780                          Date: 10/22/01

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/01 | Attend to file maintenance. | EDT | L140 | 0.20 | 23.00 |
| 09/04/01 | Review file in preparation for drafting Complaint. | NAO | L110 | 2.30 | 322.00 |
| 09/05/01 | Conference with NA Oliver regarding enforcing New Jersey judgment. | EDT | L190 | 0.20 | 23.00 |
| 09/05/01 | Draft Complaint for infringement and liquidated damages. | NAO | L210 | 1.80 | 252.00 |
| 09/06/01 | Research G. Govan's address, status of any corporate for complaint; conference with NA Oliver regarding provisions of complaint. | EDT | L110 | 0.50 | 57.50 |
| 09/06/01 | Conference with NA Oliver regarding New Jersey judgment; research Hamilton County website regarding forms, procedures for domesticating a judgment. | EDT | L470 | 0.40 | 46.00 |
| 09/06/01 | Draft Complaint for infringement and liquidated damages. | NAO | L210 | 0.70 | 98.00 |
| 09/07/01 | Phone call to Clerk's office regarding procedure; draft affidavit; search website for forms; draft check request for filing fee; draft cover letter to Court. | EDT | L470 | 1.10 | 126.50 |
| 09/10/01 | Proofread and revision of Complaint for infringement and liquidated damages. | NAO | L210 | 0.60 | 84.00 |
| 09/10/01 | Review comment regarding need for evaluation; draft e-mail to SA Goldfarb regarding same. | AMK | L110 | 0.20 | 47.00 |
| 09/10/01 | Finalize praecipe and affidavit; draft letter to Clerk of Court regarding same; conference with NA Oliver regarding status. | EDT | L470 | 0.50 | 57.50 |

Hahn Loeser • Parks LLP    3300 BP Tower  2200 Public Square  |  Cleveland, OH  |  44114-2301
                           phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.: 29671-624

Invoice No. 228780                                    Date: 10/22/01

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/20/01 | Phone call with SA Goldfarb, M. Banks and T. Orben regarding and steps to be taken in drafting a Verified Complaint. | NAO | L210 | 0.30 | 42.00 |
| 09/20/01 | Review file and draft Complaint. | SAG | L210 | 1.80 | 450.00 |
| 09/21/01 | Draft and proofread Motion for Preliminary and Permanent Injunction. | NAO | L210 | 1.20 | 168.00 |
| 09/24/01 | Revision of Motion for Preliminary and Permanent Injunction to include request for TRO. | NAO | L210 | 0.40 | 56.00 |
| 09/24/01 | Phone call with SA Goldfarb regarding revisions; forward draft Verified Complaint to T. Orben. | NAO | L110 | 0.30 | 42.00 |
| 09/24/01 | Phone conference re: complaint and strategy re: temporary restraining order and injunction; review file re: same. | SAG | L210 | 1.40 | 350.00 |
| | TOTAL CURRENT FEES | | | 13.90 | 2,244.50 |

| Date | Costs Advanced | Code | Amount |
|---|---|---|---|
| | Filing Fee | $ | 34.00 |
| | Lexis | | 0.00 |
| | Overnight/Messenger Delivery | | 24.60 |
| | Westlaw | | 0.00 |
| | TOTAL CURRENT COSTS | | $58.60 |
| | CURRENT INVOICE DUE | | $2,303.10 |

Hahn Loeser • Parks LLP    3300 BP Tower  3200 Public Square  Cleveland, OH  44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com