# EXHIBIT 2



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                Travelodge v. Gopal Govan (Site No 7032 Cincinnat
    Your Claim No.:   HFL00000508
    Our File No.:     29671-624

        Invoice No. 231780              Date: 11/20/01

          SUMMARY of CHARGES

           Summary of Time

| Name | Init. | Rate | Hours | Amount |
|---|---|---|---|---|
| Goldfarb, Steven A. | SAG | $250/hr | 0.20 | 50.00 |
| Kaufman, Arthur M. | AMK | $235/hr | 0.10 | 23.50 |
| Oliver, Nancy A. | NAO | $140/hr | 4.60 | 644.00 |
| Tropf, Elizabeth D. | EDT | $115/hr | 6.40 | 736.00 |
| | | TOTAL CURRENT FEES | | 1,453.50 |

TOTAL CURRENT FEES:          11.30    $ 1,453.50

Hahn Loeser • Parks LLP   3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Hahn Loeser & Parks — attorneys at law

Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

Invoice No. 231780                              Date: 11/20/01

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/01 | Phone call with T. Orben regarding revision of Verified Complaint and Motion for TRO. | NAO | L110 | 0.10 | 14.00 |
| 10/10/01 | Revise Complaint, TRO Motion to conform with client's edits; conference with NA Oliver regarding same. | EDT | L210 | 1.50 | 172.50 |
| 10/11/01 | Proofread and revision of Verified Complaint and Motion for TRO; phone call to T. Orben regarding revisions to Verified Complaint; forward revised drafts to T. Orben for M. Banks' review. | NAO | L210 | 0.90 | 126.00 |
| 10/12/01 | Prepare Civil Cover Sheet, Summons for Complaint; obtain filing fee check; review court's website for appropriate forms. | EDT | L210 | 1.10 | 126.50 |
| 10/15/01 | Emails to T. Orben regarding Verification required to file Verified Complaint; meeting with SA Goldfarb regarding filing of Complaint and Motion for TRO. | NAO | L110 | 0.40 | 56.00 |
| 10/15/01 | Draft Temporary Restraining Order and Certification to Court regarding notice given to G. Govan. | NAO | L210 | 0.60 | 84.00 |
| 10/15/01 | Conference with NA Oliver regarding status of verification; review rules regarding corporate disclosure requirements; obtain filing fee check. | EDT | L210 | 0.40 | 46.00 |
| 10/15/01 | Review status of complaint. | SAG | L210 | 0.20 | 50.00 |
| 10/16/01 | Revise and proof complaint, TRO motion; prepare corporate disclosure statement; assemble exhibits; conference with NA Oliver | EDT | L210 | 2.10 | 241.50 |

Hahn Loeser • Parks LLP    3300 BP Tower   2200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150     fax 216.241.2824     www.hahnlaw.com



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

Invoice No. 231780                              Date: 11/20/01

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| | regarding status. | | | | |
| 10/17/01 | Phone call to G. Govan to inform him that the Verified Complaint and TRO Motion were about to be filed. | NAO | L110 | 0.30 | 42.00 |
| 10/17/01 | Revision of certification to court regarding efforts made to inform opposing party about TRO Motion; preparation of documents for filing; preparation for TRO hearing. | NAO | L110 | 1.70 | 238.00 |
| 10/17/01 | Review file for defendant contact information requested by NA Oliver; assemble package for filing; forward to NA Oliver; conference with NA Oliver regarding procedure for obtaining temporary restraining order. | EDT | L140 | 1.10 | 126.50 |
| 10/18/01 | Discussion with court clerk and Judge's Administrative Assistant regarding filing of complaint and TRO motion and normal practice of judge. | NAO | L190 | 0.60 | 84.00 |
| 10/22/01 | Follow up with NA Oliver regarding status of filing complaint; review CLIP comments regarding same. | EDT | L190 | 0.20 | 23.00 |
| 10/24/01 | Review comment for client. | AMK | L190 | 0.10 | 23.50 |
| | TOTAL CURRENT FEES | | | 11.30 | 1,453.50 |

| Date | Costs Advanced | Code | Amount |
|---|---|---|---|
| | Filing Fee | $ | 150.00 |
| | TOTAL CURRENT COSTS | | $150.00 |

Hahn Loeser • Parks LLP    3300 BP Tower  3200 Public Square   Cleveland, OH   44114-2301
                           phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com