EXHIBIT 3



attorneys at law

Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnat
Your Claim No.:  HFL00000508
Our File No.:    29671-624

Invoice No. 234741                    Date: 01/10/02

SUMMARY of CHARGES

Summary of Time

Kaufman, Arthur M.      AMK    $235/hr    0.20        47.00
Oliver, Nancy A.        NAO    $140/hr    1.60       224.00
Tropf, Elizabeth D.     EDT    $115/hr    2.00       230.00
                                                 ----------
                        TOTAL CURRENT FEES        501.00

TOTAL CURRENT FEES:         3.80    $    501.00

TOTAL CURRENT COSTS:                $     37.94



Re:                Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:    HFL00000508
Our File No.:      29671-624

Invoice No. 234741                          Date: 01/10/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 11/07/01 | Review ED Tropf email regarding de-identification report. | AMK | L110 | 0.20 | 47.00 |
| 11/09/01 | Conference with NA Oliver regarding status; draft letter to court transmitting complaint for filing. | EDT | L210 | 0.30 | 34.50 |
| 11/09/01 | Review 10/30/01 de-id report; phone call to M. Banks to confirm that Preliminary Injunction is not to be filed; draft comment regarding same. | NAO | L110 | 0.40 | 56.00 |
| 11/09/01 | Review and proofread Verified Complaint in preparation for filing. | NAO | L210 | 0.60 | 84.00 |
| 11/19/01 | Update profile regarding recent filing of complaint, proof Notice and Request for Waiver of Summons; conference NA Oliver regarding status. | EDT | L120 | 0.90 | 103.50 |
| 11/26/01 | Update pleadings bible, attention to file maintenance; phone call with docket department regarding status conferences. | EDT | L190 | 0.30 | 34.50 |
| 12/11/01 | Draft comment to T. Orben responding to question of whether defendant had been served with the Complaint; phone calls to ED Tropf regarding status of service. | NAO | L110 | 0.30 | 42.00 |
| 12/11/01 | Conference with NA Oliver regarding status of service of summons on G. Govan, review CLIP comments regarding same. | EDT | L190 | 0.30 | 34.50 |
| 12/13/01 | Phone call with E. Holzapfel, Counsel for Defendant, regarding when responsive pleading due and background facts regarding the purchase of the facility. | NAO | L110 | 0.30 | 42.00 |



Re:                    Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:        HFL00000508
Our File No.:          29671-624

Invoice No. 234741                          Date: 01/10/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/17/01 | Review file for information regarding former owners of property, report to NA Oliver regarding same. | EDT | L190 | 0.20 | 23.00 |
| | TOTAL CURRENT FEES | | | 3.80 | 501.00 |

| Date | Costs Advanced | Code | Amount |
|---|---|---|---|
| | Outside Photocopy | $ | 22.53 |
| | Overnight/Messenger Delivery | | 15.41 |
| | Westlaw | | 0.00 |
| | TOTAL CURRENT COSTS | | $37.94 |

Hahn Loeser ● Parks LLP

3300 BP Tower    3200 Public Square    Cleveland, OH    44114-2301
phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com