# EXHIBIT 4



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

          Re:            Travelodge v. Gopal Govan (Site No 7032 Cincinnat
          Your Claim No.:     HFL00000508
          Our File No.:       29671-624

               Invoice No. 237041                    Date: 02/06/02

                    SUMMARY of CHARGES

                    Summary of Time


     Goldfarb, Steven A.      SAG     $250/hr     1.40        350.00
     Oliver, Nancy A.         NAO     $160/hr     1.90        304.00
                                                          ----------
                                   TOTAL CURRENT FEES         654.00




                         ----------     ----------
     TOTAL CURRENT FEES:          3.30     $      654.00

     TOTAL CURRENT COSTS:                  $        0.00
                                                ----------



Re:            Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:   HFL00000508
Our File No.:    29671-624

Invoice No. 237041                    Date: 02/06/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/07/02 | Review and revise complaint and motion for temporary restraining order. | SAG | L210 | 1.40 | 350.00 |
| 01/24/02 | Review of Answer and Counterclaim and d        comment to M. Banks summarizing Answer and Counterclaim of defendant; fax same to M. Banks. | NAO | L110 | 0.60 | 96.00 |
| 01/31/02 | Review of Govan's Counterclaim; discussion with SA Goldfarb regarding same. | NAO | L120 | 1.30 | 208.00 |
| | TOTAL CURRENT FEES | | | 3.30 | 654.00 |