# EXHIBIT 5



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                  Travelodge v. Gopal Govan (Site No 7032 Cincinnat
    Your Claim No.:   HFL00000508
    Our File No.:     29671-624

            Invoice No. 239135                  Date: 03/21/02

              SUMMARY of CHARGES

                Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Goldfarb, Steven A. | SAG | $270/hr | 6.80 | 1,836.00 |
| Oliver, Nancy A. | NAO | $160/hr | 24.80 | 3,968.00 |
| Tropf, Elizabeth D. | EDT | $115/hr | 4.90 | 587.00 |
| | | TOTAL CURRENT FEES | | 6,391.00 |

TOTAL CURRENT FEES:                 36.50    $  6,391.00
TOTAL CURRENT COSTS:                           $    237.99

Hahn Loeser • Parks LLP    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
                                  phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com

1



Re:             Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:   29671-624

Invoice No. 239135                          Date: 03/21/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/02 | Draft comment to M. Banks recommending that THI file Motion to Dismiss Govan's Counterclaim. | NAO | L110 | 0.30 | 48.00 |
| 02/01/02 | Research Ohio law regarding fraud in preparation for Motion to Dismiss. | NAO | L110 | 1.80 | 288.00 |
| 02/04/02 | Research Ohio law regarding fraud in preparation for Motion to Dismiss. | NAO | L110 | 1.20 | 192.00 |
| 02/04/02 | Review court's scheduling order, conference with NA Oliver regarding same. | EDT | L190 | 0.20 | 23.00 |
| 02/05/02 | Research Ohio law on fraudulent and negligent inducement and draft Motion to Dismiss Govan's Counterclaim pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6). | NAO | L110 | 3.80 | 608.00 |
| 02/05/02 | Review of license agreement and related documents re: Govan deal. | SAG | L110 | 1.00 | 270.00 |
| 02/06/02 | Research Ohio law regarding fraudulent concealment and the economic loss doctrine and draft Motion to Dismiss Govan's Counterclaim for fraud and negligence. | NAO | L210 | 4.30 | 688.00 |
| 02/06/02 | Review file and first draft of Motion to Dismiss. | SAG | L210 | 1.00 | 270.00 |
| 02/07/02 | Discussion with SA Goldfarb regarding revisions to be made to Motion to Dismiss Govan's Counterclaim. | NAO | L110 | 0.30 | 48.00 |
| 02/07/02 | Research Ohio law regarding fraudulent concealment and the economic loss doctrine and revise Motion to Dismiss Govan's | NAO | L210 | 4.30 | 688.00 |



Re:            Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:    HFL00000508
Our File No.:      29671-624

Invoice No. 239135                              Date: 03/21/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| | Counterclaim for fraud and negligence. | | | | |
| 02/07/02 | Phone call with T. Orben requesting QA file for property for period of time prior to Govan's purchase of property. | NAO | L110 | 0.10 | 16.00 |
| 02/07/02 | Review Counterclaim. | SAG | L210 | 0.20 | 54.00 |
| 02/07/02 | Revise Motion to Dismiss. | SAG | L250 | 1.00 | 270.00 |
| 02/08/02 | Revisions to Motion to Dismiss Counterclaim. | SAG | L250 | 1.00 | 270.00 |
| 02/09/02 | Continued revisions to Motion to Dismiss Counterclaim. | SAG | L250 | 1.20 | 324.00 |
| 02/10/02 | Revision of Motion to Dismiss Govan's Counterclaim pursuant to SA Goldfarb's comments. | NAO | L210 | 1.90 | 304.00 |
| 02/10/02 | Voicemail and email to SA Goldfarb regarding revisions made to Motion to Dismiss Govan's Counterclaim. | NAO | L110 | 0.20 | 32.00 |
| 02/11/02 | Additional revision of THI's Motion to Dismiss Govan's Counterclaim pursuant to SA Goldfarb's comments. | NAO | L210 | 1.80 | 288.00 |
| 02/11/02 | Research regarding whether the franchisor/franchisee relationship gives rise to a fiduciary duty. | NAO | L110 | 0.80 | 128.00 |
| 02/11/02 | Phone calls with E. Hoclzapfel regarding parties' planning meeting pursuant to Fed.R.Civ.P. 26(f). | NAO | L110 | 0.70 | 112.00 |
| 02/11/02 | Draft Proposed Plan and Proposed Schedule summarizing 26(f) planning meeting; forward same to E. Hoclzapfel for review. | NAO | L210 | 0.70 | 112.00 |
| 02/11/02 | Finalize revisions to Motion to Dismiss Counterclaim. | SAG | L250 | 1.00 | 270.00 |



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

                 Invoice No. 239135                    Date: 03/21/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/12/02 | Conference with NA Oliver regarding status of parties' planning report, deadline for initial disclosures. | EDT | L430 | 0.80 | 96.00 |
| 02/12/02 | Draft initial disclosures of THI. | EDT | L310 | 1.00 | 120.00 |
| 02/12/02 | Emails to T. Orben regarding revisions to THI's Motion to Dismiss Govan's Counterclaim. | NAO | L210 | 0.20 | 32.00 |
| 02/12/02 | Discussion and phone call with SA Goldfarb, M. Banks and T. Orben regarding suggested revisions to THI's Motion to Dismiss. | NAO | L120 | 0.60 | 96.00 |
| 02/12/02 | Revision of THI's Motion to Dismiss. | NAO | L210 | 1.30 | 208.00 |
| 02/12/02 | Draft THI's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a). | NAO | L210 | 0.40 | 64.00 |
| 02/13/02 | Conference with SA Goldfarb regarding motion to dismiss, revise Brief. | EDT | L240 | 0.40 | 48.00 |
| 02/13/02 | Revise status of comments to Brief; phone call to T. Orben. | EDT | L240 | 0.20 | 24.00 |
| 02/13/02 | Finalize brief, draft service letter, transmittal to court. | EDT | L240 | 0.80 | 96.00 |
| 02/19/02 | Revise initial disclosures, request information verification from T. Orben; assemble documents to be produced. | EDT | L390 | 0.80 | 96.00 |
| 02/25/02 | Arrange for numbering of documents, conference with NA Oliver regarding revisions to initial disclosure. | EDT | L250 | 0.40 | 48.00 |
| 02/26/02 | Email to L. Detwiler, counsel for Cincinnati Lodging, attaching THI punchlist to Govan. | NAO | L110 | 0.10 | 16.00 |
| 02/26/02 | Phone conference with counsel for | SAG | L110 | 0.40 | 108.00 |



Re:            Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:  29671-624

Invoice No. 239135                        Date: 03/21/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
|  | third party defendant re: cross claim issues. |  |  |  |  |
| 02/27/02 | Revise initial disclosures, report to NA Oliver regarding same. | EDT | L390 | 0.30 | 36.00 |
|  | TOTAL CURRENT FEES |  |  | 36.50 | 6,391.00 |

| Date | Costs Advanced | Code | Amount |
|---|---|---|---|
|  | Outside Photocopy | $ | 202.73 |
|  | Overnight/Messenger Delivery |  | 35.26 |
|  | Westlaw |  | 0.00 |
|  | TOTAL CURRENT COSTS |  | $237.99 |

Hahn Loeser • Parks LLP   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com