# EXHIBIT 6



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                    Travelodge v. Gopal Govan (Site No 7032 Cincinnat
    Your Claim No.:    HFL00000508
    Our File No.:      29671-624

           Invoice No. 243369                Date: 05/07/02

              SUMMARY of CHARGES

               Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Goldfarb, Steven A. | SAG | $270/hr | 4.50 | 1,215.00 |
| Oliver, Nancy A. | NAO | $160/hr | 34.60 | 5,536.00 |
| Tropf, Elizabeth D. | EDT | $120/hr | 0.30 | 36.00 |
| | | TOTAL CURRENT FEES | | 6,787.00 |

TOTAL CURRENT FEES:            39.40     $  6,787.00

TOTAL CURRENT COSTS:                    $    178.07

Hahn Loeser • Parks LLP   3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



Re:             Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:   29671-624

Invoice No. 243369                              Date: 05/07/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/04/02 | Review and analyze client documents and Counterclaim; preparation of Discovery Requests to Govan. | NAO | L120 | 1.60 | 256.00 |
| 03/04/02 | Conference with NA Oliver regarding service of initial disclosures. | EDT | L390 | 0.10 | 12.00 |
| 03/05/02 | Phone call with Court regarding pretrial conference and attendance by party; Clip Comment to M. Banks regarding same. | NAO | L110 | 0.20 | 32.00 |
| 03/05/02 | Supervise updating of pleadings bible. | EDT | L140 | 0.10 | 12.00 |
| 03/08/02 | Draft letter to Judge Weber requesting that party representative be permitted to attend initial pretrial via telephone; revise pursuant to SA Goldfarb's comments. | NAO | L110 | 0.20 | 32.00 |
| 03/13/02 | Phone call with NA Oliver regarding opposition brief, pull court's docket regarding same. | EDT | L210 | 0.10 | 12.00 |
| 03/13/02 | Review and analysis of Govan's brief in opposition to THI's Motion to dismiss. | NAO | L210 | 1.00 | 160.00 |
| 03/13/02 | Phone call to SA Goldfarb regarding Govan's brief in opposition to THI's Motion to Dismiss. | NAO | L110 | 0.20 | 32.00 |
| 03/13/02 | Review of Local Rules of Court to determine if Brief was timely filed. | NAO | L110 | 0.30 | 48.00 |
| 03/14/02 | Review brief in opposition to motion to dismiss counterclaim. | SAG | L210 | 0.80 | 216.00 |
| 03/18/02 | Research Ohio law regarding duty to speak/disclose absent a fiduciary relationship for inclusion into | NAO | L110 | 2.70 | 432.00 |



Re:           Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:   HFL00000508
Our File No.:   29671-624

Invoice No. 243369                              Date: 05/07/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| | THI's Reply in Support of its Motion to Dismiss Govan's Counterclaim. | | | | |
| 03/18/02 | Review Govan's Response to THI's Motion to Dismiss and begin drafting Reply in Support of THI's Motion to Dismiss. | NAO | L210 | 2.40 | 384.00 |
| 03/19/02 | Attention to settlement discussions. | SAG | L160 | 0.20 | 54.00 |
| 03/19/02 | Draft THI's Reply Brief in Support of its Motion to Dismiss Govan's Counterclaim for fraudulent and negligent concealment on basis THI had no duty to disclose and owed no non-contractual duties to Govan. | NAO | L210 | 7.30 | 1,168.00 |
| 03/20/02 | Review and revise reply brief. | SAG | L210 | 0.70 | 189.00 |
| 03/20/02 | Draft and revise THI's Reply Brief in Support of its Motion to Dismiss pursuant to SA Goldfarb's comments. | NAO | L210 | 3.50 | 560.00 |
| 03/21/02 | Review and revise reply brief. | SAG | L210 | 1.10 | 297.00 |
| 03/21/02 | Draft and revise THI's Reply Brief in Support of its Motion to Dismiss pursuant to SA Goldfarb's comments; forward reply to M. Banks for review. | NAO | L210 | 1.20 | 192.00 |
| 03/22/02 | Revision of THI's Reply in Support of its Motion to Dismiss pursuant to M. Banks' comments. | NAO | L210 | 1.00 | 160.00 |
| 03/22/02 | Phone calls with T. Orben regarding THI's Reply in Support of its Motion to Dismiss. | NAO | L110 | 0.20 | 32.00 |
| 03/25/02 | Revision of THI's Reply in Support of its Motion to Dismiss and prepare same for filing; draft enclosure letter for service of | NAO | L210 | 0.80 | 128.00 |



Re:            Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:    HFL00000508
Our File No.:      29671-624

Invoice No. 243369                                     Date: 05/07/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| | reply on all parties. | | | | |
| 03/25/02 | Revise reply in support of motion to dismiss counterclaim. | SAG | L210 | 0.50 | 135.00 |
| 04/05/02 | Attend Preliminary Pretrial Conference. | NAO | L230 | 1.50 | 240.00 |
| 04/05/02 | Travel to Preliminary Pretrial Conference. | NAO | L230 | 10.30 | 1,648.00 |
| 04/05/02 | Attention to issues for pretrial; conference with NA Oliver regarding same. | SAG | L190 | 1.00 | 270.00 |
| 04/08/02 | Discussion with SA Goldfarb regarding Preliminary Pretrial Conference held on April 5, 2002. | NAO | L110 | 0.20 | 32.00 |
| 04/08/02 | Attention to hearing. | SAG | L190 | 0.20 | 54.00 |
| | TOTAL CURRENT FEES | | | 39.40 | 6,787.00 |

| Date | Costs Advanced | Code | Amount |
|---|---|---|---|
| | Auto - Mileage | $ | 177.02 |
| | Communication Lines | | 1.05 |
| | Westlaw | | 0.00 |
| | TOTAL CURRENT COSTS | | $178.07 |