# EXHIBIT 7



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                  Travelodge v. Gopal Govan (Site No 7032 Cincinnat
    Your Claim No.:    HFL00000508
    Our File No.:      29671-624

            Invoice No. 256922                Date: 12/05/02

## SUMMARY of CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Goldfarb, Steven A. | SAG | $270/hr | 1.40 | 378.00 |
| Oliver, Nancy A. | NAO | $160/hr | 6.50 | 1,040.00 |
| Tropf, Elizabeth D. | EDT | $120/hr | 1.80 | 216.00 |
| **TOTAL CURRENT FEES** | | | | **1,634.00** |

| | | | |
|---|---|---|---|
| TOTAL CURRENT FEES: | 9.70 | $ | 1,634.00 |
| TOTAL CURRENT COSTS: | | $ | 34.62 |

Hahn Loeser • Parks LLP    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com

1



Re:             Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:   29671-624

Invoice No. 256922                                    Date: 12/05/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/02 | Pull docket from Court's website, review and report to NA Oliver regarding status. | EDT | L190 | 0.20 | 24.00 |
| 07/22/02 | Review and analysis of Court's Order denying in part and granting in part THI's Motion to Dismiss Govan's Counterclaim. | NAO | L250 | 0.40 | 64.00 |
| 07/22/02 | Discussion with SA Goldfarb regarding Court's Order denying in part and granting in part THI's Motion to Dismiss Govan's Counterclaim. | NAO | L120 | 0.20 | 32.00 |
| 07/24/02 | Review report of parties' planning meeting, draft proposed scheduling order for NA Oliver review, draft letter to opposing counsel regarding same. | EDT | L250 | 1.10 | 132.00 |
| 07/25/02 | Revise proposed scheduling order, fax to B. Giles (counsel for crossclaim defendant); phone call follow up with B. Giles authorizing signature by consent. | EDT | L250 | 0.30 | 36.00 |
| 07/26/02 | Follow up with NA Oliver regarding proposed scheduling order. | EDT | L250 | 0.20 | 24.00 |
| 07/29/02 | Phone call to J. Houston and draft e-mail to J. Houston regarding proposed scheduling Order to be filed with the Court. | NAO | L110 | 0.20 | 32.00 |
| 09/06/02 | Review and analysis of Court Order granting in part and denying in part THI's Motion to Dismiss; draft Answer to Govan's Counterclaim. | NAO | L110 | 1.50 | 240.00 |
| 09/11/02 | Phone call with M. Banks regarding Court Opinion granting in part and denying in part THI's Motion to dismiss. | NAO | L110 | 0.20 | 32.00 |

Hahn Loeser • Parks    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
                       phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com

2



Re:               Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:     29671-624

Invoice No. 256922                    Date: 12/05/02

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/02 | Review file and answer to counterclaim. | SAG | L210 | 1.40 | 378.00 |
| 09/12/02 | Exchange clip comments with M. Banks regarding whether | NAO | L110 | 0.20 | 32.00 |
| 09/12/02 | Draft letter to Court enclosing THI's Answer to Counterclaim for filing. | NAO | L210 | 0.10 | 16.00 |
| 09/14/02 | Review and analyze pleadings and draft discovery requests to Govan. | NAO | L110 | 1.70 | 272.00 |
| 09/18/02 | Draft discovery requests to Govan. | NAO | L310 | 1.20 | 192.00 |
| 11/11/02 | Revision of THI's First Combined Set of Discovery Requests to Govan; draft letter to Govan's counsel enclosing same. | NAO | L210 | 0.80 | 128.00 |
| | TOTAL CURRENT FEES | | | 9.70 | 1,634.00 |

| Date | Costs Advanced | | Code | Amount |
|---|---|---|---|---|
| | Communication Lines | | $ | 0.00 |
| | Overnight/Messenger Delivery | | | 34.62 |
| | TOTAL CURRENT COSTS | | | $34.62 |

Hahn Loeser • Parks LLP    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com