# EXHIBIT 8



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                   Travelodge v. Gopal Govan (Site No 7032 Cincinnat
    Your Claim No.:     HFL00000508
    Our File No.:       29671-624

          Invoice No. 265744                Date: 04/29/03

              SUMMARY of CHARGES

                Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Goldfarb, Steven A. | SAG | $285/hr | 21.00 | 5,985.00 |
| Oliver, Nancy A. | NAO | $125/hr | 135.40 | 18,000.00 |
| Tropf, Elizabeth D. | EDT | $120/hr | 1.50 | 189.00 |
| | | TOTAL CURRENT FEES | | 24,174.00 |

TOTAL CURRENT FEES:           157.90     $ 24,174.00

TOTAL CURRENT COSTS:                     $  2,485.58

CURRENT INVOICE DUE:                     $ 26,659.58



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

Invoice No. 265744                               Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/02 | Follow up with NA Oliver regarding status report to court due 12/15/02. | EDT | L250 | 0.10 | 12.00 |
| 12/05/02 | Draft Clip comment to M. Banks regarding the status of the matter. | NAO | L110 | 0.20 | 25.00 |
| 12/10/02 | Draft Joint Status Report per NA Oliver request, review file for information regarding same. | EDT | L250 | 0.50 | 60.00 |
| 12/10/02 | E-mail to ED Tropf regarding joint status report to be filed; confirm with SA Goldfarb that no expert testimony is necessary. | NAO | L110 | 0.30 | 37.60 |
| 12/11/02 | Phone call to J. Houston and A. Statman regarding joint status report to be filed with the Court. | NAO | L110 | 0.20 | 25.00 |
| 12/12/02 | Draft e-mail to J. Houston and B. Giles enclosing draft joint status report. | NAO | L110 | 0.20 | 25.00 |
| 12/13/02 | Phone call with J. Houston regarding joint status report and G. Govan's discovery responses. | NAO | L110 | 0.20 | 25.00 |
| 01/08/03 | Attention to file maintenance. | EDT | L140 | 0.10 | 13.00 |
| 01/15/03 | Review and analyze G. Govan's responses to THI's and Cincinnati Travelodge's Discovery Requests and documents produced. | NAO | L120 | 4.60 | 611.80 |
| 01/22/03 | Review status of discovery. | SAG | L310 | 0.50 | 142.50 |
| 01/23/03 | Review pleadings and documents in preparation for G. Govan's deposition. | NAO | L210 | 1.70 | 226.10 |
| 01/24/03 | Review and analyze documents, and prepare for G. Govan's deposition. | NAO | L120 | 3.70 | 492.10 |



Re:               Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:   HFL00000508
Our File No.:     29671-624

Invoice No. 265744                          Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/24/03 | Attention to status of G. Govan deposition preparation. | SAG | L330 | 0.50 | 142.50 |
| 01/25/03 | Review and analyze documents, and prepare for G. Govan's deposition. | NAO | L120 | 2.80 | 372.40 |
| 01/26/03 | Review of file and deposition issues; consideration of issues for discovery deposition of G. Govan. | SAG | L330 | 2.50 | 712.50 |
| 01/27/03 | Review of documents and preparation for G. Govan deposition; discussions with SA Goldfarb regarding same. | NAO | L110 | 6.90 | 917.70 |
| 01/27/03 | Conference with NA Oliver regarding strategy regarding deposition of G. Govan including review of all questioning areas. | SAG | L330 | 1.60 | 456.00 |
| 01/28/03 | Prepare for deposition of G. Govan. | NAO | L330 | 4.10 | 545.30 |
| 01/28/03 | Discussions with SA Goldfarb regarding G. Govan deposition. | NAO | L330 | 0.50 | 66.50 |
| 01/28/03 | Travel to Cincinnati for G. Govan deposition. | NAO | L330 | 4.70 | 625.10 |
| 01/28/03 | Phone conferences with NA Oliver regarding status of depositions and strategy considerations. | SAG | L330 | 1.20 | 342.00 |
| 01/29/03 | Prepare for and attend deposition of G. Govan. | NAO | L330 | 10.00 | 1,330.00 |
| 01/29/03 | Discussions with SA Goldfarb regarding deposition to G. Govan. | NAO | L330 | 0.30 | 39.90 |
| 01/30/03 | Prepare for and attend deposition of G. Govan. | NAO | L330 | 4.20 | 558.60 |
| 01/30/03 | Travel back from Cincinnati. | NAO | L330 | 4.30 | 571.90 |
| 02/03/03 | Draft deposition summary of G. | NAO | L140 | 1.10 | 146.30 |

