# EXHIBIT 9



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                Travelodge v. Gopal Govan (Site No 7032 Cincinnat
    Your Claim No.:    HFL00000508
    Our File No.:      29671-624

            Invoice No. 269579            Date: 06/17/03

                SUMMARY of CHARGES

                  Summary of Time

| Name | Init | Rate | Hours | Amount |
|---|---|---|---|---|
| Essex, Katharine L. | KLE | $145/hr | 0.50 | 72.50 |
| Fiore, Rose Marie | RMF | $140.67/hr | 31.10 | 4,375.50 |
| Goldfarb, Steven A. | SAG | $285/hr | 3.60 | 1,026.00 |
| Kessler, Marc J. | MJK | $290/hr | 4.00 | 1,160.00 |
| Oliver, Nancy A. | NAO | $170/hr | 19.70 | 3,349.00 |
| Tropf, Elizabeth D. | EDT | $130/hr | 5.20 | 676.00 |
| | | TOTAL CURRENT FEES | | 10,659.00 |

    TOTAL CURRENT FEES:           64.10    $ 10,659.00

    TOTAL CURRENT COSTS:                    $    762.86

    CURRENT INVOICE DUE:                    $ 11,421.86



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

Invoice No. 269579                          Date: 06/17/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/03 | Discussion with SA Goldfarb regarding additional revisions to be made to draft Motion for Summary Judgment; revise Motion for Summary Judgment pursuant to SA Goldfarb's comments; forward revised Motion for Summary Judgment to M. Banks for review. | NAO | L210 | 1.60 | 272.00 |
| 04/01/03 | Review Motion for Summary Judgment; revisions to same. | SAG | L240 | 0.80 | 228.00 |
| 04/08/03 | Revise and proofread Motion for Summary Judgment Brief; KeyCite case law; revise and proofread Table of Authorities. | EDT | L240 | 2.20 | 286.00 |
| 04/10/03 | Phone calls with S. Williams regarding revisions to be made to summary judgment motion and execution of Darby Affidavit. | NAO | L240 | 0.40 | 68.00 |
| 04/11/03 | Finalize brief; assemble exhibits; research Westlaw for unpublished cases for attachment; attention to copying, filing and service of motion for summary judgment. | EDT | L240 | 3.00 | 390.00 |
| 04/11/03 | Prepare exhibits to be attached to THI's Motion for Summary Judgment; discussion with ED Tropf regarding same. | NAO | L240 | 1.60 | 272.00 |
| 04/11/03 | Revision to THI's Motion for Summary Judgment pursuant to M. Banks' comments; phone call with M. Banks regarding same. | NAO | L240 | 1.10 | 187.00 |
| 04/15/03 | Discussion with SA Goldfarb regarding Govan's settlement offer and response. | NAO | L110 | 0.20 | 34.00 |
| 04/15/03 | Analyze settlement offer and conference regarding same. | SAG | L160 | 0.60 | 171.00 |



Re:              Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

Invoice No. 269579                         Date: 06/17/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/16/03 | Review and analyze Motion for Summary Judgment filed by Third-Party Defendant Cincinnati Travelodge. | NAO | L210 | 0.80 | 136.00 |
| 04/16/03 | Phone call with S. Blankenship regarding his review of his deposition transcript and signature. | NAO | L110 | 0.10 | 17.00 |
| 04/18/03 | Draft Clip comment to M. Banks regarding Govan's offer to settle the matter for $60,000. | NAO | L110 | 0.10 | 17.00 |
| 04/21/03 | Calculate demand to be made on Govan; forward same to M. Banks for review and comment. | NAO | L120 | 0.20 | 34.00 |
| 04/21/03 | Review Cincinnati Travelodge Motion for Summary Judgment. | SAG | L240 | 0.80 | 228.00 |
| 04/22/03 | Draft letter to J. Houston responding to Govan's settlement offer. | NAO | L110 | 0.10 | 17.00 |
| 04/25/03 | Phone call to S. Blankenship regarding his signature of his deposition. | NAO | L140 | 0.10 | 17.00 |
| 05/05/03 | Review opposition to summary judgment. | SAG | L240 | 1.40 | 399.00 |
| 05/07/03 | Meeting with NA Oliver regarding background and transfer of file; review and analysis of file. | RMF | L190 | 1.80 | 253.20 |
| 05/07/03 | Meeting with RM Fiore regarding background and status of the matter in order to transfer file to her attention. | NAO | L110 | 0.80 | 136.00 |
| 05/08/03 | Review and analyze Govan's Response to THI's Motion for Summary Judgment; discussion with RM Fiore regarding same. | NAO | L210 | 1.80 | 306.00 |



