# EXHIBIT 10



Re:             Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.:   029671.00624

Invoice No. 305481                                              Date: 08/31/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/02/03 | Revise/edit reply brief; analysis of issues regarding same; receive and review Motion to Continue Trial; conference with SA Goldfarb regarding reply brief. | 0533 | L210 | 7.50 | 1,537.50 |
| 06/02/03 | Revisions to reply brief in support of motion for summary judgment. | 0546 | L240 | 2.00 | 570.00 |
| 06/02/03 | Attention to Reply to Motion for Summary Judgment. | 0566 | L240 | 0.40 | 116.00 |
| 06/03/03 | Conference regarding reply brief to motion for summary judgment. | 0546 | L240 | 0.30 | 85.50 |
| 06/03/03 | Receive, review and analysis of Cincinnati Travelodge's reply brief to its Motion for Summary Judgment; revise/edit Travelodge's reply brief. | 0533 | L240 | 3.00 | 615.00 |
| 06/04/03 | Revise/edit reply brief. | 0533 | L240 | 2.00 | 410.00 |
| 06/04/03 | Revisions to reply brief to summary judgment motion. | 0546 | L240 | 2.00 | 570.00 |
| 06/05/03 | Review and revise reply brief; phone conference with M. Banks regarding same. | 0546 | L240 | 1.00 | 285.00 |
| 06/05/03 | Revise/edit reply brief; conference with SA Goldfarb regarding same. | 0533 | L240 | 1.70 | 348.50 |
| 06/06/03 | Revise/edit reply brief; attention to filing and service of same. | 0533 | L240 | 2.00 | 410.00 |
| 06/06/03 | Review and revise reply brief regarding summary judgment. | 0546 | L240 | 1.50 | 427.50 |
| 06/06/03 | Review and revise Reply Brief in Support of Motion for Summary Judgment. | 0608 | L240 | 2.30 | 356.50 |

Hahn Loeser ● Parks    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
                       phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re:             Travelodge v. Gopal Govan (Site No 7032
Your Claim No.:  HFL00000508
Our File No.:    029671.00624

Invoice No. 305481                                              Date: 08/31/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/09/03 | Review e-mail from PA Bambam regarding SA Goldfarb's court admissions; revise motion and draft proposed order for admission pro hac vice. | 0728 | L210 | 0.50 | 72.50 |
| 06/12/03 | Begin research and drafting of response to Motion for Jury Trial. | 0533 | L210 | 1.00 | 205.00 |
| 06/13/03 | Attention to status of jury waiver motion. | 0546 | L210 | 0.20 | 57.00 |
| 06/16/03 | Continue research and drafting of brief in opposition to motion for jury trial; attention to filing and service of same. | 0533 | L210 | 2.20 | 451.00 |
| 06/16/03 | Review and revise opposition brief to jury demand brief. | 0546 | L210 | 1.20 | 342.00 |
| 06/29/03 | Review of Court Order regarding Motion Pro Hac Vice. | 0566 | L210 | 0.20 | 58.00 |
| 07/03/03 | Receive, review and analysis of reply brief regarding Motion for Jury Trial; consideration of issues regarding potential surreply. | 0533 | L250 | 0.50 | 102.50 |
| 07/06/03 | Research for RM Fiore regarding case law on New Jersey law and waiver to jury trial in contract. | 0727 | L120 | 1.60 | 264.00 |
| 07/07/03 | Analysis of issues regarding surreply to Motion for Jury Trial; research and draft same. | 0533 | L250 | 2.80 | 574.00 |
| 07/07/03 | Attention to jury waiver surreply. | 0546 | L250 | 0.20 | 57.00 |
| 07/08/03 | Additional legal research regarding waiver of jury trial; revise/edit surreply brief; attention to filing and service of same. | 0533 | L210 | 1.00 | 205.00 |
| 07/14/03 | Revise/edit surreply regarding Motion for Jury Trial. | 0533 | L210 | 1.00 | 205.00 |
| 07/21/03 | Receive and review Brief in Opposition to Motion for Leave to File Surreply Brief. | 0533 | L250 | 0.20 | 41.00 |

Hahn Loeser • Parks    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 305481                                      Date: 08/31/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/29/03 | Receive and review Motion to Strike Surreply; analysis of issues regarding same. | 0533 | L250 | 0.20 | 41.00 |

| Costs Advanced | Amount |
|---|---|
| Overnight Delivery/Messenger Service | $ 58.59 |
| Filing Fees | 100.00 |
| Westlaw | 0.00 |
| Westlaw | 0.00 |
| TOTAL CURRENT COSTS | $ 158.59 |
| CURRENT INVOICE DUE | $ 8,565.09 |

Hahn Loeser ◆ Parks    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com