# EXHIBIT 11



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                    Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:     HFL00000508
    Our File No.:        029671.00624

Invoice No. 305378                                                  Date: 09/30/03

### SUMMARY OF CHARGES

Summary of Time

| | | | | |
|---|---|---|---|---|
| Steven A. Goldfarb | SAG | $285/hr | 1.00 | 285.00 |
| Nancy A. Oliver | NAO | $170/hr | 2.10 | 357.00 |
| | | TOTAL CURENT FEES | | 642.00 |

TOTAL CURRENT FEES:                   3.10        $     642.00

CURRENT INVOICE DUE:                                $     642.00

Hahn Loeser • Parks   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



|        |                          |
|--------|--------------------------|
| Re:    | Travelodge v. Gopal Govan (Site No 7032 |
| Your Claim No.: | HFL00000508 |
| Our File No.: | 029671.00624 |

Invoice No. 305378                                               Date: 09/30/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 09/12/03 | Review status of file and potential preparation issues regarding trial and scheduling; phone conference regarding status of summary judgment rulings. | 0546 | l440 | 1.00 | 285.00 |
| 09/18/03 | Analyze pleadings and attention to file in order to identify items to be done in preparation for trial. | 0594 | L120 | 2.10 | 357.00 |

Costs Advanced                                                                Amount

|                        |     |        |
|------------------------|-----|--------|
| TOTAL CURRENT COSTS    | $   | 0.00   |
| CURRENT INVOICE DUE    | $   | 642.00 |

Hahn Loeser ● Parks    3300 BP Tower    200 Public Square    Cleveland, OH    44114-2301
phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com