# EXHIBIT 12



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                    Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:    HFL00000508
    Our File No.:      029671.00624

        Invoice No. 305608                        Date: 11/12/03

## SUMMARY OF CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Nancy A. Oliver | NAO | $170/hr | 3.20 | 544.00 |
| | | TOTAL CURENT FEES | | 544.00 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT FEES: | 3.20 | $ | 544.00 |
| TOTAL CURRENT COSTS: | | $ | 21.08 |
| CURRENT INVOICE DUE: | | $ | 565.08 |

Hahn Loeser • Parks   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



|  | Re: | Travelodge v. Gopal Govan (Site No 7032 |
|---|---|---|
|  | Your Claim No.: | HFL00000508 |
|  | Our File No.: | 029671.00624 |

Invoice No. 305608                                                                    Date: 11/12/03

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/29/03 | Review Order from the Court providing THI and Cincinnati Travelodge with 7 days to submit highlighted copies of Govan's Proposed Findings of Fact and Conclusions of Law; review and analyze summary judgment briefing and highlight Govan's proposed findings of fact and conclusions of law to identify those which are true and those that are not true. | 0594 | L120 | 3.20 | 544.00 |

| Costs Advanced | | Amount |
|---|---|---|
| Outside Photocopy | $ | 21.08 |
| TOTAL CURRENT COSTS | $ | 21.08 |
| CURRENT INVOICE DUE | $ | 565.08 |

Hahn Loeser ● Parks    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
                       phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com