# EXHIBIT 13



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                    Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:     HFL00000508
    Our File No.:        029671.00624

            Invoice No. 309135                                Date: 01/21/04

### SUMMARY OF CHARGES

Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Steven A. Goldfarb | SAG | $285/hr | 0.80 | 228.00 |
| Marc J. Kessler | MJK | $290/hr | 0.40 | 116.00 |
| Rose Marie Fiore | RMF | $205/hr | 0.30 | 61.50 |
| Nancy A. Oliver | NAO | $170/hr | 3.70 | 629.00 |
| Elizabeth D. Tropf | EDT | $130/hr | 0.50 | 65.00 |
|  |  | TOTAL CURENT FEES |  | 1,099.50 |

| | | |
|---|---|---|
| TOTAL CURRENT FEES: | 5.70 | $ 1,099.50 |
| TOTAL CURRENT COSTS: |  | $ 38.24 |
| CURRENT INVOICE DUE: |  | $ 1,137.74 |



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 309135                                                                 Date: 01/21/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/03 | Review Findings of Fact and related comments from NA Oliver. | 0546 | L110 | 0.50 | 142.50 |
| 11/03/03 | Attention to comments to proposed Findings of Fact and Conclusions of Law. | 0546 | L110 | 0.30 | 85.50 |
| 11/03/03 | Review of SA Goldfarb's comments regarding THI's highlighted version of Govan's Proposed Findings of Fact and Conclusions of Law; discussion with RM Fiore regarding same; preparation of THI's highlighted version for filing. | 0594 | L120 | 2.80 | 476.00 |
| 11/03/03 | Review copies of highlighted proposed findings and compare with original for accuracy; conference NA Oliver regarding same. | 0631 | L240 | 0.50 | 65.00 |
| 11/03/03 | Analysis of issues regarding disputed issues of fact; conference with NA Oliver regarding same. | 0533 | L110 | 0.30 | 61.50 |
| 11/06/03 | Telephone conference with Darlene of J. Weber's Chambers regarding status and courtesy copy to Chambers; telephone conference with N. Oliver regarding same. | 0566 | L190 | 0.40 | 116.00 |
| 11/11/03 | Phone calls with B. Giles and J. Houston regarding Joint Pretrial Motion to be submitted to the Court. | 0594 | L110 | 0.30 | 51.00 |
| 11/13/03 | Phone call with Court regarding file date of Joint Pretrial Order; e-mail to B. Giles and J. Houston regarding same. | 0594 | L110 | 0.20 | 34.00 |
| 12/08/03 | Clip comment to M. Banks regarding trial date and latest settlement discussions; phone call with J. Houston regarding settlement. | 0594 | L110 | 0.40 | 68.00 |

| Costs Advanced | | Amount |
|---|---|---|
| Overnight Delivery/Messenger Service | $ | 38.24 |

Hahn Loeser ● Parks | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re:                  Travelodge v. Gopal Govan (Site No 7032
Your Claim No.:   HFL00000508
Our File No.:     029671.00624

Invoice No. 309135                              Date: 01/21/04

|  |  |
|---|---|
| TOTAL CURRENT COSTS | $ 38.24 |
| CURRENT INVOICE DUE | $ 1,137.74 |

Hahn Loeser • Parks    3300 BP Tower    200 Public Square    Cleveland, OH    44114-2301
phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com