# EXHIBIT 14



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                  Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:    HFL00000508
    Our File No.:      029671.00624

            Invoice No. 310092                          Date: 02/16/04

### SUMMARY OF CHARGES

#### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Steven A. Goldfarb | SAG | $310/hr | 0.50 | 155.00 |
| Nancy A. Oliver | NAO | $170/hr | 0.80 | 136.00 |
| Elizabeth D. Tropf | EDT | $135/hr | 0.40 | 54.00 |
| Elizabeth D. Tropf | EDT | $130/hr | 0.20 | 26.00 |
| | | TOTAL CURENT FEES | | 371.00 |

TOTAL CURRENT FEES:                  1.90        $      371.00

CURRENT INVOICE DUE:                           $      371.00

Hahn Loeser ● Parks    3300 BP Tower  |  200 Public Square  |  Cleveland, OH  |  44114-2301
phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 310092                                                                 Date: 02/16/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/04 | Phone call with NA Oliver regarding court decision granting motion for summary judgment. | 0631 | L240 | 0.20 | 26.00 |
| 01/08/04 | Review and analyze Court Order and Opinion granting THI's Motion for Summary Judgment; draft Clip comment and e-mail to M. Banks regarding the Court's Opinion. | 0594 | L120 | 0.80 | 136.00 |
| 01/08/04 | Attention to Opinion from U.S. District Court in favor of Travelodge; analyze same. | 0546 | L250 | 0.50 | 155.00 |
| 01/22/04 | Review court's order and calendar due date for Govan to submit accounting. | 0631 | L430 | 0.40 | 54.00 |

Costs Advanced                                                                                          Amount

TOTAL CURRENT COSTS                  $         0.00

CURRENT INVOICE DUE                   $       371.00

Hahn Loeser • Parks   3300 BP Tower  200 Public Square  Cleveland, OH  44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com