UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRAVELODGE HOTELS, INC., ) | CASE NO. C-1-01-784 |
| ) | |
| Plaintiff, ) | JUDGE WEBER |
| v. ) | |
| ) | |
| GOPAL GOVAN, ) | **UNOPPOSED MOTION FOR** |
| ) | **EXTENSION OF TIME TO REPLY** |
| Defendant/Third-Party ) | **TO DEFENDANT GOVAN'S** |
| Plaintiff, ) | **OBJECTION TO PLAINTIFF'S** |
| v. ) | **SUBMISSION OF EVIDENCE IN** |
| ) | **SUPPORT OF AWARD OF** |
| CINCINNATI TRAVELODGE, ) | **ATTORNEYS' FEES AND COSTS** |
| ) | |
| Third-Party Defendant. ) | |

Plaintiff Travelodge Hotels, Inc. ("THI") respectfully moves this Honorable Court for an extension of seven (7) days, up to and including April 5, 2004, to file its Reply to Defendant Gopal Govan's Objection to Plaintiff's Submission of Evidence in Support of Award of Attorneys' Fees and Costs. The grounds for this motion are that THI's counsel who is primarily responsible for handling this matter has a previously planned vacation beginning on March 18, 2004 and will not be returning to the office until March 29, 2004. Counsel for THI has discussed this with counsel for Defendant Gopal Govan, who agrees to and does not oppose this motion. This request is not being made for purposes of delay, and no parties will be prejudiced by the action requested herein.

1

CLE - 787096.1

For the foregoing reasons, THI respectfully requests that this Court grant its unopposed motion for an extension of time allowing THI up to and including April 5, 2004, to file its Reply brief. A proposed Order is attached for the Court's convenience.

                                                  Respectfully submitted,

OF COUNSEL:

HAHN LOESER & PARKS LLP

                           /s/ Nancy A. Oliver
Steven A. Goldfarb (0030186)
   sagoldfarb@hahnlaw.com
Nancy A. Oliver (0071142)
   naoliver@hahnlaw.com

3300 BP Tower
200 Public Square
Cleveland, Ohio 44114-2301
(216) 274-2347

Attorneys for Plaintiff Travelodge Hotels, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March 2004, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nancy A. Oliver
One of the Attorneys for Plaintiff

CLE - 787096.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01-784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| v. | ) | |
| | ) | |
| GOPAL GOVAN, | ) | |
| | ) | **ORDER** |
| Defendant/Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CINCINNATI TRAVELODGE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

This matter is before the Court on Plaintiff Travelodge Hotels, Inc.'s ("THI") Unopposed Motion for Extension Of Time to file its Reply to Defendant Gopal Govan's Objection to Plaintiff's Submission of Evidence in Support of Award of Attorneys' Fees and Costs. The Court, having considered said motion and for good cause shown, hereby grants THI's motion. THI shall have an additional seven (7) days, up to and including April 5, 2004, to file its Reply to Defendant Gopal Govan's Objection to Plaintiff's Submission of Evidence in Support of Award of Attorneys' Fees and Costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT
JUDGE

4

CLE - 787096.1