UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01-784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| v. | ) | |
| | ) | |
| GOPAL GOVAN, | ) | |
| | ) | **ORDER** |
| Defendant/Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CINCINNATI TRAVELODGE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

This matter is before the Court on Plaintiff Travelodge Hotels, Inc.'s ("THI") Unopposed Motion for Extension Of Time to file its Reply to Defendant Gopal Govan's Objection to Plaintiff's Submission of Evidence in Support of Award of Attorneys' Fees and Costs. The Court, having considered said motion and for good cause shown, hereby grants THI's motion. THI shall have an additional seven (7) days, up to and including April 5, 2004, to file its Reply to Defendant Gopal Govan's Objection to Plaintiff's Submission of Evidence in Support of Award of Attorneys' Fees and Costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

4

CLE - 787096.1