UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRAVEL LODGE HOTELS, INC., | CASE NO. C-1-01-784 |
| Plaintiff, | (Judge Weber) |
| v. | |
| GOPAL GOVAN, | **AGREED ENTRY PERMITTING DEFENDANT GOVAN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR RECONSIDERATION** |
| Defendant, | |
| v. | |
| CINCINNATI TRAVEL LODGE, | |
| Third-Party Defendant. | |

The Court, noting the agreement and consent between counsel for Defendant Gopal Govan ("Govan") and Third Party Defendant Cincinnati Travelodge, hereby orders that the time by which Govan can file an opposition to Cincinnati Travelodge's Motion for Reconsideration is hereby extended one week from Friday, March 19, 2004 to Friday, March 26, 2004.

SO ORDERED.

                                                          s/Herman J. Weber
                                                          Herman J. Weber, Judge

s/Eric C. Holzapfel
Eric C. Holzapfel (0012276)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202-2491
Telephone: (513) 852-6000)
Attorneys for Defendant Gopal Govan

_____
Brian T. Giles
Statman Harris Siegel & Eyrich LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
Telephone:  (513) 621-2666
Attorneys for Third-Party Defendant,
Cincinnati Travelodge

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Agreed Entry Permitting Defendant Govan Extension of Time to File Opposition to Motion for Reconsideration has been filed with the Court by electronic means this 19th day of March 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      s/Eric C. Holzapfel_____
      Eric C. Holzapfel
      Trial Attorney for Defendant
      Gopal Govan

202239.1