# EXHIBIT B

# WOOD & LAMPING LLP

SINCE 1927
ATTORNEYS AT LAW

600 VINE STREET, SUITE 2500
CINCINNATI, OHIO 45202-2491
TELEPHONE (513) 852-6000
FAX (513) 852-6087

WOOD, LAMPING & LEHNER LLP
208 WALNUT STREET
LAWRENCEBURG, INDIANA 47025
TELEPHONE (812) 537-2375
FAX (812) 537-2368

KENNETH J. SCHNEIDER
WILLIAM R. ELLIS**
WILLIAM H. EDER, JR.
HAROLD G. KORBEE
ERIC C. HOLZAPFEL
PAUL R. BERNINGER
ROBERT P. MALLOY
JEFFREY M. ROLLMAN
MARK S. RECKMAN
JAN M. FRANKEL
GARY J. DAVIS*
JAMES B. HARRISON*
HENRY E. MENNINGER, JR.
C.J. SCHMIDT, III
THOMAS M. WOEBKENBERG
ARTHUR D. WEBER, JR.*
THOMAS J. BREED

JOHN W. ELIERS
LISA D. LEHNER*** +
PETER M. BURRELL++
JEFFREY P. MCSHERRY* ***
LISA M. RAMMES
DOUGLAS L. WESTENDORF
ROCCINA S. NIEHAUS
TIMOTHY A. GARRY, JR.
THOMAS R. BLONDELL+++
EDWARD D. BENDER
JANET Y. CASTAÑEDA
KEVIN K. FRANK ++++
KAREN A. NICEWANDER
JEFFREY D. FORBES
V. BRANDON MCGRATH* V.
NATHAN H. BLASKE
SARAH B. ELLINGTON

*Counsel*
ROBERT F. RECKMAN
AMY GASSER CALLOW

*Retired*
HARRY M. HOFFHEIMER

JOHN WOOD II (1917-1998)
FRED C. LAMPING (1903-1989)
ALBERT H. NEMAN (1929-2003)

*Also Admitted in Kentucky
**Also Admitted in Pennsylvania
***Also Admitted in Indiana
+ Also Admitted in Arizona
++ Also Admitted in Oregon
+++ Admitted in Indiana & Illinois
++++ Admitted in California

DIRECT DIAL: (513) 852-6041
E-MAIL: echolzapfel@woodlamping.com

March 23, 2004

**VIA FACSIMILE (216) 274-2514**

Steven A. Goldfarb, Esq.
Hahn Loeser & Parks LLP
3300 PB Tower
200 Public Square
Cleveland, Ohio 44114-2301

RE: *THI v. Govan*, Case No. C-1-01-784

Dear Mr. Goldfarb:

Pursuant to FRCP 45(c)(2)(B), this letter constitutes written objections to the subpoena I received by fax demanding production of my firm's billing records in this case. For the reasons set forth below, we object to the production of such records.

First, regarding your evidence of attorneys fees, I am disappointed that I agreed to extend your time to respond to our objections based on your associate Nancy Oliver's representation that she was going on vacation. Had I known that you needed the additional time in order to serve a subpoena for our records and to review those records prior to responding to our objections, I would not have agreed to the extension.

Second, our billing records are not pertinent to your firm's billings on this case. All that matters is the time and money your firm expended and whether it was reasonable. Further, my firm represented our client against two parties: your client the plaintiff, as well

Steven A. Goldfarb, Esq.
March 23, 2004
Page 2

as cross-claim defendant Cincinnati Travelodge. Thus, much of our fees and costs are irrelevant to the time and money expended in simply defending your client's complaint.

    Based on these objections, we do not intend to comply with the subpoena and produce our billing records.

                        Very truly yours,

                        *[signature]* /FOR
                        Eric C. Holzapfel

ECH/deg
202594.1