UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | : | CASE NO. C-1-01-784 |
| Plaintiff, | : | (Judge Weber) |
| v. | : | |
| GOPAL GOVAN, | : | **AFFIDAVIT OF ERIC C. HOLZAPFEL** |
| | | **IN SUPPORT OF DEFENDANT** |
| Defendant, | : | **GOVAN'S OPPOSITION TO** |
| | | **TRAVELODGE HOTELS, INC.'S** |
| v. | : | **MOTION TO COMPEL** |
| CINCINNATI TRAVELODGE, | : | |
| Cross-Claim Defendant. | : | |

State of Ohio            )
                         ) SS
County of Hamilton       )

The undersigned, Eric C. Holzapfel, being duly cautioned and sworn, deposes and states as follows:

1.    I am trial attorney for Defendant Gopal Govan in the above-captioned matter.

2.    Attached hereto as Exhibit A are true and correct copies of my firm's billing records for this case through March 12, 2004.

3.    As of the time I received Plaintiff THI's subpoena for copies of the billing records, the total amount of fees expended on this matter was $36,983.91, with additional costs of $3,528.19, for a total of $40,512.10.

4.    These totals include approximately $332.50 that at some point in time will be deducted from the bills as time that should have been "no charged," as indicated by the "N/C" notation in the billing records.

5.    I have reviewed in detail the billing records attached hereto.  Between myself and an associate of my office, Kevin Frank, we reviewed these bills as well as the billing records submitted by THI and calculated the total fees expended by the respective firms on certain categories of work performed in this matter.  I have read Govan's Opposition to THI's Motion to Compel, and to the best of my knowledge the dollar amounts cited therein are true and accurate representations of the fees incurred as reflected in the billing records.

FURTHER AFFIANT SAYETH NAUGHT.

Eric C. Holzapfel

State of Ohio          )
                       ) SS
County of Hamilton     )

Sworn to before me and subscribed in my presence this _31st_ day of March, 2004.

Notary Public

JUDITH I. KNARR
Notary Public, State of Ohio
My Commission Expires
August 2, 2004