```
09:46 AM  Mar 22, 2004                                                          Page No.:    1

                                      Wood & Lamping, L.L.P.
                              Draft For Work-In-Process Through 03-22-04
                                    CLIENT MATTER ID: 29135-00001
                              RE: v. Travelodge Hotels, Inc. - Litigation

  ** Bill sent to Client Address?  Y

BILLING ATTORNEY: 35   - Gary J. Davis        BILLING GROUP: M

Gopal Govan                                        Total Billed Fees:                  36,983.91
265 Union Avenue                                   Total Billed Costs:                   3,528.19
Memphis, TN 38103                                  Total Collected:                     22,399.54
                                                   Date of Last Bill:       03-10-04      975.00
                                                   Date of Last Payment:    01-29-04    2,000.00
                                                   Date of Last Write-off:                   0.00
                                                   Combined Advance Deposit Balance:         0.00
                                                   Trust Funds 2:                            0.00
                                                   Bill Form: 809  W/l date,desc,init,hrs,amt,cost
                                                   I/Comments:

                          TOTAL        FEES       COSTS      INT  -------- A G I N G -------- O F  03-22-04 -----
                                                                   00-30      31-60       61-90         90+
Work-in-Process as of 03-22-04   1,006.25    1,006.25      0.00  0.00    1,006.25       0.00       0.00       0.00
A/R Balance Fwd as of 03-22-04  18,112.56   16,787.18  1,325.38  0.00      975.00       0.00     128.75  16,721.12
                                                                          287.69

TOTAL WIP FEES AND COSTS:          1,006.25

TOTAL OUTSTANDING WIP AND A/R:    19,118.81

BILLING INSTRUCTIONS:  Bill Fees _____   Bill Costs _____   Apply Adv Dep _____   Apply Trust _____   Apply Trust _____   Statement Only _____

  DATE  ATY  DESCRIPTION                                                    ACTV.CODE  H/N    HOURS     RATE    AMOUNT
03-03-04  ECH  Review file, telephone conference with client                                  0.25   275.00     68.75

03-08-04  KKF  Review materials in support of opposition's motion for
               attorney's fees                                                                0.25   150.00     37.50

03-08-04  ECH  Review financial documents of client,review franchisor's
               submission of attorneys fees                                                   0.75   275.00    206.25

03-09-04  KKF  Meet with E. Holzapfel to discuss response to accounting of
               attorney's fees from Travelodge                                                0.50   150.00     75.00

03-09-04  ECH  Review order of court, draft letter to all counsel regarding
```

```
09:46 AM  Mar 22, 2004                                                                        Page No.:    2
                              Wood & Lamping, L.L.P.
                    Draft for Work-in-Process Through 03-22-04
                         CLIENT MATTER ID: 29135-00001
                    RE: v. Travelodge Hotels, Inc. - Litigation

DATE      ATY   DESCRIPTION                          ACTV.CODE   H/N   HOURS    RATE    AMOUNT
                revenues in late 2000                                   0.50  275.00    137.50

03-11-04  KKF   Begin reviewing attorneys fees invoices from Travelodge  1.00  150.00    150.00

03-12-04  KKF   Continue reviewing Travelodge attorney's fees evidence and
                prepare memorandum to support an opposition brief or motion to
                tax costs; discuss same with E. Holzapfel         1.75  150.00    262.50

03-12-04  ECH   Conference with kevin frank regarding attorneys fees issue  0.25  275.00     68.75

                                        TOTAL WIP FEES:               5.25             1,006.25


                --------FEE RECAP--------
Attorney        Hours    Rate     Amount
20 - ECH         1.75   275.00    481.25
75 - KKF         3.50   150.00    525.00

TOTAL WIP FEES:  5.25             1,006.25
```

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio 45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

January 8, 2002
Invoice # 287997

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-06-01 | Meet with Gary Davis and client to explore reorganization options and pending litigation issues. | HEM | 1.00 | 200.00 |
| 12-11-01 | AM conference with C.J. Schmidt; conference with Eric Holzapfel and follow-up with client and court concerning service of process - N/C. | GJD | 0.50 | 90.00 |
| 12-11-01 | Conference with Gary Davis; Review complaint; Telephone conference with clerk's office regarding service | ECH | 0.50 | 125.00 |
| 12-12-01 | PM review of file; conference with Hank Menninger; PM conference with Eric Holzapfel | GJD | 0.75 | 135.00 |
| 12-12-01 | Conference with Gary Davis regarding facts and legal issues; Review complaint and license agreement | ECH | 1.25 | 312.50 |
| 12-13-01 | Review file for meeting | | | |

CHARGE TO:____Visa____Mastercard____American Express

Account No:_____ Exp.Date_____

Name:_____ Signature_____ Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 287997
January 8, 2002

Gopal Govan                                                          Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | and AM meeting with clients | GJD | 3.00 | 540.00 |
| 12-13-01 | Memorandum to file regarding open points – N/C. | GJD | 0.25 | 45.00 |
| 12-13-01 | PM conferences with Eric Holzapfel regarding developments and strategy – N/C. | GJD | 0.25 | 45.00 |
| 12-13-01 | Prepare for meeting with client , review documents,attend meeting with clients,telephone conference with attorney for travelodge in new jersey, telephone conference with attorney for travelodge in cleveland,conference with gjd | ECH | 4.25 | 1,062.50 |
| 12-14-01 | Review material from new jersey judgment, review material received from attorney for travelodge | ECH | 0.50 | 125.00 |
| 12-18-01 | PM conference with Eric Holzapfel regarding status and next steps – N/C. | GJD | 0.50 | 90.00 |
| 12-19-01 | Review letters, draft letter to client | ECH | 0.50 | 125.00 |
| 12-20-01 | Conference with mike mcginness regarding status – N/C. | ECH | 0.25 | 62.50 |
| | | Total Hours 13.50 | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                    Invoice # 287997
                                    January 8, 2002
Gopal Govan                                      Page 3

Client Number: 29135-00001



Date      Description of Services
                                  Atty    Hours        Amount

                                  Total Fees          2,957.50


Date      Cost Advanced Description                    Amount

          Photocopy                                      4.80
          Telephone                                      4.83
                                                    ------------
                            Total Costs Advanced  $      9.63
                                                    ------------
                            Retainer Applied         <2,434.63>

