UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01 784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF** |
| GOPAL GOVAN, | ) | **PLAINTIFF TRAVELODGE HOTELS,** |
| | ) | **INC.'S MOTION TO COMPEL** |
| Defendant/Third-Party | ) | **PRODUCTION OF DOCUMENTS, OR, IN** |
| Plaintiff, | ) | **THE ALTERNATIVE, TO STRIKE** |
| v. | ) | **GOVAN'S OBJECTION TO PLAINTIFF'S** |
| | ) | **SUBMISSION OF EVIDENCE IN** |
| CINCINNATI TRAVELODGE, | ) | **SUPPORT OF ITS AWARD OF** |
| | ) | **ATTORNEYS' FEES AND COSTS** |
| Third-Party Defendant. | ) | |
| | ) | |

Plaintiff Travelodge Hotels, Inc. ("THI") hereby voluntarily withdraws its Motion to Compel Production of Documents, Or, In the Alternative, To Strike Govan's Objection to Plaintiff's Submission of Evidence in Support of Award of Attorneys' Fees and Costs filed on March 24, 2004 ("Motion to Compel") (ECF #72). THI filed the Motion to Compel because Govan previously refused to produce certain documents in response to a Subpoena which was served upon Govan's counsel. Inexplicably, Govan has now attached to his opposition brief the very documents which are responsive to the Subpoena. Accordingly, THI's Motion to Compel is now moot.

CLE - 834748.1

                    Respectfully submitted,

                    _/s/ Nancy A. Oliver_
                Steven A. Goldfarb (0030186)
                  sagoldfarb@hahnlaw.com
                Nancy A. Oliver (0071142)
                  naoliver@hahnlaw.com

OF COUNSEL:

HAHN LOESER & PARKS LLP

                3300 BP Tower
                200 Public Square
                Cleveland, Ohio 44114-2301
                (216) 274-2347

                Attorneys for Plaintiff Travelodge Hotels, Inc.

CLE - 834748.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March 2004, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nancy A. Oliver
One of the Attorneys for Plaintiff

CLE - 834748.1