# EXHIBIT 1

U.S. District Court
Northern District of Ohio (Toledo)
CIVIL DOCKET FOR CASE #: 3:00-cv-07180-JGC

Ramada Franchise Systems, Inc. v. Hanna Hotel Enterprises, LLC et al
Assigned to: Hon. James G. Carr
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 03/17/00
Jury Demand: Defendant
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

----------------------

**Ramada Franchise Systems, Inc.**     represented by **Arthur M. Kaufman**
Hahn, Loeser & Parks
3300 BP America Bldg.
200 Public Square
Cleveland, OH 44114-2301
216-274-2263
Fax : 216-241-2824
Email: amkaufman@hahnlaw.com
*ATTORNEY TO BE NOTICED*

**Nancy A. Oliver**
Hahn, Loeser & Parks
3300 BP Tower
200 Public Square
Cleveland, OH 44114-2301
216-274-2290
Fax : 216-274-2490
Email: naoliver@hahnlaw.com
*ATTORNEY TO BE NOTICED*

**Steven A. Goldfarb**
Hahn, Loeser & Parks
3300 BP America Bldg.
200 Public Square
Cleveland, OH 44114
216-274-2314
Fax : 216-274-2514
Email: sagoldfarb@hahnlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

------------------------

| | | |
|---|---|---|
| **Hanna Hotel Enterprises, LLC** | represented by | **Charles D. Price**<br>Brouse McDowell<br>1001 Lakeside Avenue<br>Suite 1600<br>Cleveland, OH 44114-1151<br>216-830-6830<br>Fax : 216-830-6807<br>Email: cprice@brouse.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph T. Dattilo**<br>Brouse McDowell<br>Ste. 1600<br>1001 Lakeside Avenue<br>Cleveland, OH 44114-1151<br>216-830-6830<br>Fax : 216-830-6807<br>Email: jdattilo@brouse.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy J. Puin**<br>Brouse McDowell<br>500 First National Tower<br>106 South Main Street<br>Akron, OH 443081471<br>330-535-5711<br>Fax : 330-265-8601<br>Email: tpuin@brouse.com<br>*ATTORNEY TO BE NOTICED* |
| **Southwyck Hotels, LLC** | represented by | **Martin J. Holmes, Jr.**<br>Shindler, Neff, Holmes & Schlageter<br>1200 Edison Plaza<br>300 Madison Avenue<br>Toledo, OH 43604-1556<br>419-243-6281<br>Fax : 419-243-0129<br>Email: mholmesjr@snhslaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard L. Emery**<br>Shindler, Neff, Holmes & Schlageter<br>1200 Edison Plaza<br>300 Madison Avenue<br>Toledo, OH 43604-1556<br>419-243-6281<br>Fax : 419-243-0129<br>Email: remery@snhslaw.com<br>*ATTORNEY TO BE NOTICED* |

**Hanna Karcho**  represented by **Charles D. Price**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph T. Dattilo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy J. Puin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 03/17/2000 | 1 | Complaint (3 summons and Magistrate Consent Forms issued) against Hanna Hotel Enterprises, LLC, Hanna Karcho, Southwyck Hotels, LLC. filed by Steven A. Goldfarb of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc.. Filing fee collected, receipt #308783. (Attachments: # 1 Civil Coversheet)(B, C) (Entered: 08/10/2000) |
| 03/17/2000 | 2 | Case Information Statement filed by Steven A. Goldfarb of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(B, C) (Entered: 08/10/2000) |
| 04/12/2000 | 3 | Return of Service Executed *upon deft Hanna Karcho on 4/3/00* filed by Steven A. Goldfarb of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(B, C) (Entered: 08/10/2000) |
| 04/12/2000 | 5 | Return of Service Executed *upon deft Hanna Hotel Enterprise on 3/30/00* filed by Steven A. Goldfarb of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(B, C) (Entered: 08/16/2000) |
| 04/12/2000 | 6 | Return of Service Executed *upon deft Southwyck Hotels LLC on 3/30/00* filed by Steven A. Goldfarb of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(B, C) (Entered: 08/16/2000) |
| 04/19/2000 | 7 | Motion for extension of time to answer complaint *until 5/9/00* filed by Richard L. Emery of Shindler, Neff, Holmes & Schlageter on behalf of Southwyck Hotels, LLC.(B, C) (Entered: 08/16/2000) |
| 04/27/2000 | 8 | Order signed on 4/27/2000 Granting deft Southwyck Hotel's Motion for extension of time to answer complaint by 5/9/00 (Judge James G. Carr) (Related Doc # 7) (B, C) (Entered: 08/16/2000) |

