# EXHIBIT 3



# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: TRAVELODGE     UNIT: 07032     DATE: 10/30/2001
ADDRESS: 3244 CENTRAL PKWY.
CITY: CINCINNATI                          STATE: OH

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: | X |  |
| All additional exterior signage removed: | X |  |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: |  | X |
| Howard Johnson Gatelodge orange roof painted: | X |  |
| Howard Johnson Gatelodge cupola removed: | X |  |

Has the logo and name been removed from the following items?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Stationary/Pads/Pens | X |  | Soap/Shampoo | X |  |
| Directories/Brochures | X |  | Key Tags | X |  |
| Business Cards | X |  | Credit Card Imprinter |  |  |
| Folios/Reg. Cards | X |  | Laundry Bags | X |  |
| Do-Not-Disturb Cards | X |  | Name Tags/Uniforms | X |  |
| Comment Cards | X |  | Ice Buckets/Trays | X |  |
| Telephone Plates |  | X | Ashtray/Matches | X |  |
| Telephone Dialing Instructions |  | X | Plaques | X |  |
| TV Channel ID plates | X |  | Guest Checks/Receipts | X |  |
| Rate/Law Cards |  | X | Menus | X |  |
| Door Signage |  | X |  |  |  |

Comments: _____

QA Representative: _(signed)_
Print Name: SHANE BLANKENSHIP

Produced using Polaroid Digital Solutions software, 800.234.8727 www.polaroidforms.com

PTOC0628002

Quality Assurance


**Primary Sign**


**Primary Sign**







