# EXHIBIT 4

3-7-03
NAO

# STATMAN HARRIS SIEGEL & EYRICH LLC
## ATTORNEYS AT LAW

**CINCINNATI OFFICE**
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
T 513.621.2666
F 513.621.4896

**DAYTON OFFICE**
1520 Fifth Third Center
Dayton, Ohio 45402
T 937.222.1090
F 937.222.1046

**CHICAGO OFFICE**
333 West Wacker Drive
Suite 1710
Chicago, IL 60606
T 312.263.1070
F 312.263.1201

**INDIANA OFFICE**
10037 Western Row
Dillsboro, IN 47018
T 812.432.9150
F 812.432.9151

Alan J. Statman *
Jeffrey P. Harris
Robert H. Siegel
David J. Eyrich
Thomas H. Bergman
T. Scott Gilligan +
Alan I. Ehrenberg **
Howard L. Richshafer
Scott C. Frost + −
Robert A. Bardach
Thomas R. Noland
Thomas S. Sapinsley *
Paul D. Rattermann

William B. Fecher
Fern E. Goldman
Gregory J. Berberich *
Paul H. Shaneyfelt
Thomas A. Wietholter *
Ann B. Miller
Maura Moran Campbell
Tracy L. Hawkins *
Kathleen E. Weeks **
Brian T. Giles
Jill S. Levison ***
Eileen E. Madda **
David A. Ranz *
S. Scott Martin
Stacie E. Barhorst

**OF COUNSEL**
Reuel D. Ash
Lawrence A. Flemer *
Kimberly A. Schmaltz ++

**RETIRED**
George C. Eyrich

also admitted to practice in:
Kentucky *
New York ***
District of Columbia +
Illinois and New York −
admitted to practice in:
Illinois only **
Indiana only ++

March 5, 2003

Direct Dial No. (513) 587-4443
bgiles@shselegal.com

Nancy Oliver, Esq.
3300 PB Tower
200 Public Square
Cleveland, Ohio 44114-2301

RE: Travelodge v. Govan, et al.

Dear Nancy:

As you can see from the enclosed statements, the total cost of Govan's deposition was $3,630.10. Pursuant to our agreement, please remit a check for half of the total cost.

Very truly yours,

STATMAN, HARRIS, SIEGEL & EYRICH, LLC

Brian T. Giles

BTG | crh
Enclosure

255942.1
3/5/03

**CIN-TEL CORPORATION**
813 BROADWAY
CINCINNATI, OHIO 45202
(513) 621-7723 • FAX (513) 621-6558

# INVOICE

PAGE 1

STAT09
ATT: BRIAN GILES, ESQ.
STATMAN, HARRIS, SIEGEL &
EYRICH, 2900 CHEMED CENTR
255 EAST FIFTH STREET
CINCINNATI          OH 45202

FILE #: TRAVELODGE -v- GOVAN

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| TRV.GOVA000 | | 10.0%/ 20 | 00053052 | 02/21/03 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| TRANSCRIPT ORIGINAL + ONE COPY | 01/29/03 | *BEREN | | | | 955.20 |
| MIN-U-SCRIPT WITH INDEX | | | | | | |
| TRANSCRIPT ONE COPY | 01/29/03 | *BEREN | | | | 632.80 |
| MIN-U-SCRIPT WITH INDEX | | | | | | |
| NANCY OLIVER'S COPY | | | | | | |
| APPEARANCE OF REPORTER | 01/27/03 | *BEREN | | | | 315.00 |
| EXHIBIT COPIES | 01/29/03 | 0 | | | | 170.10 |
| EXHIBITS | 01/29/03 | 0 | | | | 85.05 |
| COPY FOR NANCY OLIVER | | | | | | |

SALES TAX          ( CONTINUED )

INVOICE TOTAL      ( CONTINUED )

---

Please remit this stub with your payment to:
**CIN-TEL CORPORATION**
813 Broadway
Cincinnati, Ohio 45202

PAGE 1

STAT09
STATMAN, HARRIS, S

| INVOICE DATE | INVOICE NO. |
|---|---|
| 02/21/03 | 00053052 |

# CIN-TEL CORPORATION

813 BROADWAY
CINCINNATI, OHIO 45202
(513) 621-7723 • FAX (513) 621-6558

Ay Th Handdel to Mal (513) 8057

## INVOICE

PAGE 2

STAT09
ATT: BRIAN GILES, ESQ.
STATMAN, HARRIS, SIEGEL &
EYRICH, 2900 CHEMED CENTR
255 EAST FIFTH STREET
CINCINNATI      OH  45202

