IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRAVELODGE HOTELS, INC.
        Plaintiff

  v                                 Civil C-1-01-784

GOPAL GOVAN,
        Defendant.

### ORDER

    Parties are advised that the above styled case is SCHEDULED for a Final Pretrial Conference on Monday, May 17, 2004 at 1:30 p.m. Counsel shall appear for this Conference with their client and/or a representative with settlement authority.

    Parties are further advised that this case is SCHEDULED as #2 on the docket for Trial to the Court on Monday, May 24, 2004 at 9:00 a.m.

**IT IS SO ORDERED.**

                                        **s/Herman J. Weber**
                                Herman J. Weber, Senior Judge
                                  United States District Court

*Rev.5/01*