# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **TRAVELODGE HOTELS, INC.,** | ) | Case No. C-1-01-784 |
| Plaintiff, | ) | Judge Weber |
| -vs- | ) | JOINT CONSENT OF CINCINNATI TRAVELODGE AND GOPAL GOVAN TO TRIAL BY MAGISTRATE |
| **GOPAL GOVAN** | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| -vs- | ) | |
| **CINCINNATI TRAVELODGE** | ) | |
| Third-Party Defendant. | ) | |

Defendant/Third Party Plaintiff Gopal Govan and Third-Party Defendant Cincinnati Travelodge (collectively the "Parties"), by and through undersigned counsel, hereby consent to trial before the Magistrate.

Respectfully submitted,

Statman, Harris, Siegel & Eyrich, LLC          Wood & Lamping

_/s/Alan J. Statman_____              _/s/_Eric C. Holzapel_____
Alan J. Statman (0012045)                     Eric C. Holzapfel (0012276)
2900 Chemed Center                            600 Vine Street
255 E. Fifth Street                           Suite 2500
Cincinnati, Ohio 45202                        Cincinnati, Ohio 45202
Counsel to Cincinnati Travelodge              Counsel to Gopal Govan