UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01 784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| | ) | |
| v. | ) | |
| | ) | |
| GOPAL GOVAN, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | **NOTICE OF PLAINTIFF TRAVELODGE HOTELS, INC.'S CONSENT TO TRIAL BY MAGISTRATE** |
| v. | ) | |
| CINCINNATI TRAVELODGE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Plaintiff Travelodge Hotels, Inc. ("THI"), having its Motion for Summary Judgment granted pursuant to the Court's January 8, 2004 Order (ECF# 65), has no objection and consents to a Magistrate having jurisdiction over the trial of this matter.

Respectfully submitted,

/s/ Nancy A. Oliver
Steven A. Goldfarb (0030186)
sagoldfarb@hahnlaw.com
Nancy A. Oliver (0071142)
naoliver@hahnlaw.com
3300 BP Tower
200 Public Square
Cleveland, Ohio 44114-2301
Phone: (216) 621-0150
Fax: (216) 241-2824

OF COUNSEL:

HAHN LOESER & PARKS LLP

Attorneys for Plaintiff Travelodge Hotels, Inc.

CLE - 838597.1

CLE - 838597.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April 2004, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nancy A. Oliver_____
One of the Attorneys for Plaintiff