UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRAVELODGE HOTELS, INC.,

        Plaintiff,

  v.                            C-1-01-784

GOPAL GOVAN,

        Defendant.

## ORDER

The parties having **CONSENTED** (see doc.82 & 83 ) this case is hereby **transferred** to the United States Magistrate Judge under 28 U.S.C. § 636(c) to conduct any and all proceedings in this case, including the trial, and order the entry of judgment.

Parties are advised that the Final Pretrial Conference scheduled for May 17, 2004 and the May 24, 2004 trial date are VACATED.

Any appeal will be to the United States Court of Appeals for the Sixth Circuit.

**IT IS SO ORDERED.**

                              _____s/Herman J. Weber_____
                              Herman J. Weber, Senior Judge
                              United States District Court