**United States District Court**
**Southern District of Ohio**
**Western Division**

Travelodge Hotels,
    Plaintiff                                                             No.  C-1-01-784

vs.                                                                            Black, M.J.

Gopal Govan,
    Defendant                                                       **NOTICE**

      A scheduling conference is set in the above consent matter for **JUNE 28, 2004 at 3:00 p.m. via telephone**.  The parties are to call in to 513-564-7640 shortly before that time.

                                                  Clerk, U.S. District Court

                                                  <u>By:s/Jan Lahley</u>
                                                  Jan Lahley
                                                  Courtroom Deputy