UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | : | Case No. C-1-01-784 |
| Plaintiff. | : | (Judge Black) |
| vs. | : | |
| GOPAL GOVAN, | : | **DEFENDANT/THIRD-PARTY PLAINTIFF GOPAL GOVAN'S WAIVER OF JURY TRIAL** |
| Defendant/Third Party Plaintiff, | : | |
| vs. | : | |
| CINCINNATI TRAVELODGE, | : | |
| Third-Party Defendant. | : | |

Defendant/Third-Party Plaintiff Gopal Govan waives his right to a jury trial on his third party complaint against Third-Party Defendant Cincinnati Travelodge.

Respectfully submitted,

OF COUNSEL:

WOOD & LAMPING LLP

/s/Eric C. Holzapfel
Eric C. Holzapfel (0012276)
Kevin Frank (0077211)
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
Counsel to Gopal Govan

205833.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendant/Third-Party Plaintiff Gopal Govan's Waiver of Jury Trial has been filed with the Court by electronic means this 28th day of June 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/Eric C. Holzapfel
      Eric C. Holzapfel
      Trial Attorney for Defendant
      Gopal Govan