UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01 784 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | MAGISTRATE JUDGE TIMOTHY S. |
| v. | ) | BLACK |
| | ) | |
| GOPAL GOVAN, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | **SUPPLEMENTAL NOTICE OF PLAINTIFF TRAVELODGE HOTELS, INC.'S CONSENT TO A MAGISTRATE** |
| v. | ) | |
| CINCINNATI TRAVELODGE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Plaintiff Travelodge Hotels, Inc. ("THI"), having its Motion for Summary Judgment granted pursuant to the Court's January 8, 2004 Order (ECF# 65), has no objection and consents to a Magistrate having jurisdiction over the trial of this matter, and further consents to the Magistrate's determination regarding the amount of damages owed by Defendant Gopal Govan to THI on THI's claim for an accounting and attorneys' fees.

                                                                                       Respectfully submitted,

                                                                                        /s/ Nancy A. Oliver
                                              Steven A. Goldfarb (0030186)
                                                  sagoldfarb@hahnlaw.com
                                              Nancy A. Oliver (0071142)
                                                  naoliver@hahnlaw.com

OF COUNSEL:

HAHN LOESER & PARKS LLP

                                              3300 BP Tower
                                              200 Public Square
                                              Cleveland, Ohio 44114-2301
                                              Phone:  (216) 621-0150
                                              Fax: (216) 241-2824

                                              Attorneys for Plaintiff Travelodge Hotels, Inc.

CLE - 846566.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2004, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nancy A. Oliver_____
One of the Attorneys for Plaintiff

CLE - 846566.1