UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01-784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| v. | ) | |
| | ) | |
| GOPAL GOVAN, | ) | |
| | ) | |
| Defendant/Third-Party | ) | |
| Plaintiff, | ) | **NOTICE OF ADDRESS CHANGE** |
| v. | ) | |
| | ) | |
| CINCINNATI TRAVELODGE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

PLEASE TAKE NOTICE that effective immediately Marc J. Kessler, Hahn Loeser & Parks LLP, co-counsel for Plaintiff Travelodge Hotels, Inc., has relocated their offices to:

**Hahn Loeser & Parks LLP**
**65 East State Street, 14th Floor**
**Columbus, Ohio 43215-4209.**

Please direct all future correspondence, notices and pleadings to this new address.

Respectfully submitted,

s/ Marc J. Kessler
Marc J. Kessler (0059236) (Trial Attorney)
Hahn Loeser + Parks LLP
65 East State Street, 14th Floor
Columbus, Ohio 43215-4209
Telephone: 614/221-0240
Facsimile: 614/221-5909
E-mail: mjkessler@hahnlaw.com

Attorney for Plaintiff

COL - 94078.1

## CERTIFICATE OF SERVICE

I certify that on the 12th day of July, 2004, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Marc J. Kessler
One of the Attorneys for Plaintiff

COL - 94078.1