# Rest Inn
## Profit & Loss
August through October 2001

|  | Aug '01 | Sep. '01 | Oct. '01 | TOTAL |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Room Charges | 40,204.37 | 24,444.09 | 25,321.06 | 89,969.52 |
| **Total Income** | 40,204.37 | 24,444.09 | 25,321.06 | 89,969.52 |
| | | | | |
| **Cost of Goods Sold** | | | | |
| Housekeeping | 3,763.00 | 1,300.74 | 1,475.00 | 6,538.74 |
| Laundry Expenses | 450.57 | 25.36 | 385.00 | 860.93 |
| **Total COGS** | 4,213.57 | 1,326.10 | 1,860.00 | 7,399.67 |
| | | | | |
| **Gross Profit** | 35,990.80 | 23,117.99 | 23,461.06 | 82,569.85 |
| | | | | |
| **Expense** | | | | |
| Advertisements | 0.00 | 930.00 | 465.00 | 1,395.00 |
| Automobile Expense | 396.29 | 396.29 | 396.29 | 1,188.87 |
| Bank Service Charges | 14.09 | 135.00 | 215.71 | 364.80 |
| Credit Card Charges | 616.73 | 331.35 | 352.05 | 1,300.13 |
| Interest Expense | 4,625.00 | 4,585.00 | 4,536.00 | 13,746.00 |
| Land Scaping | 0.00 | 0.00 | 210.00 | 210.00 |
| Licenses and Permits | 0.00 | 500.00 | 0.00 | 600.00 |
| Miscellaneous | -163.27 | 0.00 | 0.00 | -163.27 |
| Payroll Processing Charge | 132.59 | 191.16 | 124.42 | 448.17 |
| Payroll Taxes | 8,030.09 | 638.76 | 552.25 | 9,221.10 |
| Rent | 1,500.00 | 1,500.00 | 1,500.00 | 4,500.00 |
| Repairs | 6,582.00 | 5,504.58 | 4,875.00 | 16,961.56 |
| Salary & Wages | 9,701.03 | 6,181.09 | 5,419.65 | 21,301.77 |
| Sales Tax | 4,422.48 | 2,688.85 | 3,095.24 | 10,206.57 |
| Taxes | 167.86 | 0.00 | 0.00 | 167.86 |
| Telephone | 363.10 | 37.31 | 0.00 | 400.41 |
| Trash Collection | 620.52 | 194.94 | 0.00 | 815.46 |
| Utilities | 4,243.72 | 2,419.30 | 0.00 | 6,663.02 |
| **Total Expense** | 41,252.23 | 26,233.61 | 21,741.61 | 89,227.45 |
| | | | | |
| **Net Ordinary Income** | -5,261.43 | -3,115.62 | 1,719.45 | -6,657.60 |
| | | | | |
| **Net Income** | -5,261.43 | -3,115.82 | 1,719.45 | 6,657.60 |

213216.1