

# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: TRAVELODGE     UNIT: 07032     DATE: 08/26/2001
ADDRESS: 3244 CENTRAL PKWY
CITY: CINCINNATI     STATE: OH

| | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: | | X |
| All additional exterior signage removed: | | X |
| Signage removed from interior public areas: | | X |
| Billboards changed to remove name: | | |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | | X |
| Domain name removed from brochures & advertising: (www.motelname.com) | | X |
| Returned confidential operations manuals & reservation equipment: | | |
| Howard Johnson Gatelodge orange roof painted: | | |
| Howard Johnson Gatelodge cupola removed: | | |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationary/Pads/Pens | | X | Soap/Shampoo | | X |
| Directories/Brochures | | X | Key Tags | | X |
| Business Cards | | X | Credit Card Imprinter | | |
| Folios/Reg. Cards | | | Laundry Bags | | X |
| Do-Not-Disturb Cards | | X | Name Tags/Uniforms | | |
| Comment Cards | | X | Ice Buckets/Trays | | X |
| Telephone Plates | | X | Ashtray/Matches | | X |
| Telephone Dialing Instructions | | X | Plaques | | |
| TV Channel ID plates | | X | Guest Checks/Receipts | | |
| Rate/Law Cards | | | Menus | | |
| Door Signage | | | | | |

Comments: ANSWERED TELEPHONE AS TRAVELODGE ON 08/26/01   WENT INTO ROOM #104   STILL USING LOGO ITEMS

QA Representative:
Print Name: _Marie Baker_

Quality Assurance

Produced using Polaroid Digital Solutions software. 800.234.8727 www.polaroidforms.com
PTCC 06280
EXHIBIT
14-
1-29-03



**Primary Sign**



GUESTROOM #104



LOBBY AREA



# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

| | |
|---|---|
| BRAND: TRAVELODGE | UNIT: 07032    DATE: 10/30/2001 |
| ADDRESS: 3244 CENTRAL PKWY. | |
| CITY: CINCINNATI | STATE: OH |

| | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: | X | |
| All additional exterior signage removed: | X | |
| Signage removed from interior public areas: | X | |
| Billboards changed to remove name: | X | |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X | |
| Domain name removed from brochures & advertising: (www.motelname.com) | X | |
| Returned confidential operations manuals & reservation equipment: | | X |
| Howard Johnson Gatelodge orange roof painted: | X | |
| Howard Johnson Gatelodge cupola removed: | X | |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationary/Pads/Pens | X | | Soap/Shampoo | X | |
| Directories/Brochures | X | | Key Tags | X | |
| Business Cards | X | | Credit Card Imprinter | | |
| Folios/Reg. Cards | X | | Laundry Bags | X | |
| Do-Not-Disturb Cards | X | | Name Tags/Uniforms | X | |
| Comment Cards | X | | Ice Buckets/Trays | X | |
| Telephone Plates | | X | Ashtray/Matches | X | |
| Telephone Dialing Instructions | | X | Plaques | X | |
| TV Channel ID plates | X | | Guest Checks/Receipts | X | |
| Rate/Law Cards | | X | Menus | X | |
| Door Signage | | X | | | |

Comments: _____

_____

QA Representative: *[signature]*

Print Name: SHANE BLANKENSHIP

Produced using Polaroid Digital Solutions software, 800.234.8727 www.polaroidforms.com
Quality Assurance

EXHIBIT 15
1-29-03  GG

PTOC 0628002




**Primary Sign**  **Primary Sign**





