UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - BENCH TRIAL**

TRAVELODGE HOTELS, INC.                          Civil Case No. 1:01cv784
    Plaintiff,

-vs-

GOPAL GOVAN
    Defendant.and Cross Claim Plaintiff
-vs-
CINCINNATI TRAVELODGE
    Cross Claim Defendant
-----------------------------------------------------------------

**Court Personnel Present**:
United States Magistrate Judge Timothy S. Black
| | |
|---|---|
| Law Clerk | Emily Shinn |
| Court Reporter | Ace Reporting Jennifer Coats |
| Courtroom Deputy | Jan Lahley |

**COUNSEL PRESENT:**
| | |
|---|---|
| (Defendant/Cross Claim Plaintiff) | Eric Holzapfel, Kevin Frank |
| (Cross Claim Defendant) | Alan Statman, Brian Giles |

**DOCKET ENTRY:**

Case called before Magistrate Judge Black for **DAY ONE OF BENCH TRIAL**- Openings. Witness Govan called., cross, redirect. Plaintiff rests. Recessed to 9/15/04, 9:30 am
*Deposition of Stone Blankenship to be filed + admitted.*

DATE: 9/14/04
TIME: 10:00 am