**United States District Court**
**Southern District of Ohio**
**Western Division**

Travelodge Hotels, Inc.,

    Plaintiff                                                         Case No. 1:01-cv-784

    vs.

Gopal Govan,

    Defendant/Third-Party Plaintiff         Magistrate Judge Timothy S. Black

    vs.

Cincinnati Travelodge,

    Third-Party Defendant

## ORDER
## TERMINATING CASE

    Third-Party Plaintiff Gopal Govan and Third-Party Defendant Cincinnati Travelodge having settled their claims after trial but before entry of judgment (see Minute Entry of 9/15/04 (doc. 96)), and the Court having entered its Order rendering decision on the remaining claims for accounting damages and attorneys fees (see doc. 97), and, therefore, all matters having been resolved and/or ruled upon by the Court, this case is hereby terminated.


Date: 9/29/04                                                        s/<u>Timothy S. Black</u>
                                                                                Timothy S. Black
                                                                                U.S. Magistrate Judge