UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 OCT 28 PM 1:51

| | |
|---|---|
| TRAVELODGE HOTELS, INC., | Case No. C-1-01-784 |
| Plaintiff. | (Magistrate Judge Black) |
| vs. | |
| GOPAL GOVAN, | **NOTICE OF APPEAL** |
| Defendant/Third Party Plaintiff, | |
| vs. | |
| CINCINNATI TRAVELODGE, | |
| Third-Party Defendant. | |

Notice is hereby given that Defendant Gopal "Sam" Govan hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order granting summary judgment in favor of the Plaintiff Travelodge Hotels, Inc. ("THI") against Govan, entered in this action on the 8th day of January, 2004, which Order became final and appealable upon the Court's entry of the Order Terminating Case on September 29, 2004. Specifically, Govan appeals the portion of the January 8, 2004 Order granting summary judgment in favor of THI for liquidated damages in the amount of $142,000. A copy of the January 8, 2004 Order is attached hereto.

OF COUNSEL:

WOOD & LAMPING LLP

Respectfully submitted,

/s/Eric C. Holzapfel
Eric C. Holzapfel (0012276)
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
Counsel to Gopal Govan

222790.1