```
Thu Oct 28 13:43:37 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 424534
Cashier        sj1

Check Number:  111883

DO Code    Div No
4661       1

Sub Acct Type Tender      Amount
1:085900  N    2          105.00
2:510000  N    2          150.00

Total Amount        $     255.00

WOOD & LAMPING

NOTICE OF APPEAL 1:01-CV-784



Thu Oct 28 13:43:37 2004

Check No.  111883
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```