## CERTIFICATE OF JUDGMENT UNDER § 2329.02

### OHIO REVISED CODE

05 MAR 14 PM 12:25

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio, do hereby certify that on September 28, 2004 there was entered in the record, in this court, Western Division, at Cincinnati, Ohio, in

Case Number 1:01-cv-784

entitled Travelodge Hotels, Inc. v. Gopal Govan

judgment in favor of Travelodge Hotels, Inc.

and against Gopal Govan

in the amount of $214,231.57; plus $65,645.00; plus $4,163.57; plus $3,1440.03

FILED 2005 MAR -9 P 1:33
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY, OH

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court, at Cincinnati, Ohio, this 5th day of October, A.D. 2004.

JAMES BONINI, Clerk, U.S. District Court

By: Maria Carter
, Deputy Clerk



D62822043    05-C02903