IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT AT CINCINNATI

TRAVEL LODGE HOTELS
    Plaintiff(s),

v.                                    Case Number:    1:01CV784

**Termination Date**: 9/29/04

GOPAL GOVAN
    Defendant(s).

---

NOTICE TO COUNSEL

---

IN RE:    SOUTHERN DISTRICT OF OHIO LOCAL RULES

    RULE 79.2    Disposition of Exhibits, Models, Diagrams, Depositions, and other materials.

    RULE 79.3(e)    Sealed, or Confidential Documents shall be disposed of in accordance with Rule 79.2

Rule 72.2(a) Withdrawal by Counsel

All models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action and, unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after **final termination** of the action.

Rule 79.2(b) Disposal by the Clerk

All models, diagrams, depositions, x-rays and other exhibits and materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

Rule 79.3(e)

Sealed or confidential documents shall be disposed of in accordance with Rule 79.2.

                                                        JAMES BONINI, CLERK

                                                        By:    s/Jan Lahley
bac    May 21, 1999                                                       Courtroom Deputy