# EXHIBIT 1



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                  Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:    HFL00000508
    Our File No.:      029671.00624

        Invoice No. 313081                      Date: 04/19/04

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $110/hr | 6.80 | 745.55 |
| Rose Marie Fiore | RMF | $110/hr | 0.70 | 76.74 |
| Rose Marie Fiore | RMF | $110/hr | 1.00 | 109.62 |
| Rose Marie Fiore | RMF | $110/hr | 0.20 | 21.92 |
| Steven A. Goldfarb | SAG | $139/hr | 0.50 | 69.38 |
| Steven A. Goldfarb | SAG | $139/hr | 2.00 | 277.48 |
| Steven A. Goldfarb | SAG | $139/hr | 1.00 | 138.72 |
| Steven A. Goldfarb | SAG | $139/hr | 0.20 | 27.74 |
| Nancy A. Oliver | NAO | $85/hr | 8.00 | 680.20 |
| Nancy A. Oliver | NAO | $85/hr | 14.70 | 1,249.84 |
| Nancy A. Oliver | NAO | $85/hr | 0.70 | 59.51 |
| Katharine L. Essex | KLE | $67/hr | 1.50 | 100.65 |
| Betty Anne Horning | BAH | $67/hr | 1.20 | 80.54 |
| Elizabeth D. Tropf | EDT | $60/hr | 4.90 | 296.00 |
| Elizabeth D. Tropf | EDT | $60/hr | 0.80 | 48.32 |
| Nevenka Whitworth | NSW | $72/hr | 0.50 | 35.79 |
| **TOTAL CURRENT FEES** | | | | **4,018.00** |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 12.60 | $ 1,082.03 |
| L120 | Analysis/Strategy | 11.00 | 935.26 |
| L140 | Document/File Management | 0.70 | 49.21 |
| L200 | Pre-trial Pleadings and Motions | 1.20 | 80.54 |
| L210 | Pleadings | 1.30 | 87.23 |
| L250 | Other Written Motions and Submissions | 14.70 | 1,590.43 |
| L460 | Post-Trial Motions and Submissions | 1.40 | 84.57 |
| L470 | Enforcement | 1.80 | 108.73 |

**HL** attorneys at law

| | |
|---|---|
| Re: | Travelodge v. Gopal Govan (Site No 7032 |
| Your Claim No.: | HFL00000508 |
| Our File No.: | 029671.00624 |

Invoice No. 313081                                                      Date: 04/19/04

| | | | |
|---|---|---|---|
| TOTAL CURRENT FEES: | 44.70 | $ | 4,018.00 |
| TOTAL CURRENT COSTS: | | $ | 66.33 |
| CURRENT INVOICE DUE: | | $ | 4,084.33 |

Hahn Loeser ● Parks   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 313081                                                                 Date: 04/19/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/09/04 | Research files for form of submission of attorneys' fees; conference with NA Oliver regarding same. | 0631 | L470 | 0.40 | 24.16 |
| 02/27/04 | Review notice of electronic filing; download same and distribute. | 0728 | L210 | 0.20 | 13.42 |
| 03/01/04 | Review and analyze Cincinnati Travelodge's Motion for Reconsideration to determine whether THI should draft a Brief in Support. | 0594 | L120 | 0.70 | 59.51 |
| 03/02/04 | Phone call with SA Goldfarb regarding whether THI should file a brief in support of Cincinnati Travelodge's Motion for Reconsideration; research Fed. R. Civ. P. 13(h) and case law that would support the Court's granting of Cincinnati Travelodge's Motion to Dismiss for improper joinder. | 0594 | L120 | 4.80 | 408.12 |
| 03/03/04 | Draft submission and affidavit in support of attorneys' fees award; conference with NA Oliver regarding same; research Elite for updated attorneys' fees information. | 0631 | L250 | 2.50 | 151.02 |
| 03/03/04 | Attention to attorney fee application issues. | 0546 | L110 | 0.20 | 27.74 |
| 03/04/04 | Conference with NA Oliver regarding status of fees submission. | 0631 | L460 | 0.10 | 6.04 |
| 03/04/04 | Research Fed. R. Civ. P. 13(h); research case law which supports Cincinnati Travelodge's argument that Motion to Dismiss should be granted or the case transferred pursuant to the forum selection clause in the Purchase Agreement; draft e-mail to SA Goldfarb and RM Fiore summarizing results of research. | 0594 | L110 | 5.70 | 484.64 |
| 03/05/04 | Conference with SA Goldfarb regarding status; assemble backup detail regarding fee submission. | 0631 | L460 | 1.30 | 78.53 |

Hahn Loeser ● Parks    3300 BP Tower  200 Public Square  Cleveland, OH  44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re:            Travelodge v. Gopal Govan (Site No 7032
Your Claim No.:   HFL00000508
Our File No.:     029671.00624

