# EXHIBIT 2



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:              Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:   HFL00000508
    Our File No.:     029671.00624

        Invoice No. 315160                      Date: 05/28/04

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $200/hr | 1.50 | 299.95 |
| Rose Marie Fiore | RMF | $200/hr | 0.50 | 99.98 |
| Rose Marie Fiore | RMF | $200/hr | 0.20 | 39.99 |
| Steven A. Goldfarb | SAG | $253/hr | 0.80 | 202.42 |
| Steven A. Goldfarb | SAG | $253/hr | 0.50 | 126.51 |
| Marc J. Kessler | MJK | $257/hr | 0.30 | 77.14 |
| Nancy A. Oliver | NAO | $155/hr | 3.50 | 542.75 |
| Nancy A. Oliver | NAO | $155/hr | 0.50 | 77.53 |
| Katharine L. Essex | KLE | $122/hr | 1.30 | 159.12 |
| Elizabeth D. Tropf | EDT | $110/hr | 2.70 | 297.49 |
| Elizabeth D. Tropf | EDT | $110/hr | 0.70 | 77.12 |
| **TOTAL CURRENT FEES** | | | | **2,000.00** |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L100 | Case Assessment, Development and Admin | 0.30 | $ 77.14 |
| L110 | Fact Investigation/Development | 0.50 | 77.53 |
| L140 | Document/File Management | 0.70 | 77.12 |
| L210 | Pleadings | 4.70 | 689.63 |
| L250 | Other Written Motions and Submissions | 6.20 | 1,066.34 |
| P210 | Corporate Review | 0.10 | 12.24 |
| | **TOTAL CURRENT FEES:** | **12.50** | **$ 2,000.00** |
| | **CURRENT INVOICE DUE:** | | **$ 2,000.00** |

Hahn Loeser ♦ Parks  3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 315160                                           Date: 05/28/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/04 | Review docket sheet and update pleadings bible. | 0631 | L140 | 0.70 | 77.12 |
| 04/01/04 | Review notice of electronic filing. | 0728 | L210 | 0.10 | 12.24 |
| 04/01/04 | Download electronically filed documents; distribute same. | 0728 | L210 | 0.10 | 12.24 |
| 04/01/04 | Revise Reply Memorandum in Support of Motion for Reconsideration pursuant to RM Fiore's comments; forward same to SA Goldfarb and RM Fiore for review and comment. | 0594 | L210 | 0.60 | 93.04 |
| 04/01/04 | Review and analysis of draft reply brief regarding attorneys' fees; revise/edit same including analysis of G. Govan's attorneys' fees. | 0533 | L250 | 1.50 | 299.95 |
| 04/02/04 | Review and analysis of e-mail from SA Goldfarb regarding attorneys' fee reply brief; conference with SA Goldfarb regarding same. | 0533 | L250 | 0.20 | 39.99 |
| 04/02/04 | Review and revise reply brief. | 0546 | L250 | 0.80 | 202.42 |
| 04/03/04 | Revision of Reply in Support of Its Submission of Evidence in Support of Award of Attorneys' Fees and Costs pursuant to SA Goldfarb's comments; forward revised draft to SA Goldfarb and RM Fiore for review. | 0594 | L210 | 1.60 | 248.12 |
| 04/05/04 | Revision of Reply in Support of Its Submission of Evidence in Support of Award of Attorneys' Fees and Costs pursuant to RM Fiore's comments; forward to SA Goldfarb for review and signature; forward to ED Tropf for filing. | 0594 | L210 | 1.30 | 201.59 |
| 04/05/04 | Review reply brief, assemble exhibits and find unreported case for attachment; conference with NA Oliver regarding status; follow up regarding electronic filing problems. | 0631 | L250 | 2.70 | 297.49 |
| 04/05/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 12.24 |



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 315160                                    Date: 05/28/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/04 | Download electronically filed document; distribute same. | 0728 | L210 | 0.10 | 12.24 |
| 04/05/04 | Review and analysis of draft reply brief regarding attorneys' fees; revise/edit same. | 0533 | L250 | 0.50 | 99.98 |
| 04/05/04 | Attention to reply regarding attorneys' fees issue. | 0546 | L250 | 0.50 | 126.51 |
| 04/07/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 12.24 |
| 04/07/04 | Download electronically filed document; distribute same. | 0728 | L210 | 0.10 | 12.24 |
| 04/26/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 12.24 |
| 04/26/04 | Download electronically filed pleading; distribute same. | 0728 | L210 | 0.20 | 24.48 |
| 04/28/04 | Review notification of electronic filing; download same. | 0728 | L210 | 0.10 | 12.24 |
| 04/28/04 | Distribute electronically filed document. | 0728 | L210 | 0.10 | 12.24 |
| 04/28/04 | Telephone conference with courtroom deputy regarding assignment to magistrate judge for hearing; planning and strategy regarding same. | 0566 | L100 | 0.30 | 77.14 |
| 04/28/04 | Phone call with MJ Kessler regarding phone call received from Judge Weber's chambers about consenting to a magistrate; discussion with SA Goldfarb regarding same. | 0594 | L110 | 0.50 | 77.53 |
| 04/30/04 | Review notification of electronic filing; download same. | 0728 | L210 | 0.10 | 12.24 |
| 04/30/04 | Distribute electronically filed pleading. | 0728 | P210 | 0.10 | 12.24 |

Costs Advanced                                                                      Amount

TOTAL CURRENT COSTS         $    0.00

Hahn Loeser ● Parks    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
                        phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com



Re:                        Travelodge v. Gopal Govan (Site No 7032  
Your Claim No.:     HFL00000508  
Our File No.:        029671.00624  

Invoice No. 315160                                     Date: 05/28/04

|  | |  |
|---|---|---:|
| CURRENT INVOICE DUE | $ | 2,000.00 |
| PREVIOUS DUE | $ | 5,593.07 |
| TOTAL BALANCE DUE | $ | 7,593.07 |

Hahn Loeser ● Parks    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301  
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com