# EXHIBIT 3



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

|  |  |
|---|---|
| Re: | Travelodge v. Gopal Govan (Site No 7032 |
| Your Claim No.: | HFL00000508 |
| Our File No.: | 029671.00624 |

Invoice No. 319680                    Date: 08/30/04

## SUMMARY OF CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $245/hr | 0.60 | 147.00 |
| Nancy A. Oliver | NAO | $190/hr | 5.60 | 1,064.00 |
| Katharine L. Essex | KLE | $150/hr | 1.10 | 165.00 |
| | | TOTAL CURRENT FEES | | 1,376.00 |

| Item | Activity | Total Hrs | | Total Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.60 | $ | 296.00 |
| L120 | Analysis/Strategy | 0.60 | | 114.00 |
| L140 | Document/File Management | 0.30 | | 45.00 |
| L210 | Pleadings | 4.20 | | 774.00 |
| L250 | Other Written Motions and Submissions | 0.60 | | 147.00 |
| | TOTAL CURRENT FEES: | 7.30 | $ | 1,376.00 |
| | CURRENT INVOICE DUE: | | $ | 1,376.00 |



Re:                          Travelodge v. Gopal Govan (Site No 7032
Your Claim No.:              HFL00000508
Our File No.:                029671.00624

Invoice No. 319680                                    Date: 08/30/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/04 | Conference call with court to identify remaining issues to be determined by the court and schedule a trial date for remaining parties; draft Supplemental Consent to Jurisdiction of the Magistrate. | 0594 | L110 | 0.80 | 152.00 |
| 06/29/04 | Review notification of electronic filing, download same and distribute. | 0728 | L140 | 0.10 | 15.00 |
| 06/30/04 | Review notification of electronic filing, download same and distribute. | 0728 | L110 | 0.20 | 30.00 |
| 07/02/04 | Review notification of electronic filing. | 0728 | L210 | 0.10 | 15.00 |
| 07/02/04 | Download electronically filed document; distribute same. | 0728 | L210 | 0.20 | 30.00 |
| 07/12/04 | Electronically file notice of change of address. | 0728 | L210 | 0.30 | 45.00 |
| 07/13/04 | Review and analyze Govan's memo of accounting; phone call with B. Giles regarding Cincinnati Travelodge's request for THI to provide a witness to testify about THI QA inspections; discussion with SA Goldfarb and CLIP comment to M. Banks regarding same. | 0594 | L120 | 0.60 | 114.00 |
| 07/21/04 | Research case law to find support for payment of Recurring Fees as proper damages for violation of Lanham Act. | 0594 | L110 | 0.60 | 114.00 |
| 07/22/04 | Draft Memo in Opposition to Govan's Accounting; revise pursuant to RM Fiore's comments; e-mail draft memo to SA Goldfarb for review and comment. | 0594 | L210 | 3.60 | 684.00 |
| 07/22/04 | Review and analysis of draft of Travelodge's memorandum in response to Defendant Govan's memorandum of accounting; conference with NA Oliver regarding same. | 0533 | L250 | 0.60 | 147.00 |



Re:                           Travelodge v. Gopal Govan (Site No 7032
Your Claim No.:               HFL00000508
Our File No.:                 029671.00624

Invoice No. 319680                                        Date: 08/30/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|------|-------------------------------|---------|------|-------|--------|
| 07/26/04 | Electronic Court Filing. | 0728 | L140 | 0.20 | 30.00 |

Costs Advanced                                                    Amount

|  |  |  |
|--|--|--|
| TOTAL CURRENT COSTS | $ | 0.00 |
| CURRENT INVOICE DUE | $ | 1,376.00 |
| PREVIOUS DUE | $ | 4,455.33 |
| TOTAL BALANCE DUE | $ | 5,831.33 |