# EXHIBIT 4



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

       Re:                 Travelodge v. Gopal Govan (Site No 7032
       Your Claim No.:     HFL00000508
       Our File No.:       029671.00624

Invoice No. 320119                          Date: 09/14/04

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $245/hr | 0.30 | 73.50 |
| Steven A. Goldfarb | SAG | $310/hr | 1.20 | 372.00 |
| Nancy A. Oliver | NAO | $190/hr | 9.70 | 1,843.00 |
| | | TOTAL CURRENT FEES | | 2,288.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 5.80 | $ 1,102.00 |
| L120 | Analysis/Strategy | 3.90 | 741.00 |
| L330 | Depositions Taken of Opposing Parties | 0.50 | 155.00 |
| L410 | Fact Witnesses | 0.30 | 73.50 |
| L420 | Expert Witnesses | 0.70 | 217.00 |
| | TOTAL CURRENT FEES: | 11.20 | $ 2,288.50 |
| | CURRENT INVOICE DUE: | | $ 2,288.50 |



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 320119                                                                      Date: 09/14/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/04 | Discussion with SA Goldfarb regarding THI providing QA witness for trial; draft letter to B. Giles outlining THI's conditions for providing a QA witness and requesting topics for testimony. | 0594 | L110 | 0.40 | 76.00 |
| 08/09/04 | Phone call with B. Giles regarding testimony to be provided by THI's QA witness. | 0594 | L110 | 0.30 | 57.00 |
| 08/11/04 | Phone call with SA Goldfarb regarding QA testimony requested by Cincinnati Travelodge; draft Clip comment to M. Banks regarding same. | 0594 | L120 | 0.30 | 57.00 |
| 08/17/04 | Phone call with B. Giles regarding scheduling for requested THI QA witness; draft Clip comment to M. Banks regarding same. | 0594 | L110 | 0.30 | 57.00 |
| 08/18/04 | Discussion with SA Goldfarb regarding Govan's settlement offer; draft e-mail to M. Banks forwarding Govan's settlement offer and recommending our response. | 0594 | L110 | 0.40 | 76.00 |
| 08/19/04 | Phone call with B. Giles regarding requested QA witness and availability of witness for deposition prior to trial; draft Clip comment to M. Banks regarding same; draft letter responding to Govan's settlement offer and forward to M. Banks for review and comment. | 0594 | L110 | 0.60 | 114.00 |
| 08/23/04 | Phone call with B. Giles regarding status of Govan's settlement offer. | 0594 | L110 | 0.20 | 38.00 |

Hahn Loeser • Parks LLP    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150  fax 216.241.2824  www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 320119                                                                Date: 09/14/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/25/04 | Discussion with SA Goldfarb and phone call to M. Banks regarding the implications of deposition and trial testimony of QA Director, Rich Johnson; review and analyze Motion for Summary Judgment Order to identify issues where Johnson's testimony may have an impact; research whether Govan could use Johnson's testimony to seek reversal of summary judgment either before final judgment or on appeal. | 0594 | L120 | 3.60 | 684.00 |
| 08/25/04 | Attention to R. Johnson deposition issues. | 0546 | L330 | 0.50 | 155.00 |
| 08/26/04 | Conference with NA Oliver regarding trial and presentation of Quality Assurance witness; analysis of issues regarding preserving summary judgment ruling in favor of Travelodge. | 0533 | L410 | 0.30 | 73.50 |
| 08/26/04 | Research whether Govan could use Johnson's testimony to seek reversal of summary judgment either before final judgment or on appeal; discussion with SA Goldfarb regarding research; phone call with B. Giles regarding deposition of R. Johnson. | 0594 | L110 | 2.80 | 532.00 |
| 08/30/04 | Voice mail to SA Goldfarb and Clip comment to M. Banks regarding available dates for R. Johnson's deposition. | 0594 | L110 | 0.20 | 38.00 |
| 08/30/04 | Attention to R. Johnson testimony issues. | 0546 | L420 | 0.50 | 155.00 |
| 08/31/04 | Attention to R. Johnson testimony issues. | 0546 | L420 | 0.20 | 62.00 |
| 08/31/04 | Phone call with B. Giles regarding R. Johnson's availability for deposition; phone calls with M. Banks about providing R. Johnson as a witness. | 0594 | L110 | 0.60 | 114.00 |

Costs Advanced                                                                                                                Amount

Hahn Loeser • Parks LLP    3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re:                  Travelodge v. Gopal Govan (Site No 7032  
Your Claim No.:    HFL00000508  
Our File No.:       029671.00624  

Invoice No. 320119                                 Date: 09/14/04

| | | |
|---|---|---:|
| TOTAL CURRENT COSTS | $ | 0.00 |
| CURRENT INVOICE DUE | $ | 2,288.50 |
| PREVIOUS DUE | $ | 5,831.33 |
| TOTAL BALANCE DUE | $ | 8,119.83 |

Hahn Loeser • Parks LLP | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301  
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com