# EXHIBIT 5



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

      Re:                    Travelodge v. Gopal Govan (Site No 7032
      Your Claim No.:     HFL00000508
      Our File No.:        029671.00624

Invoice No. 325195                           Date: 12/10/04

### SUMMARY OF CHARGES

#### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Steven A. Goldfarb | SAG | $310/hr | 1.20 | 372.00 |
| Andrew S. Pollis | ASP | $315/hr | 0.10 | 31.50 |
| Nancy A. Oliver | NAO | $190/hr | 5.20 | 988.00 |
| Nevenka Whitworth | NSW | $160/hr | 2.00 | 320.00 |
| | | TOTAL CURRENT FEES | | 1,711.50 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L100 | Case Assessment, Development and Admin | 2.00 | $ 320.00 |
| L110 | Fact Investigation/Development | 5.20 | 988.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | 62.00 |
| L470 | Enforcement | 1.00 | 310.00 |
| L500 | Appeal | 0.10 | 31.50 |
| | TOTAL CURRENT FEES: | 8.50 | $ 1,711.50 |
| | TOTAL CURRENT COSTS: | | $ 102.50 |
| | CURRENT INVOICE DUE: | | $ 1,814.00 |



        Re:        Travelodge v. Gopal Govan (Site No 7032
        Your Claim No.:        HFL00000508
        Our File No.:        029671.00624

Invoice No. 325195        Date: 12/10/04

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/07/04 | Review and analyze Order granting Summary Judgment, remaining claims between Govan and Cincinnati Travelodge, Blankenship deposition testimony and exhibits forwarded for R. Johnson deposition; draft memo summarizing same in preparation for R. Johnson deposition. | 0594 | L110 | 4.60 | 874.00 |
| 09/09/04 | Clip comment to M. Banks and R. Johnson regarding R. Johnson's availability to finish his deposition; phone call with E. Holzapfel regarding same. | 0594 | L110 | 0.20 | 38.00 |
| 09/15/04 | Attention to settlement between G. Govan and Cincinnati Travelodge. | 0546 | L160 | 0.20 | 62.00 |
| 09/28/04 | Attention to issues regarding court's order on attorneys' fees; phone conference with M. Banks and consideration of strategy regarding enforcement of judgment. | 0546 | L470 | 1.00 | 310.00 |
| 09/28/04 | Discussion with NS Whitworth regarding filing of liens in Hamilton County, Ohio and other counties in which Govan owns property. | 0594 | L110 | 0.20 | 38.00 |
| 09/29/04 | Discussion with NS Whitworth regarding filing of judgment lien. | 0594 | L110 | 0.20 | 38.00 |
| 09/29/04 | Phone call with court regarding certificate of judgment; prepare certificate of judgment and eight other certifications in districts. | 0638 | L100 | 1.50 | 240.00 |
| 09/30/04 | Prepare letter to Court regarding filing of judgment liens. | 0638 | L100 | 0.50 | 80.00 |
| 11/03/04 | Review notice of appeal; phone call with SA Goldfarb regarding same. | 0601 | L500 | 0.10 | 31.50 |

Costs Advanced        Amount

Hahn Loeser • Parks LLP   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



|  |  |
|---|---|
| Re: | Travelodge v. Gopal Govan (Site No 7032 |
| Your Claim No.: | HFL00000508 |
| Our File No.: | 029671.00624 |

Invoice No. 325195                                                    Date: 12/10/04

| Costs Advanced | | Amount |
|---|---|---|
| BP Parking Garage | $ | 12.50 |
| Filing Fees |  | 90.00 |
| TOTAL CURRENT COSTS | $ | 102.50 |
| CURRENT INVOICE DUE | $ | 1,814.00 |
| PREVIOUS DUE | $ | 1,376.00 |
| TOTAL BALANCE DUE | $ | 3,190.00 |

Hahn Loeser ● Parks LLP | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com