# EXHIBIT 6



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                  Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:      HFL00000508
    Our File No.:         029671.00624

                Invoice No. 329826                        Date: 03/15/05

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $255/hr | 1.50 | 382.50 |
| Steven A. Goldfarb | SAG | $345/hr | 1.90 | 655.50 |
| Nancy A. Oliver | NAO | $210/hr | 2.30 | 483.00 |
| Nancy A. Oliver | NAO | $190/hr | 0.20 | 38.00 |
| | | TOTAL CURRENT FEES | | 1,559.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $ 38.00 |
| L120 | Analysis/Strategy | 2.30 | 577.50 |
| L160 | Settlement/Non-Binding ADR | 0.50 | 127.50 |
| L190 | Other Case Assessment, Devel and Admin | 1.40 | 298.50 |
| L530 | Oral Arguments | 1.50 | 517.50 |
| | TOTAL CURRENT FEES: | 5.90 | $ 1,559.00 |
| | TOTAL CURRENT COSTS: | | $ 327.15 |
| | CURRENT INVOICE DUE: | | $ 1,886.15 |

---

Hahn Loeser ● Parks     3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
                              phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 329826                                                                 Date: 03/15/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/13/04 | Draft letter to B. Giles enclosing invoice of attorneys' fees incurred in connection with providing R. Johnson as a witness for Cincinnati Travelodge; Clip comment to M. Banks requesting information regarding expenses incurred by R. Johnson. | 0594 | L110 | 0.20 | 38.00 |
| 01/27/05 | Conference with NA Oliver regarding appellate issues and mediation conference; analysis of issues regarding same. | 0533 | L120 | 0.90 | 229.50 |
| 01/28/05 | Receive, review and analysis of correspondence from Court regarding briefing schedule. | 0533 | L190 | 0.10 | 25.50 |
| 01/31/05 | Draft Mediation Conference form and send to court in preparation for February 10, 2005 Mediation Conference. | 0594 | L120 | 0.40 | 84.00 |
| 02/09/05 | Draft memo summarizing judgment against Govan and settlement discussions to date; phone call with M. Banks regarding settlement discussions. | 0594 | L120 | 0.60 | 126.00 |
| 02/09/05 | Phone conference with NA Oliver regarding Sixth Circuit conference preparation. | 0546 | L120 | 0.40 | 138.00 |
| 02/10/05 | Preparation for and attend telephone conference hearing with Sixth Circuit Court regarding mediation. | 0546 | L530 | 1.50 | 517.50 |
| 02/10/05 | Prepare for and participate in telephone mediation conference with the Sixth Circuit Court of Appeals; Clip comment to M. Banks summarizing the mediation conference. | 0594 | L190 | 1.30 | 273.00 |
| 02/10/05 | Consideration of issues regarding appeal and settlement position; attention to issues regarding collection of judgment. | 0533 | L160 | 0.50 | 127.50 |

Costs Advanced                                                                                                Amount

Hahn Loeser • Parks    3300 BP Tower    200 Public Square    Cleveland, OH    44114-2301
phone 216.621.0150    fax 216.241.2824    www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 329826                                                   Date: 03/15/05

| Costs Advanced | | Amount |
|---|---|---:|
| Overnight Delivery/Messenger Service | $ | 32.22 |
| Document Reproduction | | 7.93 |
| Filing Fees | | 87.00 |
| Search Charges | | 200.00 |
| TOTAL CURRENT COSTS | $ | 327.15 |
| CURRENT INVOICE DUE | $ | 1,886.15 |
| PREVIOUS DUE | $ | 6,798.00 |
| TOTAL BALANCE DUE | $ | 8,684.15 |

Case 1:01-cv-00784-TSB   Document 103-8   Filed 12/22/2005   Page 4 of 4

Hahn Loeser • Parks LLP | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com