# EXHIBIT 7



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:               Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:   HFL00000508
    Our File No.:     029671.00624

                Invoice No. 331237                         Date: 04/14/05

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $255/hr | 1.00 | 255.00 |
| Steven A. Goldfarb | SAG | $345/hr | 1.20 | 414.00 |
| | | TOTAL CURRENT FEES | | 669.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.00 | $ 291.00 |
| L520 | Appellate Briefs | 1.20 | 378.00 |
| | TOTAL CURRENT FEES: | 2.20 | $ 669.00 |
| | TOTAL CURRENT COSTS: | | $ 36.41 |
| | CURRENT INVOICE DUE: | | $ 705.41 |

Hahn Loeser • Parks    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 331237                                      Date: 04/14/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/08/05 | Attention to settlement discussions. | 0546 | L160 | 0.20 | 69.00 |
| 03/11/05 | Consideration of issues regarding settlement offer and response to same. | 0533 | L160 | 0.40 | 102.00 |
| 03/11/05 | Attention to settlement response. | 0546 | L160 | 0.20 | 69.00 |
| 03/14/05 | Revise/edit correspondence to K. Frank regarding settlement counteroffer. | 0533 | L160 | 0.20 | 51.00 |
| 03/28/05 | Receive, review and analysis of appellant's brief. | 0533 | L520 | 0.40 | 102.00 |
| 03/28/05 | Review appellate briefing issues. | 0546 | L520 | 0.40 | 138.00 |
| 03/29/05 | Attention to appellate brief. | 0546 | L520 | 0.40 | 138.00 |

| Costs Advanced | Amount |
|---|---|
| Document Reproduction | $ 0.91 |
| Filing Fees | 32.00 |
| Fax | 3.50 |

|  |  |
|---|---|
| TOTAL CURRENT COSTS | $ 36.41 |
| CURRENT INVOICE DUE | $ 705.41 |
| PREVIOUS DUE | $ 8,684.15 |
| TOTAL BALANCE DUE | $ 9,389.56 |