# EXHIBIT 8



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:              Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:  HFL00000508
    Our File No.:    029671.00624

Invoice No. 333192              Date: 05/18/05

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $255/hr | 9.50 | 2,422.50 |
| Steven A. Goldfarb | SAG | $345/hr | 1.50 | 517.50 |
| | | TOTAL CURRENT FEES | | 2,940.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.50 | $ 172.50 |
| L470 | Enforcement | 1.60 | 408.00 |
| L520 | Appellate Briefs | 8.90 | 2,359.50 |
| | TOTAL CURRENT FEES: | 11.00 | $ 2,940.00 |
| | TOTAL CURRENT COSTS: | | $ 0.26 |
| | CURRENT INVOICE DUE: | | $ 2,940.26 |



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 333192                                     Date: 05/18/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/30/05 | Attention to issues regarding appellate briefing schedule/settlement negotiations. | 0533 | L520 | 0.30 | 76.50 |
| 04/05/05 | Analysis of issues regarding appellant's brief/settlement negotiations. | 0533 | L520 | 0.30 | 76.50 |
| 04/05/05 | Review appellate brief; phone conference with M. Banks regarding appeal strategy; e-mail regarding same; phone conference with counsel for G. Govan regarding extension and status of settlement discussions. | 0546 | L520 | 1.00 | 345.00 |
| 04/27/05 | Attention to settlement correspondence and strategy issues regarding appeal. | 0546 | L160 | 0.50 | 172.50 |
| 04/28/05 | Analysis of issues regarding assets of G. Govan and enforcement of judgment; begin research and drafting of appellee brief. | 0533 | L470 | 1.60 | 408.00 |
| 04/29/05 | Continue research and drafting of appellee brief; analysis of issues regarding enforcement of judgment and fraudulent conveyance; preparation of memorandum regarding same. | 0533 | L520 | 7.30 | 1,861.50 |

| Costs Advanced | | Amount |
|---|---|---|
| Document Reproduction | $ | 0.26 |
| TOTAL CURRENT COSTS | $ | 0.26 |
| CURRENT INVOICE DUE | $ | 2,940.26 |
| PREVIOUS DUE | $ | 5,689.41 |
| TOTAL BALANCE DUE | $ | 8,629.67 |

Hahn Loeser ● Parks LLP   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com