Hahn Loeser • Parks LLP   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re:             Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:   29671-624

Invoice No. 265744                                Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| | Govan. | | | | |
| 02/04/03 | Draft deposition summary of G. Govan. | NAO | L140 | 0.80 | 106.40 |
| 02/05/03 | Draft responses to G. Govan's discovery requests; forward same to SA Goldfarb for review. | NAO | L210 | 4.30 | 571.90 |
| 02/05/03 | Draft summary of G. GOvan's deposition; forward same to SA Goldfarb for review. | NAO | L140 | 1.50 | 199.50 |
| 02/06/03 | Review deposition summary and strategy on case. | SAG | L330 | 1.00 | 285.00 |
| 02/10/03 | Draft Brief in Opposition to Defendant G. Govan's Motion to Extend the Discovery Cutoff Date. | NAO | L210 | 2.10 | 279.30 |
| 02/10/03 | Phone call to J. Houston for a one week extension to respond to G. Govan's discovery request; draft letter to J. Houston confirming same. | NAO | L110 | 0.20 | 26.60 |
| 02/10/03 | Review discovery response issues with NA Oliver. | SAG | L310 | 0.40 | 114.00 |
| 02/13/03 | Review discovery responses. | SAG | L310 | 0.80 | 228.00 |
| 02/14/03 | Discussion with SA Goldfarb regarding draft responses to G. Govan's Discovery Requests; revision of same pursuant to SA Goldfarb's comments; forward same to M. Banks and S. Williams for review. | NAO | L210 | 2.10 | 279.30 |
| 02/14/03 | Phone call with S. Williams regarding | NAO | L110 | 0.20 | 26.60 |
| 02/14/03 | Revisions to Brief in Opposition to | NAO | L210 | 0.40 | 53.20 |



Re:            Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:   29671-624

Invoice No. 265744                              Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| | G. Govan's Motion to Extend the Discovery Cutoff Date; preparation of same for filing with the Court. | | | | |
| 02/14/03 | Review revised discovery responses. | SAG | L310 | 0.50 | 142.50 |
| 02/18/03 | Phone call and emails with S. Williams regarding review of draft discovery responses and production of documents; phone call with S. Blankenship regarding | NAO | L210 | 1.00 | 133.00 |
| 02/18/03 | Revision of draft response to Interrogatory No. 9 to include facts learned during conversation with S. Blankenship; forward same to SA Goldfarb for review; discussion with SA Goldfarb regarding revisions. | NAO | L210 | 0.50 | 66.50 |
| 02/18/03 | Preparation of documents to be produced in response to G. Govan's discovery requests; discussion with ED Tropf regarding same. | NAO | L310 | 0.70 | 93.10 |
| 02/18/03 | Conference with NA Oliver regarding discovery responses. | EDT | L320 | 0.10 | 13.00 |
| 02/18/03 | Consideration of discovery response issues. | SAG | L310 | 0.60 | 171.00 |
| 02/19/03 | Redact client documents, arrange for copying, Bates numbering for production. | EDT | L320 | 0.30 | 39.00 |
| 02/19/03 | Phone call with S. WIlliams and M. Banks regarding revisions to THI's responses to G. Govan's discovery requests; revision to THI's discovery responses and preparation of same for service. | NAO | L110 | 1.30 | 172.90 |
| 02/19/03 | Draft Motion for Summary Judgment. | NAO | L210 | 1.70 | 226.10 |