Re:               Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:   HFL00000508
Our File No.:     29671-624

Invoice No. 269579                                Date: 06/17/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/09/03 | Draft fraud section of Reply in Support of THI's Motion for Summary Judgment. | NAO | L210 | 5.30 | 901.00 |
| 05/12/03 | Draft fraud section of Reply in Support of THI's Motion for Summary Judgment. | NAO | L210 | 2.60 | 442.00 |
| 05/13/03 | Review and analyze Govan's Response to THI's Motion for Summary Judgment; discussion with RM Fiore regarding same. | NAO | L210 | 2.90 | 493.00 |
| 05/14/03 | Telephone conference with E. Holzapfel and J. Houston regarding extension of time; review and analysis of brief in opposition and draft reply brief. | RMF | L210 | 1.50 | 211.00 |
| 05/15/03 | Review of Motion for substitution of counsel and notice of appearance, review of Motions for admittance pro hac vice; telephone conference with Court regarding same. | MJK | L210 | 1.50 | 435.00 |
| 05/15/03 | Draft motion for extension of time; revise/edit pro hac vice motion; coordinate with MJ Kessler regarding extension of time, pro hac vice admissions and notices of appearance. | RMF | L210 | 1.00 | 140.70 |
| 05/20/03 | Telephone conference with RM Fiore regarding filing of motion pro hac vice and extension of time regarding trial. | MJK | L210 | 0.50 | 145.00 |
| 05/22/03 | Attention to filing Motion to admit counsel pro hac vice; telephone conference with Court regarding appearance of new counsel; draft notice of appearance; planning and strategy with RM Fiore regarding same. | MJK | L210 | 2.00 | 580.00 |



Re:             Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.: HFL00000508
Our File No.:   29671-624

                    Invoice No. 269579                    Date: 06/17/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/03 | Office conference with MJ Kessler regarding motion for admission pro hac vice; review motion; message left for SA Goldfarb regarding additional court admission information. | KLE | L210 | 0.50 | 72.50 |
| 05/27/03 | Analysis of issues regarding reply brief; research and draft same. | RMF | L210 | 3.00 | 422.10 |
| 05/28/03 | Research and draft reply brief including analysis of deposition testimony and relevant documents. | RMF | L240 | 5.00 | 703.50 |
| 05/29/03 | Continue research and drafting of reply brief including analysis of deposition testimony and quality assurance file; telephone conference with E. Holzapfel regarding extension of time; prepare motion for extension of time; attention to filing and service of same. | RMF | L240 | 2.50 | 351.70 |
| 05/30/03 | Continue research and drafting of reply brief; review and analysis of deposition transcript of G. Govan; receive and review order from court regarding motion to extend time; receive and review motion for jury trial. | RMF | L210 | 7.50 | 1,055.20 |
| 05/31/03 | Continue legal research and drafting of reply brief including detailed analysis of quality assurance file. | RMF | L240 | 8.80 | 1,238.10 |
|  | TOTAL CURRENT FEES |  |  | 64.10 | 10,659.00 |

| Date | Costs Advanced |  |  | Code | Amount |
|---|---|---|---|---|---|
|  | Communication Lines |  |  | $ | 0.00 |

Hahn Loeser • Parks LLP    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
                            phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com

5



Re:          Travelodge v. Gopal Govan (Site No 7032 Cincinnati
Your Claim No.:  HFL00000508
Our File No.:    29671-624

              Invoice No. 269579                        Date: 06/17/03

| Date | Costs Advanced | Code | Amount |
|---|---|---|---|
|  | Court Fee |  | 30.00 |
|  | Court Reporters |  | 312.95 |
|  | Outside Photocopy |  | 331.75 |
|  | Overnight/Messenger Delivery |  | 88.16 |
|  | Westlaw |  | 0.00 |
|  | **TOTAL CURRENT COSTS** |  | **$762.86** |
|  | **CURRENT INVOICE DUE** |  | **$11,421.86** |

Hahn Loeser • Parks    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com