                            Less Discount              <532.50>

                            Matter Total                 0.00
                                                    ============
```

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP

ATTORNEYS AND COUNSELORS AT LAW
**600 Vine Street, Suite 2500**
**Cincinnati, Ohio 45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

January 31, 2002
Invoice # 288772

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 01-14-02 | Review documents; Conference with James D. Houston regarding pleadings | ECH | 0.50 | 125.00 |
| 01-14-02 | Discussed facts of case with ECH in preparation for drafting answer. | JDH | 0.25 | 28.75 |
| 01-14-02 | Reviewed verified complaint and attachments. | JDH | 0.25 | 28.75 |
| 01-15-02 | Began reviewing documents provided by client in preparation for drafting answer. | JDH | 0.25 | 28.75 |
| 01-16-02 | Conference with James D. Houston regarding Answer; Review notes and documents | ECH | 0.75 | 187.50 |
| 01-16-02 | Continued to review documents produced to this point and licensing agreement in preparation for drafting answer. | JDH | 1.25 | 143.75 |
| 01-16-02 | Reviewed facts of case with ECH and discussed possible defenses and strategies. | JDH | 0.75 | 86.25 |
| 01-17-02 | Conference with James | | | |

CHARGE TO:_____Visa_____Mastercard_____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
**ATTORNEYS AND COUNSELORS AT LAW**

Invoice # 288772
January 31, 2002

Gopal Govan                                    Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | D. Houston regarding Answer; Telephone conference with Mike McGinness; Telephone conference with clients, | ECH | 2.00 | 500.00 |
| 01-17-02 | Conference with Eric Holzapfel and James Houston regarding legal theories and evidence; conference with Davis regarding fraud. | WHE | 0.50 | 117.50 |
| 01-17-02 | Conference call with Mike McGuinnes and ECH wherein factual issues were discussed in order to draft answer to complaint. | JDH | 0.50 | 57.50 |
| 01-17-02 | Conference call with Mike McGuinnes (.50) and ECH. Conference call with Sam Govin and Sean Patel (.75). Discussed potential defenses and counterclaims with ECH (.75). | JDH | 2.00 | 230.00 |
| 01-17-02 | Completed first draft of answer. | JDH | 0.50 | 57.50 |
| 01-18-02 | Review Purchase Agreement; review documents; PM conference with Jamie Houston and Eric Holzapfel regarding possible defenses No | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 288772
January 31, 2002

Gopal Govan                                              Page 3

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | Charge | GJD | 2.50 | 0.00 |
| 01-18-02 | Review sales agreement; Conference with James D. Houston regarding Answer and Cross-Claim; Conference with Gary Davis regarding issues; Review and revise Answer, Counterclaim and Cross-Claim | ECH | 3.50 | 875.00 |
| 01-18-02 | Conference with Eric Holzapfel regarding proof of reputation and revenues from illegal business. | WHE | 0.25 | 58.75 |
| 01-18-02 | Reviewed purchase agreement (.50) and spoke with ECH regarding potential counterclaims (1.0) | JDH | 1.50 | 172.50 |
| 01-18-02 | Revised answer, added counter and cross claims. Discussed same with ECH. | JDH | 3.00 | 345.00 |
| 01-19-02 | Review and revise Answer, Counterclaim, and Cross-Claim | ECH | 1.00 | 250.00 |
| 01-21-02 | Conference with James D. Houston regarding Answer; Review pleading | ECH | 1.00 | 250.00 |
| 01-21-02 | Revised answer, counter and cross claims per ECH. | JDH | 1.00 | 115.00 |
| 01-22-02 | Consulted civil procedure treatise to ensure cross claims | | | |

CHARGE TO: ___ Visa ___ Mastercard ___ American Express
Account No: _____ Exp.Date _____
Name: _____ Signature _____ Amount _____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                    Invoice # 288772
                                    January 31, 2002
Gopal Govan                                         Page 4

Client Number: 29135-00001



Date      Description of Services
                                    Atty    Hours       Amount
          would be served
          properly. Prepared form
          necessary to ensure
          same.                     JDH     0.50         57.50
01-22-02  File answer and
          counterclaim.             RCM     0.25          6.25
                                    Total Hours 24.00

                                    Total Fees        3,721.25


Date      Cost Advanced Description                     Amount

          Photocopy                                      18.75
          Postage                                         4.63
          Telephone                                      18.72
                                                    ------------
                           Total Costs Advanced     $    42.10
                                                    ------------
                           Retainer Applied         <3,763.35>

                           Matter Total                  0.00
                                                    ============
```

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP

### ATTORNEYS AND COUNSELORS AT LAW

**600 Vine Street, Suite 2500**
**Cincinnati, Ohio  45202-2409**

**TELEPHONE (513) 852-6000**
**FAX (513) 852-6087**
**FED I.D. 31-0494955**

**Terms: Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

March 15, 2002
Invoice # 289497

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 02-04-02 | Conference with James D. Houston regarding cross-claim; strategy | ECH | 0.25 | 62.50 |
| 02-04-02 | Discussed venue issues with ECH - N/C. | JDH | 0.25 | 0.00 |
| 02-05-02 | Completed first draft of discovery requests to be propounded to plaintiff. | JDH | 0.50 | 57.50 |
| 02-07-02 | Conference call with attorney Detweiler (lawyer for Cincinnati TL) regarding Cross Claim. | JDH | 0.50 | 57.50 |
| 02-07-02 | Conference with James D. Houston; telephone conference with attorney for seller of subject property | ECH | 0.75 | 187.50 |
| 02-11-02 | Telephone conferences with attorney for plaintiff; review and revise pre-trial report to court | ECH | 1.00 | 250.00 |
| 02-12-02 | Began to prepare initial discovery disclosures required by the Federal Rules of Civil Procedure. | JDH | 0.25 | 28.75 |

CHARGE TO:___Visa___Mastercard___American Express
Account No:_____ Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 289497
March 15, 2002

Gopal Govan                                                          Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 02-14-02 | Reviewed packett regarding closing forwarded by counsel forTravelodge Cincinnati. | JDH | 0.25 | 28.75 |
| 02-16-02 | Review motion and memo regarding dismissal of counterclaim | ECH | 0.75 | 187.50 |
| 02-18-02 | Began to review Travelodge Motion to Dismiss counterclaim. | JDH | 0.25 | 28.75 |
| 02-19-02 | Conferences with James D. Houston regarding cross-claim | ECH | 0.75 | 187.50 |
| 02-19-02 | Discussed with ECH regarding packett forwarded by Cincinnati Travelodge counsel and whether cross claim should be maintained. | JDH | 0.25 | 28.75 |
| 02-19-02 | Outlined Motion to dismiss counterclaim. Reviewed documents received to date in order to complete same. Discussed strategy for response with ECH. | JDH | 0.75 | 86.25 |
| 02-20-02 | Conference with James D. Houston regarding fraud issue | ECH | 0.25 | 62.50 |
| 02-20-02 | Began drafting response to travelodge motion to dismiss. | JDH | 0.25 | 28.75 |
| 02-21-02 | Conferences with James D. Houston , telephone conference with mike | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 289497
March 15, 2002

Gopal Govan                                          Page 3

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | mcguiness | ECH | 2.00 | 500.00 |
| 02-21-02 | Discussed strategy for response to Motion to dismiss with ECH. Conference call with Mike McGinnis - N/C | JDH | 1.75 | 0.00 |
| 02-21-02 | Spoke with Sam Govin regarding facts raised in Motion to dismiss. | JDH | 0.75 | 86.25 |
| 02-21-02 | Met with ECH and discussed whether to maintain cross-claim against Cincinnati Travelodge - N/C. | JDH | 0.50 | 0.00 |
| 02-22-02 | Telephone conference with attorney for seller, conference with James D. Houston regarding legal issues | ECH | 1.00 | 250.00 |
| 02-22-02 | Conference call with Leslie Detweiler (counsel for Cinti. Travelodge) (1.0). Discussed with ECH whether to maintain cross claim in light of arguments advance by Ms. Detweiler. | JDH | 1.50 | 172.50 |
| 02-25-02 | Spoke with Shawn Patel regarding illegality/overstatement of revenue issue. | JDH | 0.25 | 28.75 |
| 02-25-02 | Spoke with Shawn Patel regarding illegality issue. Dictated Rule 26 initial discovery | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 289497
March 15, 2002