| 05/08/2000 | 9 | Answer to Complaint *w/jury demand* (Related Doc # 1) filed by Martin J. Holmes Jr., Richard L. Emery of Shindler, Neff, Holmes & Schlageter on behalf of Southwyck Hotels, LLC.(B, C) (Entered: 08/16/2000) |
|---|---|---|
| 05/15/2000 | 10 | Case Management Conference Scheduling Notice.Case management conference set on 6/12/2000 at 10:00 AM (in Chambers 203); out of town counsel may participate by telephone; parties need not attend. (B, C) (Entered: 08/16/2000) |
| 06/09/2000 | 11 | Joint Discovery Plan FRCP 26 *(position statement)* filed by Joseph T. Dattilo, Richard L. Emery, Nancy A. Oliver of Brouse & McDowell on behalf of all parties.(B, C) (Entered: 08/16/2000) |
| 06/09/2000 | 12 | Motion for extension of time to answer complaint *by 21 days* filed by Joseph T. Dattilo of Brouse & McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho.(B, C) (Entered: 08/16/2000) |
| 06/20/2000 | 13 | Marginal Order signed on 6/20/2000 Granting defts Hanna Hotel & Hanna Karcho's Motion for extension of time to answer complaint w/in 21 days (Judge James G. Carr) (Related Doc # 12) (B, C) (Entered: 08/16/2000) |
| 06/20/2000 | 14 | Case Management Conference Plan/Order. (Judge James G. Carr). CMC held 6/12/00.Track designation: Expedited. SJ Motions due by 8/31/2000; oppos due 9/15/00; reply due 10/2/00; status reports re: settlement negotiations due 7/14/2000; parties to advise court re: consent to Magistrate by 7/14/00. All further proceedings are to be filed electronically.(B, C) Modified on 8/16/2000 (B, C). (Entered: 08/16/2000) |
| 06/26/2000 | 15 | Discovery Plan FRCP 26 filed by Arthur M Kaufman, Nancy A. Oliver of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(B, C) (Entered: 08/16/2000) |
| 06/30/2000 | 16 | Case Information Statement *w/req for ECF* filed by Joseph T. Dattilo of Brouse & McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho.(B, C) (Entered: 08/16/2000) |
| 06/30/2000 | 17 | Answer to Complaint *w/jury demand* (Related Doc # 1) filed by Joseph T. Dattilo, Timothy J. Puin of Brouse & McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho.(B, C) (Entered: 08/16/2000) |
| 08/09/2000 | 18 | Notice of settlement conference to be held on 9/11/2000 at 11:30 AM in Courtroom 209 before Judge Carr. Parties w/settlement authority & counsel must attend in person. Ex parte statements (faxed to |