TRAVELODGE -v- GOVAN

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| TRV.GOVA000 | | 10.0%/ 20 | 00053052 | 02/21/03 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ASCII CONVERSION | 01/29/03 | O | | | | 35.00 |
| POSTAGE/HAND DELIVERY COPY TO MR. GILES, COPY TO MS. OLIVER & ORIG TO DEPO FOR SIGN | 01/29/03 | O | | | | 50.00 |

DEPONENT:
GOAL GOVAN VOL 1

SALES TAX                    $ 2,243.15
                                   .00

CALL CIN-TEL FOR OUR NATIONWIDE SUBPOENA SERVICES!

INVOICE TOTAL              $ 2,243.15

---

PAGE 2
**CIN-TEL CORPORATION**
813 Broadway
Cincinnati, Ohio 45202

Please remit this stub
with your payment to:

STAT09
STATMAN, HARRIS, S

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00053052 | 02/21/03 |

$ 2,243.15



# INVOICE

**CIN-TEL CORPORATION**
813 BROADWAY
CINCINNATI, OHIO 45202
(513) 621-7723 • FAX (513) 621-6558

PAGE 1

**STAT09**
ATT: BRIAN GILES, ESQ.
STATMAN, HARRIS, SIEGEL &
EYRICH, 2900 CHEMED CENTR
255 EAST FIFTH STREET
CINCINNATI     OH 45202

TRAVELODGE -v- GOVAN

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| TRV.GOVA000 | | 10.0% / 20 | 00053053 | 02/21/03 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| TRANSCRIPT ORIGINAL + ONE COPY | 01/30/03 | *ROGER | | | | 663.20 |
| MIN-U-SCRIPT WITH INDEX | | | | | | |
| TRANSCRIPT ONE COPY | 01/30/03 | *ROGER | | | | 444.80 |
| MIN-U-SCRIPT WITH INDEX | | | | | | |
| NANCY OLIVER'S COPY | | | | | | |
| APPEARANCE OF REPORTER | 01/30/03 | *ROGER | | | | 157.50 |
| EXHIBIT COPIES | 01/30/03 | 0 | | | | 34.30 |
| EXHIBITS | 01/30/03 | 0 | | | | 17.15 |
| COPY FOR NANCY OLIVER | | | | | | |

SALES TAX  ( CONTINUED )

INVOICE TOTAL  ( CONTINUED )

---

**CIN-TEL CORPORATION**
813 Broadway
Cincinnati, Ohio 45202

PAGE 1
Please remit this stub
with your payment to:

STAT09
STATMAN, HARRIS, S

| INVOICE DATE | INVOICE NO. |
|---|---|
| 02/21/03 | 00053053 |

# Cin-Tel CORPORATION
813 BROADWAY
CINCINNATI, OHIO 45202
(513) 621-7723 • FAX (513) 621-6558

TAX ID: XX-XXXXXXX

STAT09
ATT: BRIAN GILES, ESQ.
STATMAN, HARRIS, SIEGEL &
EYRICH, 2900 CHEMED CENTR
255 EAST FIFTH STREET
CINCINNATI      OH 45202

## INVOICE

PAGE 2

FILE #:                     TRAVELODGE -V- GOVAN

| JOB NUMBER | CASE NUMBER | ACTIVITY DESCRIPTION | DATE | TERMS | REPORTER | INVOICE NO. | TIME | INVOICE DATE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRV.GOVA000 | | | | 10.0%/ 20 | 00053053 | | 02/21/03 | | | | 00053053 |
| | | ASCII CONVERSION | 01/30/03 | | 0 | | | | | | 35.00 |
| | | POSTAGE/HAND DELIVERY COPY TO MR. GILES, COPY TO MS. OLIVER & ORIG TO DEPO FOR SIGN | 02/19/03 | | 0 | | | | | | 35.00 |

DEPONENT:
GOPAL GOVAN VOL 2

CALL CIN-TEL FOR OUR NATIONWIDE SUBPOENA SERVICES!

SALES TAX    $ 1,386.95
             .00

INVOICE TOTAL   $ 1,386.95

---

CIN-TEL CORPORATION
813 Broadway
Cincinnati, Ohio 45202

Please remit this stub with your payment to:

PAGE 2
STAT09
STATMAN, HARRIS, S
INVOICE DATE 02/21/03
INVOICE NO. 00053053

$ 1,386.95