Invoice No. 313081                                              Date: 04/19/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/05/04 | Analysis of issues regarding Motion for Reconsideration of Cincinnati Travelodge including review and analysis of NA Oliver e-mail regarding same. | 0533 | L250 | 0.30 | 32.89 |
| 03/05/04 | Attention to attorney fee application. | 0546 | L250 | 0.50 | 69.36 |
| 03/06/04 | Continued review of fee application issues. | 0546 | L250 | 0.50 | 69.36 |
| 03/08/04 | Review and revise fee application. | 0546 | L250 | 1.00 | 138.74 |
| 03/08/04 | Discussion with SA Goldfarb regarding revisions to be made to Submission for Attorney's Fees and Costs; revision of same and prepare for filing with the Court. | 0594 | L110 | 1.90 | 161.54 |
| 03/08/04 | Revise pleading and affidavit of Steven Goldfarb; prepare filing and exhibits for submission to court; review electronic docket for document accuracy. | 0560 | L200 | 1.20 | 80.54 |
| 03/09/04 | Review notification of electronic filing; download same and distribute. | 0728 | L140 | 0.20 | 13.42 |
| 03/17/04 | Review notification of electronic filings and download same. | 0728 | L210 | 0.20 | 13.42 |
| 03/17/04 | Distribute recent electronically-filed documents. | 0728 | L210 | 0.10 | 6.71 |
| 03/17/04 | Prepare subpoena for E. Holzapfel; arrange for process server regarding same; prepare letter to process server regarding service. | 0638 | L140 | 0.50 | 35.79 |
| 03/17/04 | Receive, review and analysis of (1) G. Govan's Response to Cincinnati Travelodge's First Motion for Reconsideration; (2) Response to THI's submission regarding attorneys' fees; and (3) THI's Motion for Extension of Time. | 0533 | L250 | 0.40 | 43.85 |



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 313081                                                        Date: 04/19/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/04 | Discussion with SA Goldfarb regarding Govan's Objection to THI's Submission of Evidence in Support of Award of Attorneys' Fees and Costs; phone call to E. Holzapfel to request an extension of time to file a Reply; draft Motion for Extension of Time; discussion with NS Whitworth regarding service of subpoena upon E. Holzapfel and filing of Motion for Extension of Time. | 0594 | L110 | 0.60 | 51.01 |
| 03/17/04 | Review attorneys' fee application. | 0546 | L250 | 0.50 | 69.37 |
| 03/18/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 6.71 |
| 03/18/04 | Download electronic filing and distribute same. | 0728 | L210 | 0.10 | 6.71 |
| 03/20/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 6.71 |
| 03/20/04 | Download electronic filing and distribute. | 0728 | L210 | 0.10 | 6.71 |
| 03/23/04 | Conference with SA Goldfarb regarding dispute regarding production of G. Govan's attorneys' fee documents; review and analysis of relevant correspondence regarding same; research and draft motion to compel or in the alternative to strike G. Govan's objection to THI's submission regarding attorneys' fees. | 0533 | L250 | 5.30 | 581.09 |
| 03/24/04 | Revise/edit Motion to Compel including additional legal research regarding same; attention to filing of same. | 0533 | L250 | 1.50 | 164.46 |
| 03/24/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 6.71 |
| 03/24/04 | Download electronically filed documents and distribute same. | 0728 | L210 | 0.10 | 6.71 |
| 03/24/04 | Review and revise notes regarding attorneys' fee issues. | 0546 | L250 | 0.50 | 69.37 |



Re: Travelodge v. Gopal Govan (Site No 7032  
Your Claim No.: HFL00000508  
Our File No.: 029671.00624

Invoice No. 313081                                                                          Date: 04/19/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/04 | Attention to issues regarding service of Motion to Compel including telephone conference with and e-mail to K. Frank regarding same. | 0533 | L250 | 0.20 | 21.92 |
| 03/26/04 | Download electronically filed documents; distribute same. | 0728 | L210 | 0.10 | 6.71 |
| 03/26/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 6.71 |
| 03/29/04 | Research case law to identify factors to determine the reasonableness of attorneys' fees; draft Reply in Support of THI's Submission of Evidence in Support of Award of Attorneys' Fees and Costs. | 0594 | L110 | 4.20 | 357.10 |
| 03/29/04 | Review files for information needed regarding response to attorneys' fees brief. | 0631 | L470 | 0.30 | 18.12 |
| 03/29/04 | Review and analysis of G. Govan's opposition to Cincinnati Travelodge's Motion for Reconsideration; conference with NA Oliver regarding status and reply to G. Govan's opposition to THI's submission of attorneys' fees. | 0533 | L250 | 0.50 | 54.81 |
| 03/30/04 | Review and analyze THI invoices and draft Reply in Support of Submission of Evidence to Support Award of Attorneys' Fees and Costs. | 0594 | L120 | 2.30 | 195.55 |
| 03/31/04 | Review and analyze THI invoices and draft Reply in Support of Submission of Evidence to Support Award of Attorneys' Fees and Costs; draft Notice of Withdrawal of Motion to Compel; review and analyze Govan's Objection to THI's Motion to Compel and discussions with RM Fiore regarding same. | 0594 | L120 | 3.20 | 272.08 |
| 03/31/04 | Receive, review and analysis of G. Govan's opposition to Motion to Compel; revise/edit Notice of Withdrawal of Motion; analysis of issues regarding G. Govan's attorneys' fees. | 0533 | L250 | 0.50 | 54.81 |

Hahn Loeser ♦ Parks    3300 BP Tower    200 Public Square    Cleveland, OH    44114-2301
phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 313081                                                    Date: 04/19/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/31/04 | Review fees invoices and breakdown hours by specific task; conference with NA Oliver regarding same. | 0631 | L470 | 1.10 | 66.45 |
| 03/31/04 | Attention to attorneys' fee application issues. | 0546 | L250 | 0.50 | 69.38 |

| Costs Advanced | | Amount |
|---|---|---|
| Overnight Delivery/Messenger Service | $ | 11.33 |
| Subpoena Fees | | 55.00 |
| TOTAL CURRENT COSTS | $ | 66.33 |
| CURRENT INVOICE DUE | $ | 4,084.33 |
| PREVIOUS DUE | $ | 2,715.82 |
| TOTAL BALANCE DUE | $ | 6,800.15 |