Hahn Loeser • Parks LLP    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
                           phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com

5



Re:                Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:    HFL00000508
Our File No.:      29671-624

Invoice No. 265744                              Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/19/03 | Review revised discovery responses. | SAG | L310 | 0.20 | 57.00 |
| 02/20/03 | Draft Motion for Summary Judgment. | NAO | L210 | 4.10 | 545.30 |
| 02/21/03 | Review deposition transcript of G. Govan and draft Motion for Summary Judgment. | NAO | L210 | 7.80 | 1,037.40 |
| 02/24/03 | Research Ohio law and New Jersey law regarding duty to disclose in a fraudulent concealment claim; draft Motion for Summary Judgment. | NAO | L110 | 6.60 | 877.80 |
| 02/25/03 | Preparation of client documents for production, conference with NA Oliver regarding same. | EDT | L320 | 0.20 | 26.00 |
| 02/25/03 | Review and analyze green file of Cincinnati Travelodge. | NAO | L110 | 1.60 | 212.80 |
| 02/25/03 | Discussion with SA Goldfarb and M. Banks regarding | NAO | L110 | 0.20 | 26.60 |
| 02/25/03 | Draft Clip Comment to M. Banks summarizing | NAO | L110 | 0.30 | 39.90 |
| 02/25/03 | Research and analyze Fed. R. Civ. P. 13 to determine whether | NAO | L110 | 1.20 | 159.60 |
| 02/25/03 | Draft Motion for Summary Judgment. | NAO | L210 | 4.80 | 638.40 |
| 02/25/03 | Review partial release by Travelodge; phone conference with M. Banks regarding issues; consideration of research regarding same. | SAG | L110 | 0.40 | 114.00 |
| 02/26/03 | Arrange for Bates labeling, copying documents for production. | EDT | L320 | 0.20 | 26.00 |
| 02/26/03 | Draft Motion for Summary Judgment. | NAO | L210 | 6.40 | 851.20 |



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

              Invoice No. 265744                    Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/28/03 | Clip comment to M. Banks inquiring how to proceed with respect to the | NAO | L110 | 0.10 | 13.30 |
| 02/28/03 | Draft letter to J. Houston in response to his February 27 letter inquiring about THI's document production. | NAO | L320 | 0.30 | 39.90 |
| 03/03/03 | ; review and analyze green file of previous licensee. | NAO | L110 | 1.60 | 212.80 |
| 03/03/03 | Discussion with SA Goldfarb regarding revisions to be made to Summary Judgment Motion. | NAO | L210 | 0.60 | 79.80 |
| 03/03/03 | Revisions to THI's Motion for Summary Judgment. | NAO | L210 | 3.20 | 425.60 |
| 03/03/03 | Review demand letter to Cincinnati Travelodge; review summary judgment brief. | SAG | L240 | 1.70 | 484.50 |
| 03/04/03 | Revisions to THI's Motion for Summary Judgment. | NAO | L210 | 5.40 | 718.20 |
| 03/04/03 | Review and revise summary judgment brief. | SAG | L240 | 1.20 | 342.00 |
| 03/05/03 | Research Ohio law regarding fraudulent concealment; revisions to THI's Motion for Summary Judgment. | NAO | L210 | 8.60 | 1,143.80 |
| 03/05/03 | Attention to deposition of S. Blankenship and status of summary judgment briefing. | SAG | L330 | 2.00 | 570.00 |
| 03/06/03 | Revision to THI's Motion for Summary Judgment; forward draft for S. Williams and M. Banks for review. | NAO | L210 | 4.20 | 558.60 |