Gopal Govan

Page 4

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| | disclosures. Spoke with opposing counsel regarding extension on same disclosures. | JDH | 0.50 | 57.50 |
| 02-25-02 | Reviewed case law cited by Travelodge in Motion to dismiss; began researching law in support of arguments in opposition thereto. | JDH | 0.75 | 86.25 |
| 02-26-02 | Continued to research applicability of the "economic loss doctrine" as argued by Travelodge in its motion to dismiss. | JDH | 0.25 | 28.75 |
| 02-28-02 | Conference with James D. Houston regarding claims, support, telephone conference with client | ECH | 1.00 | 250.00 |
| 02-28-02 | Discussed case with former Govan employee Angela Peavley. | JDH | 0.50 | 57.50 |
| 02-28-02 | Discussed with ECH viability of crossclaims in ligth of Peavley information; conference call with Mr. Govan - (N/C) | JDH | 1.00 | 0.00 |

Total Hours 18.75

Total Fees        2,786.55

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                   Invoice # 289497
                                   March 15, 2002
Gopal Govan                                        Page 5

Client Number: 29135-00001


Date      Cost Advanced Description              Amount
          Photocopy                                0.60
          Telephone                               43.20
                                              ------------
                        Total Costs Advanced  $    43.80
                                              ------------
                        Retainer Applied        <2,830.35>

                        Matter Total                0.00
                                              ============
```

**CHARGE TO:____Visa____Mastercard____American Express**
**Account No:_____Exp.Date_____**
**Name:_____Signature_____Amount_____**

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

April 19, 2002
Invoice # 290263

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-01-02 | Revised and completed 26(a) initial disclosures. | JDH | 0.75 | 86.25 |
| 03-03-02 | Continued to research and draft response to travelodge motion to dismiss. | JDH | 1.00 | 115.00 |
| 03-04-02 | Continued to research and draft response Motion to Dismiss. | JDH | 2.75 | 316.25 |
| 03-08-02 | Continued to draft response to motion to dismiss. | JDH | 1.50 | 172.50 |
| 03-10-02 | Concluded drafting and revised response to Travelodge Motion to Dismiss. | JDH | 3.00 | 345.00 |
| 03-11-02 | Conference with James D. Houston; Review and revise memo | ECH | 1.00 | 250.00 |
| 03-11-02 | Revised Motion to Dismiss response. File and served same. | JDH | 1.50 | 172.50 |
| 03-26-02 | Review Reply Memo | ECH | 0.50 | 125.00 |
| 03-28-02 | Reviewed Travelodge Cincinnati Motion to Dismiss. Discussed response with ECH. | JDH | 0.50 | 57.50 |
| 03-28-02 | Conference with James | | | |

**CHARGE TO:**___**Visa**___**Mastercard**___**American Express**

Account No:_____ Exp.Date_____

Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                     Invoice # 290263
                                     April 19, 2002
Gopal Govan                                             Page 2

Client Number: 29135-00001
```

```
Date      Description of Services
                                     Atty    Hours         Amount
          Houston in regards to
          conducting search to
          see if Travelogdge was
          issued any citations in
          1998 and 1999.
          Conducted search
          regarding same.           SLV     0.75          45.00
                                     Total Hours 13.25

                                     Total Fees        1,685.00


Date      Cost Advanced Description                     Amount

03-08-02  Computer Assisted Research; FEBRUARY           36.56
          Fax Charges                                     6.00
                                                     ------------
                           Total Costs Advanced      $    42.56
                                                     ------------
                           Retainer Applied              <971.67>

                           Matter Total                 755.89
                                                     ============
```

**CHARGE TO:**____**Visa**____**Mastercard**____**American Express**
**Account No:**_____**Exp.Date**_____
**Name:**_____**Signature**_____**Amount**_____

# WOOD & LAMPING LLP

ATTORNEYS AND COUNSELORS AT LAW
**600 Vine Street, Suite 2500**
**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

May 31, 2002
Invoice # 291488

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 04-04-02 | Discussed with ECH pretrial conference, began reviewing file rearding same. Spoke with Gopal Govan and all opposing counsel regarding conference call and matters to be discussed at the pretrial conference. Drafted notice of dismissal of second count of cross claim. | JDH | 1.00 | 115.00 |
| 04-05-02 | Conference with James D. Houston regarding hearing | ECH | 0.50 | 125.00 |
| 04-05-02 | Prepared for and attended pre trial conference. At conference, discussed settlement with opposing counsel and argued merits of motions to dismiss. | JDH | 2.75 | 316.25 |
| 04-08-02 | Conference with James D. Houston regarding reply, research legal issues | ECH | 0.75 | 187.50 |
| 04-08-02 | Discussed amendment of | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____  Exp.Date_____
Name:_____Signature_____  Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 291488
May 31, 2002

Gopal Govan                                                    Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | complaint, proper cause of action to assert with ECH. | JDH | 0.50 | 57.50 |
| 04-11-02 | Docketed response date for Motion to Dismiss. | SLV | 0.25 | 15.00 |
| 04-11-02 | Discussed with ECH response to Cincinnati Traveloge Motion to Dismiss. | JDH | 0.25 | 28.75 |
| 04-12-02 | Began to research extent to which forum selection clauses are enforceable. | JDH | 0.50 | 57.50 |
| 04-15-02 | Conference with James D. Houston regarding strategy. | ECH | 0.25 | 62.50 |
| 04-15-02 | Discussed with Cincinnati Travel Lodge counsel fact that we will prosecute fraud claim, respond to motion to dismiss. | JDH | 0.25 | 28.75 |
| 04-15-02 | Researched Sixth Circuit precedent regarding impact of fraud claim on a forum selection clause. | JDH | 0.25 | 28.75 |
| 04-18-02 | Conference with James D. Houston regarding jurisdiction issue. | ECH | 0.25 | 62.50 |
| 04-18-02 | Finalized research as to the enforceability of forum selection clauses. Discussed same with ECH. | JDH | 2.50 | 287.50 |
| 04-19-02 | Drafted and revised | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
**ATTORNEYS AND COUNSELORS AT LAW**

```
                                    Invoice # 291488
                                    May 31, 2002
Gopal Govan                                          Page 3

Client Number: 29135-00001
```

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | Response to Cincinnati Travelodge Motion to Dismiss. | JDH | 4.75 | 546.25 |
| 04-20-02 | Review and revise memo regarding motion to dismiss. | ECH | 0.50 | 125.00 |
| 04-22-02 | Review documents; Draft notice of filing agreement; Review pleadings; Revise memo | ECH | 1.50 | 375.00 |

```
                              Total Hours 16.75

                              Total Fees       2,418.75
```

| Date | Cost Advanced Description | Amount |
|------|--------------------------|--------|
| 04-01-02 | Computer Assisted Research; MARCH 2002 | 137.83 |
| | Photocopy | 41.25 |

```
                                             ------------
              Total Costs Advanced      $    179.08
                                             ------------
              Retainer Applied              <2,597.83>

              Matter Total                     0.00
                                             ============
```

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

June 14, 2002
Invoice # 291684

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Cost Advanced Description | Amount |
|------|---------------------------|--------|
| 05-01-02 | Computer Assisted Research; JANUARY 2002 | 8.20 |
| 05-14-02 | Computer Assisted Research; APRIL 2002 | 200.94 |
| 05-17-02 | Outside Services; Genesys Conferencing | 22.55 |

|  |  |
|--|--|
| Total Costs Advanced | $    231.69 |
| Retainer Applied | <231.69> |
| Matter Total | 0.00 |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____ Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

### ATTORNEYS AND COUNSELORS AT LAW
### 600 Vine Street, Suite 2500
### Cincinnati, Ohio  45202-2409

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

July 9, 2002
Invoice # 292265

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 06-17-02 | Conference with S. Patel regarding Safemark case. | ECH | 0.50 | 125.00 |
| 06-17-02 | P.M. follow-up with Shawn and P.M. meeting with client regarding Florida suit by Safemark - N/C | GJD | 0.75 | 0.00 |