| | | |
|---|---|---|
| | | chambers) no later than 1 week prior to conference. (B, C) (Entered: 08/16/2000) |
| 08/11/2000 | 4 | Motion for extension of time to file dispositive motion *Stipulated Motion for Extension of Dispositive Motion Cutoff* filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(Kaufman, Arthur) (Entered: 08/11/2000) |
| 08/18/2000 | 19 | Ordered that all further pleadings shall be filed electronically in this case. No further hard copy pleadings except as provided for in the Electronic Policies and Procedures Manual shall be accepted for filing and no further hard copy notices or orders shall be issued.(Carr, James) (Entered: 08/18/2000) |
| 08/18/2000 | 20 | Order signed on 8/18/2000 granting parties joint stipulation for an extension of time to file dispositive motions. (Related Doc # 4) Summary judgment motions to be filed by 10/16/2000; oppositions by 10/31/2000; replies by 11/13/2000.(Carr, James) (Entered: 08/18/2000) |
| 09/15/2000 | 21 | Order signed by Judge Carr. Settlement conference held 9/11/00. Ordered that this case is tentatively settled; dismissal entry or status report is due 11/15/00.(S, A L) (Entered: 09/15/2000) |
| 12/29/2000 | 22 | Order signed by Judge Carr. Telephone Conference held 12/22/00. Ordered that leave is granted to defendant to admit or deny liability by 1/15/01. If liability is disputed, plaintiff's motion for summary judgment is due 2/1/01; opposition due 2/15/01; reply due 2/25/01. If liability is not disputed, non-jury hearing on damages is scheduled for 2/23/01 at 1:30 p.m. (S, A L) (Entered: 12/29/2000) |
| 01/12/2001 | 23 | Notice *of Defendants' Denial of Liability and Jurisdiction* filed by Charles D. Price of Brouse McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho.(Price, Charles) (Entered: 01/12/2001) |
| 01/16/2001 | 24 | Denial of liability and jurisdiction filed by Joseph T. Dattilo, Charles D. Price of Brouse & McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho.(N, D) (Entered: 01/18/2001) |
| 01/26/2001 | 25 | Motion for leave to file excess pages filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc.. (Kaufman, Arthur) (Entered: 01/26/2001) |
| 01/29/2001 | 26 | Order signed by Judge Carr on 1/29/2001 granting plaintiff's motion for leave to file in excess of the page limitation. (Related Doc # 25) (S, A L) (Entered: 01/29/2001) |

| | | |
|---|---|---|
| 02/01/2001 | 27 | Motion for summary judgment *with memorandum in support* filed by Arthur M Kaufman & Nancy A. Oliver of Hahn, Loeser & Parks on behalf of Plaintiff, Ramada Franchise Systems, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)(C, B) (Entered: 02/02/2001) |
| 02/15/2001 | 28 | Opposition *to Plaintiff's Motion for Summary Judgment* filed by Charles D. Price of Brouse McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho. (Attachments: # 1 Pleading Memorandum in Support of Brief in Opposition to Plaintiff's Motion for Summary Judgment# 2 Exhibit Affidavit of Thomas Foraker# 3 Exhibit Affidavit of Hanna Karcho) (Related motion(s)27) (Other related filing(s) 27) (Price, Charles) (Entered: 02/15/2001) |
| 02/15/2001 | 29 | Motion to dismiss for lack of jurisdiction *and Memorandum in Support* filed by Charles D. Price of Brouse McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho. (Attachments: # 1 Affidavit of Thomas Foraker# 2 Affidavit of Hanna Karcho)(Price, Charles) (Entered: 02/15/2001) |
| 02/15/2001 | 30 | Motion to dismiss case *for Improper Venue* filed by Charles D. Price of Brouse McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho. (Attachments: # 1 Exhibit Affidavit of Thomas Foraker# 2 Exhibit Affidavit of Hanna Karcho)(Price, Charles) (Entered: 02/15/2001) |
| 02/15/2001 | 31 | Notice *of Compliance With Local Rule 7.1(g)* filed by Charles D. Price of Brouse McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho.(Price, Charles) (Entered: 02/15/2001) |
| 02/20/2001 | 32 | Order signed by Judge Carr. The defendants' having filed a notice denying liability, it is hereby ordered that the Non Jury hearing scheduled for 2/23/01 at 1:30 is hereby vacated. Previous scheduling deadlines are confirmed. (S, A L) (Entered: 02/20/2001) |
| 02/20/2001 | 33 | Motion for extension of time to file response/reply *to Defendants' Opposition to Motion for Summary Judgment until March 5, 2001* (related document(s)28) filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(Kaufman, Arthur) (Entered: 02/20/2001) |
| 02/26/2001 | 34 | Marginal Order signed by Judge Carr on 2/26/01 granting plaintiff's motion for extension of time until 3/5/01 to file it's reply to defendant's opposition to plaintiff's Motion for Summary Judgment. (Related Doc # 33) (S, A L) (Entered: 02/26/2001) |
| 03/05/2001 | 35 | Reply *Plaintiff's Reply in Support of Its Motion For Summary* |