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

                Invoice No. 265744                           Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/06/03 | Discussion with SA Goldfarb regarding same. | NAO | L110 | 0.20 | 26.60 |
| 03/06/03 | Draft Proposed Findings of Fact and Conclusions of Law. | NAO | L210 | 2.10 | 279.30 |
| 03/06/03 | Attention to S. Blankenship deposition issues and additional discovery needed. | SAG | L330 | 1.50 | 427.50 |
| 03/07/03 | Draft Proposed Findings of Fact and Conclusions of Law. | NAO | L210 | 1.60 | 212.80 |
| 03/07/03 | Review and revise summary judgment brief. | SAG | L240 | 1.00 | 285.00 |
| 03/10/03 | Revision of Proposed Findings of Fact and Conclusions of Law to be submitted with THI's Motion for Summary Judgment. | NAO | L210 | 1.10 | 146.30 |
| 03/10/03 | Clip comment to M. Banks regarding extension of discovery cut-off date and date for filing Motion for Summary Judgment. | NAO | L110 | 0.10 | 13.30 |
| 03/11/03 | Phone call with J. Houston regarding deposition of S. Blankenship; phone call with S. Blankenship regarding availability for deposition. | NAO | L110 | 0.30 | 39.90 |
| 03/12/03 | Phone calls with S. Williams regarding scheduling of conference call with S. Blankenship. | NAO | L110 | 0.30 | 39.90 |
| 03/17/03 | Phone call with M. Banks and S. Blankenship regarding deposition scheduled for March 19, 2003. | NAO | L110 | 0.30 | 39.90 |
| 03/17/03 | Phone call with J. Houston regarding production of Systems Standards Manual and execution of Protective Order. | NAO | L110 | 0.20 | 26.60 |



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

Invoice No. 265744                                   Date: 04/29/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/18/03 | Phone calls with J. Houston and B. Giles regarding deposition of S. Blankenship. | NAO | L110 | 0.30 | 39.90 |
| 03/19/03 | Discussion with SA Goldfarb regarding preparation and deposition of S. Blankenship. | NAO | L110 | 0.30 | 39.90 |
| 03/19/03 | Preparation of S. Blankenship for deposition. | NAO | L330 | 0.80 | 106.40 |
| 03/19/03 | Attend deposition of S. Blankenship. | NAO | L330 | 1.90 | 252.70 |
| 03/19/03 | Prepare for and attend S. Blankenship meeting and deposition. | SAG | L330 | 2.00 | 570.00 |
| 03/25/03 | Conference with NA Oliver regarding Motion for Summary Judgment. | SAG | L240 | 0.20 | 57.00 |
| 03/26/03 | Review and analyze Cincinnati Travelodge's Responses to G. Govan's Discovery Requests and documents produced pursuant to such requests. | NAO | L210 | 1.00 | 133.00 |
| 03/26/03 | Proofread and revise THI's Motion for Summary Judgment; draft Darby Affidavit to be submitted in support of Motion for Summary Judgment. | NAO | L210 | 1.10 | 146.80 |
| 03/27/03 | Attention to Motion for Summary Judgment. | SAG | L240 | 0.20 | 57.00 |
| 03/31/03 | Review revised Motion for Summary Judgment. | SAG | L240 | 1.00 | 285.00 |
| | TOTAL CURRENT FEES | | | 157.90 | 24,174.00 |

| Date | Costs Advanced | | | Code | Amount |
|---|---|---|---|---|---|
| | Auto - Mileage | | | $ | 179.42 |
| | BP Parking Garage | | | | 12.50 |



Re:            Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:   HFL00000508
Our File No.:     29671-624

                  Invoice No. 265744                    Date: 04/29/03

| Date | Costs Advanced | Code | Amount |
|---|---|---|---|
|  | Lodging |  | 330.26 |
|  | Meals |  | 74.73 |
|  | Outside Photocopy |  | 1,831.05 |
|  | Overnight/Messenger Delivery |  | 57.62 |
|  | TOTAL CURRENT COSTS |  | $2,485.58 |
|  | CURRENT INVOICE DUE |  | $26,659.58 |

Hahn Loeser ● Parks LLP   3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com

10