Total Hours 1.25

Total Fees          125.00
                    ------------
Retainer Applied    <125.00>

Matter Total          0.00
                    ============

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan                                         August 21, 2002
265 Union Avenue                                    Invoice # 293260
Memphis, TN 38103

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 07-16-02 | Telephone conferences with attorney for plaintiff regarding Safemark; Telephone conference with attorney in Orlando regarding representation of Sam in Safemark case; Draft letter to local counsel. | ECH | 1.00 | 250.00 |
| 07-18-02 | Review decision of court regarding motions of defendants; Conference with James D. Houston regarding strategy. | ECH | 0.75 | 187.50 |
| 07-18-02 | Reviewed District Court decision regarding Motions to Dismiss; discussed same with ECH. | JDH | 0.25 | 28.75 |
| 07-19-02 | Draft letter to client explaining court decision and strategy. | ECH | 0.50 | 125.00 |
| 07-23-02 | Dictated proposed scheduling order. | JDH | 0.25 | 28.75 |
| 07-29-02 | Conference with James D. Houston regarding | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____  Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
**ATTORNEYS AND COUNSELORS AT LAW**

```
                                   Invoice # 293260
                                   August 21, 2002
Gopal Govan                                          Page 2

Client Number: 29135-00001
```

```
Date       Description of Services
                                   Atty   Hours        Amount
           scheduling order        ECH    0.25         62.50
07-29-02   Corresponded with
           opposing counsel
           regarding and filed
           scheduling order.       JDH    0.25         28.75
07-30-02   Filed joint proposed
           scheduling order.       AMJ    0.25          6.25
                                   Total Hours 3.50

                                   Total Fees          717.50


Date       Cost Advanced Description                   Amount

           Photocopy                                     2.85
                                                    ------------
                                   Total Costs Advanced  $     2.85
                                                    ------------
                                   Retainer Applied     <289.59>

                                   Matter Total          430.76
                                                    ============
```

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP

### ATTORNEYS AND COUNSELORS AT LAW

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

September 17, 2002
Invoice # 293893

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 08-06-02 | Receipt and review of Scheduling Order; updated litigation database with court deadlines/dates - N/C. | SLV | 0.25 | 0.00 |
| 08-20-02 | Review Scheduling Order | ECH | 0.25 | 62.50 |
| | Total Hours | | 0.50 | |

Total Fees                62.50
------------

Matter Total                62.50
============

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW
#### 600 Vine Street, Suite 2500
#### Cincinnati, Ohio  45202-2409

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Gopal Govan
265 Union Avenue
Memphis, TN 38103

October 9, 2002
Invoice # 294706

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 09-05-02 | Draft letter to attorney for cincinnati travelodge regarding answer | ECH | 0.25 | 62.50 |
| 09-06-02 | Spoke with opposing counsel Nancy Oliver regarding provision of extension of time within which Travel Lodge be permitted to answer. | JDH | 0.25 | 28.75 |
| 09-12-02 | Receipt and review of Order granting Plaintiff additional time to answer to Defendant's Counterclaim. Updated litigation database with new answer deadline. | SLV | 0.25 | 15.00 |
| 09-16-02 | Review answer of travelodge to counterclaim | ECH | 0.25 | 62.50 |

Total Hours 1.00

Total Fees              168.75
------------

Matter Total            168.75
============

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____ Exp.Date_____
Name:_____Signature_____ Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW
### 600 Vine Street, Suite 2500
### Cincinnati, Ohio  45202-2409

**TELEPHONE (513) 852-6000**
**FAX (513) 852-6087**
**FED I.D. 31-0494955**

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Gopal Govan
265 Union Avenue
Memphis, TN 38103

November 6, 2002
Invoice # 295349

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 10-08-02 | Discussed with ECH discovery strategy. | JDH | 0.25 | 28.75 |
| | | Total Hours | 0.25 | |
| | | Total Fees | | 28.75 |
| | | | | ------------ |
| | Matter Total | | | 28.75 |
| | | | | ============ |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

December 10, 2002
Invoice # 296395

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 11-14-02 | Reviewed Travelodge's first set of discovery requests. | JDH | 0.25 | 28.75 |
| | | Total Hours | 0.25 | |
| | | Total Fees | | 28.75 |
| | | | | ------------ |
| | | Matter Total | | 28.75 |
| | | | | ============ |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

### ATTORNEYS AND COUNSELORS AT LAW
### 600 Vine Street, Suite 2500
### Cincinnati, Ohio 45202-2409

**TELEPHONE (513) 852-6000**
**FAX (513) 852-6087**
**FED I.D. 31-0494955**

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

January 13, 2003
Invoice # 297124

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-11-02 | Conferred with opposing counsel Nancy Oliver regarding status report to be filed with the court. | JDH | 0.25 | 28.75 |
| 12-12-02 | Conferred with opposing counsel regarding status of discovery requests. | JDH | 0.25 | 28.75 |
| 12-13-02 | Conference with James D. Houston regarding discovery; telephone conference with Shawn Patel regarding documents | ECH | 0.75 | 187.50 |
| 12-13-02 | Conferred with ECH and Shawn Patel regarding discovery. | JDH | 1.00 | 115.00 |
| 12-16-02 | Filed and served joint status report with Federal Court. | JDH | 0.25 | 28.75 |
| 12-17-02 | Review caselaw; conference with James D. Houston regarding discovery | ECH | 0.75 | 187.50 |
| 12-17-02 | Conferred with ECH regarding information to be obtained from plaintiff through | | | |

CHARGE TO: ____ Visa ____ Mastercard ____ American Express
Account No:_____ Exp.Date_____
Name:_____ Signature_____ Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                   Invoice # 297124
                                   January 13, 2003
Gopal Govan                                        Page 2

Client Number: 29135-00001



Date       Description of Services
                                   Atty    Hours      Amount
           discovery.             JDH      0.25        28.75
12-18-02   Drafted first set of
           discovery requests to
           be served upon THI.    JDH      0.50        57.50
                                  Total Hours 4.00

                                     Total Fees       662.50


Date       Cost Advanced Description                  Amount

           Photocopy                                    4.35
           Fax Charges                                 30.00
                                                   ------------
                       Total Costs Advanced   $       34.35
                                                   ------------