| | | |
|---|---|---|
| | | *Judgment* filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc.. (Attachments: # 1 Affidavit C. Wayne Miller) (Related motion(s)27) (Other related filing(s) 27) (Kaufman, Arthur) (Entered: 03/05/2001) |
| 03/05/2001 | 36 | Opposition *Plaintiff's Brief in Opposition to Defendant's Motions To Dismiss For Lack Of Personal Jurisdiction And Improper Venue* filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc.. (Attachments: # 1 Affidavit C. Wayne Miller) (Related motion(s)29, 30) (Kaufman, Arthur) (Entered: 03/05/2001) |
| 03/12/2001 | 37 | Reply *Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue* filed by Charles D. Price of Brouse McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho. (Related motion(s)29) (Other related filing(s) 29, 30) (Price, Charles) (Entered: 03/12/2001) |
| 03/14/2001 | 38 | Motion for leave to file *a One Page Sur-Reply Brief Instanter* filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc.. (Attachments: # 1 Sur-Reply Brief) (Kaufman, Arthur) (Entered: 03/14/2001) |
| 03/15/2001 | 39 | Marginal Order signed by Judge Carr on 3/15/01 granting plaintiff's motion for leave to file a sur-reply to defendants motion to dismiss for jurisdiction and venue. (Related Doc # 38) (S, A L) (Entered: 03/15/2001) |
| 03/15/2001 | 40 | Sur-Reply *filed by plaintiff to defendants motion to dismiss for lack of venue and jurisdiction* filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc.. (Related motion(s)29, 30) (S, A L) (Entered: 03/15/2001) |
| 04/11/2001 | 41 | Motion for protective order filed by Charles D. Price of Brouse McDowell on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho.(Price, Charles) (Entered: 04/11/2001) |
| 04/12/2001 | 42 | Motion for sanctions *of Plaintiff, Ramada Franchise Systems, Inc.* filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc..(Kaufman, Arthur) (Entered: 04/12/2001) |
| 04/12/2001 | 43 | Opposition *to Defendant's Motion for Protective Order* filed by Arthur M Kaufman of Hahn, Loeser & Parks on behalf of Ramada Franchise Systems, Inc.. (Related motion(s)41) (Other related filing(s) 41) (Kaufman, Arthur) (Entered: 04/12/2001) |
| | | |

| | | |
|---|---|---|
| 04/19/2001 | 44 | Opposition *to Plaintiff's Motion for Sanctions* filed by Hanna Hotel Enterprises, LLC, Hanna Karcho. (Related motion(s)42) (Other related filing(s) 42) (Price, Charles) (Entered: 04/19/2001) |
| 04/20/2001 | 45 | Marginal Order signed by Judge Carr on 4/20/01 withdrawing defendant's motion for protective order. (Related Doc # 41) (S, A L) (Entered: 04/20/2001) |
| 04/20/2001 | 46 | Marginal Order signed by Judge Carr on 4/20/01 withdrawing plaintiff's motion for sanctions. (Related Doc # 42) (S, A L) (Entered: 04/20/2001) |
| 05/04/2001 | 47 | Order by Judge James G. Carr signed on 5/4/2001 Granting Motion of RFS for summary judgment (Related Doc # 27), Denying Motion to dismiss for lack of jurisdiction. (Related Doc # 29), Denying Motion to dismiss case. (Related Doc # 30) RFS to file a statement of its attorneys' fees and costs by 5/15/01 with supporting memorandum; defendant's opposition, if any, to be filed by 5/30/01, RFS' reply by 6/15/01. Final judgment will be entered in favor of RFS and against defendants on determination of accounts due for fees and costs which shall be added to the amounts due for liquidated damages and Recurring Fees. (R, Ci) (Entered: 05/04/2001) |
| 05/18/2001 | 48 | Motion for attorney fees *Submission and Motion for Prejudgment Interest of Plaintiff Instanter* by Arthur M Kaufman filed by Ramada Franchise Systems, Inc.. (Attachments: # 1 Brief in Support of Attorneys' Fees Submission and Motion for Prejudgment Interest) (Kaufman, Arthur) (Entered: 05/18/2001) |
| 05/22/2001 | 49 | Marginal Order signed by Judge Carr on 5/22/01 granting plaintiff's motion for leave to file instanter its motion for attorney fees and motion for prejudgment interest. (Related Doc # 48) (S, A L) (Entered: 05/22/2001) |
| 05/22/2001 | 50 | Motion for attorney fees by Arthur M Kaufman, Motion for order *for prejudgment interest* filed by Ramada Franchise Systems, Inc.. (Attachments: # 1 Brief in Support)(S, A L) (Entered: 05/22/2001) |
| 05/30/2001 | 51 | Opposition *to Plaintiff's Attorneys' Fees Submission and Motion for Prejudgment Interest* filed by Hanna Hotel Enterprises, LLC, Hanna Karcho. (Related motion(s)50) (Other related filing(s) 48, 50) (Price, Charles) (Entered: 05/30/2001) |
| 06/06/2001 | 52 | Motion for leave to file *its Reply Brief in Support of its Motion for Attorneys' Fees and Judgment Interest until June 13, 2001* filed by Ramada Franchise Systems, Inc..(Kaufman, Arthur) (Entered: 06/06/2001) |