                       Matter Total                   696.85
                                                   ============
```

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

February 17, 2003
Invoice # 298293

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01-02-03 | Conferred with both ECH and Sam Govan regarding status of discovery responses. | JDH | 0.25 | 28.75 |
| 01-03-03 | Conferred with counsel for THI and Cincinnati Travelodge regarding discovery and available deposition dates for Sam. Discussed same with Sam Govan. | JDH | 0.25 | 28.75 |
| 01-07-03 | Review and revise discovery responses; conference with James D. Houston | ECH | 1.00 | 250.00 |
| 01-07-03 | Reviewed discovery responses provided by Mr. Govan, discussed same with him; revised discovery request responses provided by Mr. Govan in preparation to serve same. Revised discovery to be propounded upon THI; drafted discovery responses to be served upon Cincinnat Travelodge. | JDH | 2.25 | 258.75 |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____  Exp.Date_____
Name:_____Signature_____  Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 298293
February 17, 2003

Gopal Govan
Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01-08-03 | Conferred with Mr. Govan regarding discovery responses. | JDH | 0.50 | 57.50 |
| 01-08-03 | Continued to draft discovery responses based on information provided by client. | JDH | 0.50 | 57.50 |
| 01-09-03 | Continued to draft responses to discovery requests of THI and Cincinnati Travelodge. Revised our discovery to them. Conferred with Mr. Govan and Sean Patel regarding same. | JDH | 2.50 | 287.50 |
| 01-10-03 | Conference with James D. Houston regarding discovery; documents | ECH | 0.50 | 125.00 |
| 01-10-03 | Conference with James Houston in regards to production of documents for discovery. Reviewed and copied documents for discovery production per James Houston. | SLV | 1.00 | 60.00 |
| 01-10-03 | Continued to finalize discovery responses; conferred with ECH and Mr. Govan regarding same. | JDH | 2.25 | 258.75 |
| 01-13-03 | Conferred with Mr. Govan and finalized discovery responses. | JDH | 1.25 | 143.75 |
| 01-24-03 | Spoke with Mr. Govan regarding need to | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 298293
February 17, 2003

Gopal Govan
Page 3

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | confer prior to his deposition. | JDH | 0.25 | 28.75 |
| 01-27-03 | Conferred with ECH regarding facts to be reviewed when preparing Mr. Govan for deposition. | JDH | 0.50 | 57.50 |
| 01-27-03 | Conference with James D. Houston regarding deposition | ECH | 0.25 | 62.50 |
| 01-28-03 | Conferred with Sam Govan, ECH regarding Mr. Govan's deposition. | JDH | 3.25 | 373.75 |
| 01-28-03 | Conference with clients regarding deposition | ECH | 1.75 | 437.50 |
| 01-29-03 | Defended deposition of Gopal Govan; conferred with ECH regrding same (.50). | JDH | 8.25 | 948.75 |
| 01-29-03 | Dictated motion to extend discovery cutoff. | JDH | 0.25 | 28.75 |
| 01-30-03 | Defended second day of Gopal Govan deposition; conferred with Mr. Govan and ECH regarding same. | JDH | 4.00 | 460.00 |
| 01-30-03 | Drafted motion to continue discovery deadline. | JDH | 0.25 | 28.75 |
| 01-30-03 | Conference with client regarding deposition | ECH | 0.50 | 125.00 |
| 01-31-03 | Revised motion to continue trial date; drafted letter to Mr. Govan seeking | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                      Invoice # 298293
                                      February 17, 2003
Gopal Govan                                        Page 4

Client Number: 29135-00001
```

```
Date      Description of Services
                                  Atty    Hours       Amount
          production of
          documents.              JDH     0.25         28.75
                                  Total Hours 31.75

                                  Total Fees       4,136.25


Date      Cost Advanced Description                  Amount

01-29-03  Delivery Service; FEDEX; Federal Express   28.82
          Photocopy                                  113.25
          Fax Charges                                 30.00
          Telephone                                    0.35
                                                 ------------
                        Total Costs Advanced    $   172.42
                                                 ------------

                        Matter Total              4,308.67
                                                 ============
```

```
CHARGE TO:___Visa___Mastercard___American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP

## ATTORNEYS AND COUNSELORS AT LAW

### 600 Vine Street, Suite 2500
### Cincinnati, Ohio  45202-2409

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

March 18, 2003
Invoice # 299227

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 02-03-03 | File motion. | RCM | 0.25 | 6.25 |
| 02-05-03 | Conferred with ECH regarding viability of claims against Cincinnati Travelodge; reviewed inspection reports and compared same to punch lists. | JDH | 0.75 | 93.75 |
| 02-07-03 | Reviewed inspection reports, punch list and post closing documents in order to assess viability of fraud claims against seller; conferred with ECH regarding same. | JDH | 2.00 | 250.00 |
| 02-07-03 | Conferred with Brian Giles and Sam Govan regarding status of claims against Cincinnati Travelodge. | JDH | 0.50 | 62.50 |
| 02-07-03 | Conference with James D. Houston regarding legal issues; summary judgment | ECH | 1.25 | 331.25 |
| 02-10-03 | Conferred with opposing counsel regarding extension of discovery date. | JDH | 0.25 | 31.25 |

CHARGE TO:_____Visa_____Mastercard_____American Express
Account No:_____  Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

                                    Invoice # 299227
                                    March 18, 2003
Gopal Govan                                              Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02-13-03 | Conferred with Sean Patel, District Five police department regarding prostitution issue. | JDH | 0.25 | 31.25 |
| 02-18-03 | Conferred with Shawn Patel regarding police reports of illegal activity which preceded sale to Mr. Govan. | JDH | 0.25 | 31.25 |
| 02-19-03 | Reviewed and analyzed memorandum in opposition to Govan motion to continue discovery period. | JDH | 0.25 | 31.25 |
| 02-25-03 | Reviewed discovery produced by THI, conferred with ECH regarding same. | JDH | 0.50 | 62.50 |
| 02-26-03 | Conference with James D. Houston regarding discovery | ECH | 0.50 | 132.50 |
| 02-26-03 | Revised memorandum in support of motion for additional discovery; conferred with ECH regarding discovery strategy; drafted letters to opposing counsel regarding same. | JDH | 1.50 | 187.50 |
| 02-27-03 | Conferred with Nancy Oliver regarding responses to outstanding discovery. | JDH | 0.25 | 31.25 |
| 02-28-03 | Revised memorandum in support of additional | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                    Invoice # 299227
                                    March 18, 2003
Gopal Govan                                              Page 3

Client Number: 29135-00001


Date        Description of Services
                                    Atty     Hours          Amount
            discovery; drafted
            letter to Nancy Oliver
            regarding deposition
            dates for THI
            wintesses. Conferred
            with Cincinnati
            Travelodge counsel
            regarding outstanding
            discovery.               JDH     0.25           31.25
                                    Total Hours 8.75

                                    Total Fees         1,313.75


Date        Cost Advanced Description                     Amount

02-28-03    Transcript; CIN-TEL; Cin-Tel Corporation      735.85
02-28-03    Transcript; CIN-TEL; Cin-Tel Corporation      479.95
            Photocopy                                       4.50
            Fax Charges                                      3.00
                                                      ------------
                        Total Costs Advanced        $    1,223.30
                                                      ------------

                        Matter Total                     2,537.05
                                                      ============
```

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio 45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

April 11, 2003
Invoice # 299796

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 03-03-03 | Revised memorandum in support of additional discovery; conferred with opposing counsel regarding additional depositions. | JDH | 0.25 | 31.25 |
| 03-03-03 | Conferred with Sam regarding potential settlement; need to produce documnets. Dictated settlement letter directed to THI. | JDH | 0.50 | 62.50 |
| 03-04-03 | File reply. | RCM | 0.25 | 6.25 |
| 03-10-03 | Conference with James D. Houston regarding discovery; issues | ECH | 0.50 | 132.50 |
| 03-10-03 | Conferred with opposing counsel regarding deposition of inspector. | JDH | 0.25 | 31.25 |
| 03-11-03 | Conference with James D. Houston regarding deposition, discovery | ECH | 0.25 | 66.25 |
| 03-11-03 | Drafted correspondence to Nancy Oliver confirming Shane Blankenship's deposition. | JDH | 0.25 | 31.25 |
| 03-12-03 | Conferred with Sam | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 299796
April 11, 2003