| 06/07/2001 | 53 | Reply *Brief in Support of Motion for Fees, Costs and Prejudgment Interest of Plaintiff, Ramada Franchise Systems, Inc.* filed by Ramada Franchise Systems, Inc.. (Related motion(s)50) (Other related filing(s) 50) (Kaufman, Arthur) (Entered: 06/07/2001) |
|---|---|---|
| 06/08/2001 | 54 | Marginal Order signed by Judge Carr on 6/8/01 granting plaintiff's motion for an extension of time until 6/13/01 to file a reply in support of its Motion for Attorney Fees and Interest. (Related Doc # 52) (S, A L) (Entered: 06/08/2001) |
| 06/18/2001 | 55 | Order signed by Judge Carr and entered on 6/18/01. Ordered that plaintiff is awarded attorneys' fees in the amount of $27,772.50 and costs in the amount of $443.93. Plaintiff is awarded prejudgment interest of 18% per annum on the liquidated damages and past due recurring fees; plaintiff to submit a statement of the amount due and owing as of the date of this entry within one week; on receipt of said statement, the Clerk shall enter judgment in favor of the plaintiff and against the defendants for the amounts awarded herein for attorneys' fees, costs, and prejudgment interest. (Related Doc # 50)(Related Doc # 50) (S, A L) (Entered: 06/18/2001) |
| 06/21/2001 | 56 | Statement of Facts *of Amount of Prejudgment Interest* filed by Arthur M Kaufman on behalf of Ramada Franchise Systems, Inc.. (Related document(s)55) (Kaufman, Arthur) (Entered: 06/21/2001) |
| 07/05/2001 | 57 | Judgment Entry signed by Judge Carr. Ordered that the plaintiff is awarded attorneys' fees in the amount of $27,772.50 and costs in the amount of $443.93. Plaintiff is awarded prejudgment interest of 18% per annum on the liquidated damages and past due recurring fees in the amount of $51,604.74. (S, A L) (Entered: 07/05/2001) |
| 07/10/2001 | 58 | Amended Judgment Entry signed by Judge Carr. Ordered that the defendants' motion to dismiss based on lack of personal jurisdiction and venue is hereby denied.Ramada Franchise Systems' motion for summary judgment is hereby granted.Plaintiff is awarded attorneys' fees in the amount of $27,772.00 and costs in the amount of $443.93. Plaintiff is awarded prejudgment interest of 18% per annum on the liquidated damages and past due recurring fees in the amount of $51,604.74. Case closed. (S, A L) (Entered: 07/10/2001) |
| 07/10/2001 | 59 | Notice of Appeal filed by Charles D. Price on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho. (Price, Charles). Filing fee paid 7/11/01 (receipt #311859). Modified on 7/12/2001 (M, C). (Entered: 07/10/2001) |
| 07/12/2001 | 60 | Second Amended Judgment Entry signed by Judge Carr. The defendants' motion to dismiss based on lack of personal jurisdiction and venue is hereby denied. Ramada Franchise Systems' motion for |