Gopal Govan                                                     Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
|  | Govan regarding settlement strategy; review of his deposition. | JDH | 0.25 | 31.25 |
| 03-12-03 | Drafted letter to Nancy Oliver confirming new deposition date. | JDH | 0.25 | 31.25 |
| 03-13-03 | Conference with James D. Houston regarding depositions, deadlines | ECH | 0.25 | 66.25 |
| 03-13-03 | Conferred with opposing counsel regarding Mr. Govan's outstanding discovery. | JDH | 0.25 | 31.25 |
| 03-14-03 | Began to review deposition of Gopal Govan. | JDH | 0.50 | 62.50 |
| 03-17-03 | Conference with James D. Houston regarding discovery issues | ECH | 0.25 | 66.25 |
| 03-17-03 | Reviewed deposition of Gopal Govan. | JDH | 2.25 | 281.25 |
| 03-17-03 | Drafted letter to Sam Govan regarding clarification to deposition testimony. Conferred with Nancy Oliver regarding need to obtain systems standards manual. | JDH | 0.50 | 62.50 |
| 03-17-03 | Conferred with ECH regarding subjects to be addressed in deposition of Shane Blankenship. | JDH | 0.25 | 31.25 |
| 03-18-03 | Conference with James | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                    Invoice # 299796
                                    April 11, 2003
Gopal Govan                                          Page 3

Client Number: 29135-00001
```

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | D. Houston regarding discovery | ECH | 0.75 | 198.75 |
| 03-18-03 | Reviewed systems standards manual produced by THI; coferred with Sam Govan regarding corrections to deposition; Conferred with ECH regarding Blankenship deposition, and prepared for the same. | JDH | 3.75 | 468.75 |
| 03-19-03 | Telephone conference with James D. Houston regarding deposition | ECH | 0.25 | 66.25 |
| 03-19-03 | Telephone conference with opposing counsel regarding court reporter arrangements per James Houston. | SLV | 0.25 | 20.00 |
| 03-19-03 | Traveled to Cleveland and took deposition of THI Quality Assurance inspector Shane Blankenship. | JDH | 11.00 | 1,375.00 |
| 03-20-03 | Conference with James D. Houston regarding deposition of Shane Blankenship | ECH | 0.25 | 66.25 |
| 03-20-03 | Conferred with ECH regarding information obtained during deposition of Shane Blankenship. | JDH | 0.25 | 31.25 |
| 03-21-03 | Conference with James D. Houston regarding | | | |

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP
## ATTORNEYS AND COUNSELORS AT LAW

```
                                   Invoice # 299796
                                   April 11, 2003
Gopal Govan                                            Page 4

Client Number: 29135-00001
```

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | client's deposition; telephone conference with Sean | ECH | 0.50 | 132.50 |
| 03-21-03 | Conferred with Shawn Patel regarding potential threat of criminal prosecution associated with drug activity. | JDH | 0.50 | 62.50 |
| 03-24-03 | Reviewed and analyzed documents produced by Cincinnati Travelodge; drafted letter to counsel regarding deficiencies in responses, seeking full answers and production of all relevant documents. | JDH | 1.25 | 156.25 |
| 03-25-03 | Conference with James Houston in regards to calculating invoice totals. Began reviewing invoices; began creating table of invoices per James Houston. | SLV | 1.75 | 140.00 |
| 03-26-03 | Conferred with ECH regarding Govan deposition testimony; potential summary judgment arguments that may be made. | JDH | 1.25 | 156.25 |
| 03-26-03 | Made revisions to invoice table per James Houston. | SLV | 0.25 | 20.00 |

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 299796
April 11, 2003

Gopal Govan                                                          Page 5

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-26-03 | Review deposition; conference with James D. Houston regarding legal issues; draft letter to client regarding deposition and documents | ECH | 1.50 | 397.50 |
| 03-27-03 | Final revision of responses to discovery | ECH | 0.25 | 66.25 |
| 03-28-03 | Reviewed correspondence and supplemental discovery responses from Cincinnati TL. | JDH | 0.25 | 31.25 |
| | Total Hours 31.00 | | | |
| | Total Fees | | | 3,950.00 |

| Date | Cost Advanced Description | | Amount |
|------|---------------------------|--|--------|
| | Photocopy | | 77.25 |
| | Fax Charges | | 10.00 |
| | | | ------------ |
| | Total Costs Advanced | $ | 87.25 |
| | | | ------------ |
| | Matter Total | | 4,037.25 |
| | | | ============ |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

May 13, 2003
Invoice # 300639

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 04-11-03 | Telephone conference with client ; conference with James D. Houston | ECH | 0.50 | 132.50 |
| 04-11-03 | Drafted settlement proposal, sent same to opposing counsel. | JDH | 0.25 | 31.25 |
| 04-14-03 | Conferred with ECH regarding viability of prostitution/revenue claim. Spoke with Shawn Patel regarding documents to be sent in support of damages claims. | JDH | 0.25 | 31.25 |
| 04-14-03 | Conference with James D. Houston regarding discovery , motions, settlement | ECH | 0.50 | 132.50 |
| 04-15-03 | Review responses; draft letter to attorney for Plaintiff and court reporter | ECH | 0.50 | 132.50 |
| 04-16-03 | Reviewed additional invoices submitted by Sam Govan. | JDH | 0.25 | 31.25 |
| 04-16-03 | Conference with James Houston in regards to receipt of updated | | | |

**CHARGE TO:**___Visa___Mastercard___American Express
**Account No:**_____ Exp.Date_____
**Name:**_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 300639
May 13, 2003

Gopal Govan                                                          Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|  | expenses and updating Mr. Govan's expense summary. Updated and calculated Mr. Govan's expense summary per James Houston. Created expense binder with supporting summary and invoices per James Houston. | SLV | 1.50 | 120.00 |
| 04-22-03 | Conference with JDH regarding summary judgment motions. | KAN | 0.50 | 62.50 |
| 04-22-03 | Reviewed and analyzed motions for summary judgment filed by THI and Cincinnati Travelodge. | JDH | 0.50 | 62.50 |
| 04-23-03 | Reviewed Motion for Summary Judgement and "evidence" in support. | KAN | 2.00 | 250.00 |
| 04-25-03 | Conference with James D. Houston regarding Motions | ECH | 0.50 | 132.50 |
| 04-25-03 | Concluded review, analysis of THI summary judgment motion; conferred with ECH regarding same. | JDH | 1.00 | 125.00 |
| 04-25-03 | Conference with James Houston in regards to bates stamping all invoices included in expense summary. | SLV | 0.25 | 20.00 |
| 04-28-03 | Bates stamped and copied all invoices in |  |  |  |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
**ATTORNEYS AND COUNSELORS AT LAW**

```
                                        Invoice # 300639
                                        May 13, 2003
Gopal Govan                                             Page 3

Client Number: 29135-00001
```

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | support of expense summary per James Houston. | SLV | 0.75 | 60.00 |
| 04-29-03 | Conference with James Houston in regards to reviewing inspection reports and preparing chart for comparisons between punchlist and inspection reports. | SLV | 0.25 | 20.00 |
| 04-30-03 | Continued to research pertinent law in preparation for drafting response memorandum opposing summary judgment. | JDH | 0.75 | 93.75 |
| 04-30-03 | Follow up conference with James Houston in regards to charting comparisons between Quality Assurance Reports and Punchlist. Drafted and sent letter to opposing counsel enclosing bates stamped invoices. Copied additional set of invoices to send to opposing counsel per James Houston. | SLV | 1.25 | 100.00 |

```
                                Total Hours 11.50

                                Total Fees           1,537.50
```

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                    Invoice # 300639
                                    May 13, 2003

Gopal Govan                                           Page 4

Client Number: 29135-00001


Date        Cost Advanced Description              Amount

04-17-03    Outside Services; Rennillo Reporting Services    460.65
            Photocopy                                         62.40
            Fax Charges                                        2.00
                                                       ------------
                        Total Costs Advanced    $     525.05
                                                       ------------

                        Matter Total               2,062.55
                                                   ============
```