|  |  |  |
|---|---|---|
|  |  | summary judgment is granted as to liquidated damages in the amount of $100,000.00 and outstanding recurring fees in the amount of $34,493.86. Plaintiff is awarded attorneys' fees in the amount of $27,772.00 and costs in the amount of $443.93. Plaintiff is awarded prejudgment interest of 18% per annum on the liquidated damages and past due recurring fees in the amount of $51,604.74. Case closed. (S, A L) (Entered: 07/12/2001) |
| 07/20/2001 | 61 | *Transcript Order form: Transcript not necessary* filed by Charles D. Price on behalf of Hanna Hotel Enterprises, LLC, Hanna Karcho. (Price, Charles) Modified on 7/23/2001 (L, V). (Entered: 07/20/2001) |
| 07/25/2001 | 62 | Amended Notice of Appeal filed by Hanna Hotel Enterprises, LLC, Hanna Karcho. Filing fee paid; receipt number 311859. (Price, Charles) (Entered: 07/25/2001) |
| 08/03/2001 | 63 | Acknowledgment from U.S. Court of Appeals, 6th Cir. of receipt of defendant's notice of appeal (USCA Case No. 01-3785).(M, C) (Entered: 08/03/2001) |
| 08/06/2001 | 64 | Transcript Order Form received. Transcript is unnecessary for appeal purposes. filed by Hanna Hotel Enterprises, LLC, Hanna Karcho. (Related document(s)59) (H, S P) (Entered: 08/08/2001) |
| 08/14/2001 | 65 | Praecipe *for the issuance of a certificate of judgment for registration in another district (issued 8/14/01)* filed by Ramada Franchise Systems, Inc.. (C, B) (Entered: 08/15/2001) |
| 08/14/2001 | 66 | Praecipe *for the issuance of a certificate of judgment lien upon lands and tenements (issued 8/14/01)* filed by Ramada Franchise Systems, Inc.. (C, B) (Entered: 08/16/2001) |
| 08/16/2001 | 67 | Motion to stay *Execution or Enforcement of Judgment Pending Appeal* filed by Hanna Hotel Enterprises, LLC, Hanna Karcho. (Price, Charles) (Entered: 08/16/2001) |
| 08/23/2001 | 68 | Opposition (Related Motion(s) 67) *to Defendants' Motion for Stay Pending Appeal* filed by Ramada Franchise Systems, Inc.. (Kaufman, Arthur) (Entered: 08/23/2001) |
| 08/29/2001 | 69 | Certificate of Judgment lien upon lands and tenements; Judgment rendered in favor of plaintiff Ramada Franchise and against defendants, Hanna Hotal and Hanna Karcho in amount of $134,493.86; Filed in Lucas County Common Pleas Court; LN0200104617 on 8/16/01 (Related documents(s) 55) (N, D) (Entered: 08/29/2001) |
|  |  |  |

| 09/18/2001 | 70 | Order signed by Judge Carr 9/18/2001. Ordered that the execution and enforcement of the judgment entered in favor of the plaintiff and against the defendants be stayed pending adjudication of defendants' appeal, subject to the posting by the defendants within ten days of the date hereof of a supersedeas bond in the amount of $235,000. (Related Doc # 67) (S, A L) (Entered: 09/18/2001) |
|---|---|---|
| 01/14/2002 | 71 | True copy of mandate from the USCA for the Sixth Circuit: Upon consideration of the Motion for Voluntary Dismissal, appeal no. 01-3785 is dismissed. (M, C) (Entered: 01/16/2002) |
| 05/14/2002 | 72 | Judgment Satisfaction filed by Ramada Franchise Systems, Inc.. (Goldfarb, Steven) (Entered: 05/14/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/05/2004 14:22:47 | | | |
| PACER Login: | hl0013 | Client Code: | 29671-624 |
| Description: | Docket Report | Case Number: | 3:00-cv-07180-JGC |
| Billable Pages: | 6 | Cost: | 0.42 |