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio 45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

```
Gopal Govan                                July 31, 2003
265 Union Avenue                           Invoice # 303019
Memphis, TN 38103
```

```
Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation
```

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 05-01-03 | Continued to research law regarding fraud, liquidated damages in preparation for drafting response to THI summary judgment motion. Conferred with Karen Nicewander regarding facts pertinent to response to Cincinnati Travel Lodge's summary judgment motion. | JDH | 3.75 | 468.75 |
| 05-01-03 | Conference with James D. Houston regarding pending Motions | ECH | 0.25 | 66.25 |
| 05-01-03 | Researching for memorandum in opposition to motion for summary judgment. Conference with JDH. | KAN | 2.00 | 250.00 |
| 05-02-03 | Continued to research and began to draft memorandum opposing THI (franchiser's) motion for summary judgment. | JDH | 5.25 | 656.25 |
| 05-02-03 | Reviewed all Quality Assurance Evaluation Reports to creat | | | |

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____  Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 303019
July 31, 2003

Gopal Govan                                           Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | summary for chart. Began creating chart comparing Punchlist and Quality Assurance Reports per James Houston. | SLV | 2.75 | 220.00 |
| 05-02-03 | Conference with James D. Houston regarding legal claims, motions; review memos | ECH | 1.00 | 265.00 |
| 05-02-03 | Reviewed and summarized depositions of Govan and Blankenship. | KAN | 2.00 | 250.00 |
| 05-03-03 | Continued to research, draft memorandum opposing THI summary judgment motion. | JDH | 3.00 | 375.00 |
| 05-04-03 | Continued to research, draft memorandum opposing THI summary judgment motion. | JDH | 5.25 | 656.25 |
| 05-04-03 | Finished reviewing and summarizing depositions. Researched the fraud and "as-is" issue. | KAN | 2.00 | 250.00 |
| 05-05-03 | Finalized chart of comparisons of Quality Assurance Reports and Punchlist per James Houston. | SLV | 1.75 | 140.00 |
| 05-05-03 | Review and revise memo regarding Summary Judgment; conference with James D. Houston | ECH | 1.50 | 397.50 |
| 05-05-03 | Completed drafting, | | | |

CHARGE TO: ____ Visa ____ Mastercard ____ American Express
Account No: _____ Exp.Date _____
Name: _____ Signature _____ Amount _____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                              Invoice # 303019
                              July 31, 2003
Gopal Govan                                        Page 3

Client Number: 29135-00001
```

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | filed memorandum in opposition to THI Summary Judgment motion. | JDH | 8.00 | 1,000.00 |
| 05-05-03 | Drafting memorandum in opposition to motion for summary judgment. | KAN | 4.00 | 500.00 |
| 05-06-03 | Color coded objections/agreements to Plaintiff's Findings of Fact and Conclusion of Law per James Houston. | SLV | 1.75 | 140.00 |
| 05-06-03 | Review proposed findings and conclusions of law; conference with James D. Houston | ECH | 1.25 | 331.25 |
| 05-06-03 | Drafted, revised and filed findings of fact and conclusions of law; drafted responses to THI's proposed factual/legal findings. | JDH | 2.25 | 281.25 |
| 05-06-03 | Drafting memorandum in opposition to motion for summary judgment. | KAN | 3.50 | 437.50 |
| 05-07-03 | Conferred with Karen Nicewander regarding arguments to be made in opposition to the summary judgment motion of Cincinnati Travelodge. | JDH | 0.25 | 31.25 |
| 05-07-03 | Drafting memorandum in opposition to motion | | | |

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                  Invoice # 303019
                                  July 31, 2003
Gopal Govan                                        Page 4

Client Number: 29135-00001
```

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | for summary judgment. | KAN | 5.00 | 625.00 |
| 05-08-03 | Corrections to Memo in Opposition to Summaru Judgement. | TNB | 1.50 | 97.50 |
| 05-08-03 | File table. | RCM | 0.25 | 6.25 |
| 05-08-03 | Review Memo in Opposition to Cincinnati Travelodge Motion for Summary Judgment; conference with James D. Houston | ECH | 1.50 | 397.50 |
| 05-08-03 | Revised and filed memorandum in opposition to Cincinnati Travelodge's summary judgment motion. | JDH | 1.00 | 125.00 |
| 05-08-03 | Drafted final changes to memorandum in opposition. | KAN | 2.00 | 250.00 |
| 05-15-03 | Conferred with ECH regarding potential trial strategy; conferred with Mr. Govan regarding status of case, need to obtain phone records reflecting calls with THI. | JDH | 0.75 | 93.75 |
| 05-19-03 | Review court order; send to client | ECH | 0.25 | 66.25 |
| 05-21-03 | Drafted motion for right to jury trial. | JDH | 0.25 | 31.25 |
| 05-22-03 | Conference with James D. Houston regarding trial date, Jury Demand | ECH | 0.25 | 66.25 |

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 303019
July 31, 2003

Gopal Govan                                                    Page 5

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 05-22-03 | Drafted motion to continue the trial date. | JDH | 0.25 | 31.25 |
| 05-23-03 | Finalized motion for continuance of trial date, motion for jury trial. | JDH | 0.25 | 31.25 |
| 05-27-03 | Review Motion for Jury Trial | ECH | 0.25 | 66.25 |
| 05-28-03 | Revised motion to continue trial date. | JDH | 0.25 | 31.25 |
| 05-28-03 | File motion. | RCM | 0.25 | 6.25 |
| 05-29-03 | File motion. | RCM | 0.25 | 6.25 |
| 06-04-03 | Review Reply memo | ECH | 0.50 | 132.50 |
| 06-06-03 | Receipt and review of Order setting new trial date. Updated litigation database with court date. | SLV | 0.25 | 20.00 |
| 06-19-03 | Review memo regarding Jury Demand | ECH | 0.25 | 66.25 |
| 06-19-03 | P.M. conference w/Jamie Houston re-status of case - N/C. | GJD | 0.50 | 0.00 |
| 06-19-03 | Reviewed and analyzed THI memorandum opposing request for jury trial (.25); conferred with Gary Davis regarding status of case - Partial N/C. | JDH | 0.75 | 93.75 |
| 06-23-03 | Began to research circumstances under which one may waive right to a jury trial. | JDH | 0.50 | 62.50 |
| 06-25-03 | Continued to research | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

```
                                    Invoice # 303019
                                    July 31, 2003
Gopal Govan
                                                   Page 6

Client Number: 29135-00001
```

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | circumstances under which contractual waiver of jury trial will be upheld. | JDH | 0.50 | 62.50 |
| 06-25-03 | Conference with James D. Houston regarding Reply Brief | ECH | 0.25 | 66.25 |
| 06-27-03 | Concluded research for, drafted and revised reply memorandum in support of jury trial. | JDH | 2.25 | 281.25 |
| 06-30-03 | Review and revise memo regarding jury trial | ECH | 0.50 | 132.50 |

```
                              Total Hours 72.00

                        Total Fees          9,197.36
```

| Date | Cost Advanced Description | Amount |
|------|--------------------------|--------|
| 05-01-03 | Computer Assisted Research | 18.75 |
| 05-07-03 | Transportation; James D. Houston | 91.79 |
| 05-28-03 | Delivery Service; FEDEX; Federal Express | 12.74 |
| 05-28-03 | Delivery Service; FEDEX; Federal Express | 11.65 |
| 06-01-03 | Computer Assisted Research | 546.72 |
| 06-01-03 | Computer Assisted Research | 44.05 |
| | Photocopy | 64.65 |
| | Postage | 4.79 |

```
                                    ------------
           Total Costs Advanced   $    795.14
                                    ------------

           Matter Total               9,992.50
                                    ============
```

```
CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____
```

# WOOD & LAMPING LLP
## ATTORNEYS AND COUNSELORS AT LAW
### 600 Vine Street, Suite 2500
### Cincinnati, Ohio  45202-2409

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

August 8, 2003
Invoice # 303213

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 07-11-03 | Drafted memorandum opposing THI's attempt to file additional brief in opposition to our motion for jury trial. | JDH | 0.25 | 31.25 |
| 07-16-03 | File response to motion. | MJM | 0.25 | 6.25 |
| 07-18-03 | Reviewed and analyzed surreply of THI; drafted motion to strike the same. | JDH | 0.25 | 31.25 |
| 07-24-03 | File motion to strike reply. | MJM | 0.25 | 6.25 |
| | | Total Hours | 1.00 | |
| | | Total Fees | | 75.00 |

| Date | Cost Advanced Description | Amount |
|---|---|---|
| 07-01-03 | Computer Assisted Research | 133.78 |
| | Total Costs Advanced | $   133.78 |

Matter Total          208.78

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____ Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**
**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Gopal Govan                                September 9, 2003
265 Union Avenue                           Invoice # 303989
Memphis, TN 38103


Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation


| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 08-12-03 | Telephone conference with attorney for Safemark regarding claim against client for safes at Travelodge | ECH | 0.25 | 66.25 |
| | | Total Hours | 0.25 | |
| | | Total Fees | | 66.25 |
| | | | | ------------ |
| | | Matter Total | | 66.25 |
| | | | | ============ |


CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan
265 Union Avenue
Memphis, TN 38103

November 7, 2003
Invoice # 305746

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 10-29-03 | Conference with James D. Houston regarding evidence, documents. trial , wittnesses | ECH | 0.50 | 132.50 |
| 10-29-03 | Conferred with ECH regarding trial preparation. | JDH | 0.50 | 62.50 |
| | | Total Hours 1.00 | | |
| | | Total Fees | | 195.00 |
| | | | | ------------ |
| | | Matter Total | | 195.00 |
| | | | | ============ |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

**ATTORNEYS AND COUNSELORS AT LAW**

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan
265 Union Avenue
Memphis, TN 38103

December 8, 2003
Invoice # 306552

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 11-06-03 | Review findings of fact of Defendants | ECH | 0.50 | 132.50 |
| 11-12-03 | Conferred with opposing counsel Nancy Oliver regarding extension of time to file pretrial statement. | JDH | 0.25 | 31.25 |
| 11-14-03 | Telephone conference with attorney for Safes | ECH | 0.25 | 66.25 |
| 11-24-03 | Review letter from attorney for Safemark; draft letter to client | ECH | 0.25 | 66.25 |
|  | Total Hours | | 1.25 | |

Total Fees                296.25
------------

Matter Total              296.25
=============

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____ Exp.Date_____
Name:_____ Signature_____ Amount_____

# WOOD & LAMPING LLP

## ATTORNEYS AND COUNSELORS AT LAW

### 600 Vine Street, Suite 2500
### Cincinnati, Ohio  45202-2409

TELEPHONE (513) 852-6000
FAX (513) 852-6087
FED I.D. 31-0494955

Terms: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Gopal Govan                                February 18, 2004
265 Union Avenue                           Invoice # 309118
Memphis, TN 38103


Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation


| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01-05-04 | Conferred with ECH regarding case strategy; reviewed and analyzed pertinent contract documents necessary to evaluate possible settlement offer. | JDH | 0.75 | 93.75 |
| 01-05-04 | Conference with James D. Houston regarding issues | ECH | 0.25 | 66.25 |
| 01-08-04 | Reviewed decision granting Summary Judgment to THI. | JDH | 0.25 | 31.25 |
| 01-27-04 | Drafted letter to Sam informing him of Court's Summary Judgment decision. | JDH | 0.25 | 31.25 |
| 01-27-04 | Telephone conference with Judge Weber's clerk regarding status of Order Granting Motion for Summary Judgment. | SLV | 0.25 | 20.00 |
| 01-28-04 | Conference with James Houston in regards to obtaining copy of Order granting Motion for Summary Judgment. | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____ Exp.Date_____
Name:_____Signature_____ Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 309118
February 18, 2004

Gopal Govan                                                    Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
|      | Telephone conference with District Court regarding same. Online review of case information; obtained copy of Order per James Houston. | SLV | 0.50 | 40.00 |
|      |                        |  Total Hours | 2.25 |        |
|      |                        |      | Total Fees | 282.50 |

| Date | Cost Advanced Description | Amount |
|------|--------------------------|--------|
|      | Photocopy                | 3.90 |
|      | Postage                  | 1.29 |
|      | Total Costs Advanced     | $    5.19 |
|      | Matter Total             | 287.69 |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____ Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP

### ATTORNEYS AND COUNSELORS AT LAW

**600 Vine Street, Suite 2500**

**Cincinnati, Ohio  45202-2409**

**TELEPHONE (513) 852-6000**
**FAX (513) 852-6087**
**FED I.D. 31-0494955**

**Terms: Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Gopal Govan                                          March 10, 2004
265 Union Avenue                                     Invoice # 309813
Memphis, TN 38103

Client Number: 29135-00001
RE: v. Travelodge Hotels, Inc. - Litigation

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02-02-04 | Reviewed and analyzed summary judgment decision for possible grounds for appeal. | JDH | 0.25 | 31.25 |
| 02-04-04 | Review Opinion and Order; conference with James D. Houston regarding strategy, compliance with Order | ECH | 1.50 | 412.50 |
| 02-05-04 | Conference with James D. Houston and K. Frank regarding legal issues | ECH | 0.50 | 137.50 |
| 02-09-04 | Telephone conference with client regarding decision and revenues | ECH | 0.25 | 68.75 |
| 02-11-04 | Telephone call from attorney Brian Giles of Cincinnati Travelodge re: court's encouragement of settlement and additional contact information for Tom Fuller | KKF | 0.25 | 37.50 |
| 02-12-04 | Telephone call to attorney B. Giles at Stratman, for Cincinnati Travelodge, to discuss court's | | | |

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____

# WOOD & LAMPING LLP
### ATTORNEYS AND COUNSELORS AT LAW

Invoice # 309813
March 10, 2004

Gopal Govan

Page 2

Client Number: 29135-00001

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | encouragement of settlement and facts of case, including contact information for T. Fuller; perform limited search for T. Fuller on internet in Watervliet, NY; email from B. Giles with Fuller contact information; meet with E. Holzapfel to discuss litigation strategy | KKF | 1.00 | 150.00 |
| 02-12-04 | Conference with K. Frank regarding discovery; telephone conference with attorney for Cincinnati Travelodge | ECH | 0.50 | 137.50 |
| 02-20-04 | P.M. conference w/E.C. Holzapfel re status and next steps – N/C. | GJD | 0.25 | 0.00 |

Total Hours 4.50

Total Fees                975.00

------------

Matter Total               975.00

============

CHARGE TO:____Visa____Mastercard____American Express
Account No:_____Exp.Date_____
Name:_____Signature_____Amount_____