# EXHIBIT 9



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:                 Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:    HFL00000508
    Our File No.:      029671.00624

Invoice No. 335398                          Date: 06/30/05

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---:|---:|
| Rose Marie Fiore | RMF | $150/hr | 56.30 | 8,443.78 |
| Rose Marie Fiore | RMF | $150/hr | 2.10 | 314.94 |
| Steven A. Goldfarb | SAG | $203/hr | 42.40 | 8,603.49 |
| Steven A. Goldfarb | SAG | $203/hr | 0.40 | 81.16 |
| Andrew S. Pollis | ASP | $221/hr | 27.40 | 6,043.35 |
| Andrew S. Pollis | ASP | $221/hr | 3.10 | 683.71 |
| Mariclaire Soulsby | MCS | $91/hr | 9.10 | 829.57 |
| **TOTAL CURRENT FEES** | | | | **25,000.00** |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 0.40 | $ 84.69 |
| L520 | Appellate Briefs | 140.40 | 24,915.31 |
| | TOTAL CURRENT FEES: | 140.80 | $ 25,000.00 |
| | TOTAL CURRENT COSTS: | | $ 105.43 |
| | CURRENT INVOICE DUE: | | $ 25,105.43 |

Hahn Loeser • Parks LLP    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



|  | Re: | Travelodge v. Gopal Govan (Site No 7032 |
|---|---|---|
|  | Your Claim No.: | HFL00000508 |
|  | Our File No.: | 029671.00624 |

Invoice No. 335398                                                         Date: 06/30/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/04/05 | Conduct legal research and prepare draft of appellee brief; attention to issues regarding collection and lien searches. | 0533 | L520 | 5.20 | 779.89 |
| 05/05/05 | Continue legal research of issues on appeal and prepare draft of appellee brief. | 0533 | L520 | 7.60 | 1,139.84 |
| 05/06/05 | Continue legal research of issues on appeal and prepare draft of appellee brief. | 0533 | L520 | 6.80 | 1,019.85 |
| 05/07/05 | Continue legal research of issues on appeal and prepare draft of appellee brief. | 0533 | L520 | 3.40 | 509.92 |
| 05/08/05 | Continue legal research of issues on appeal and prepare draft of appellee brief. | 0533 | L520 | 4.20 | 629.91 |
| 05/09/05 | Review draft appellate brief, case law, trial court summary judgment briefing; conference with AS Pollis regarding revision work to be done; work on revision to appellate brief. | 0546 | L520 | 4.20 | 852.23 |
| 05/09/05 | Phone call with SA Goldfarb regarding status of appellate brief, substantive issues on appeal, and strategy for finalizing same. | 0601 | L120 | 0.20 | 44.11 |
| 05/10/05 | Attention to revision to appellate brief. | 0546 | L520 | 1.20 | 243.49 |
| 05/11/05 | Phone conference with AS Pollis regarding strategy. | 0546 | L120 | 0.20 | 40.58 |
| 05/12/05 | Review briefing to date on liquidated damages issue on appeal in preparation for review of draft Sixth Circuit brief. | 0601 | L520 | 1.20 | 264.67 |
| 05/16/05 | Consideration of issues regarding revisions to brief of appellee including legal research regarding same. | 0533 | L520 | 6.90 | 1,034.85 |
| 05/16/05 | Review of case law and revision to appellate brief. | 0546 | L520 | 4.20 | 852.23 |
| 05/17/05 | Revision and drafting of appellate brief. | 0546 | L520 | 7.50 | 1,521.85 |

Hahn Loeser • Parks LLP   3300 BP Tower   200 Public Square   Cleveland, OH   44114-2301
phone 216.621.0150   fax 216.241.2824   www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 335398                                              Date: 06/30/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/05 | Assist with revisions/edits to brief of appellee including additional legal research regarding gross revenues and liquidated damages. | 0533 | L520 | 7.40 | 1,109.84 |
| 05/17/05 | Phone call with SA Goldfarb and review significant cases for purposes of revising Sixth Circuit brief. | 0601 | L520 | 2.50 | 551.39 |
| 05/18/05 | Review and analysis of revised draft of brief. | 0533 | L520 | 0.60 | 89.98 |
| 05/18/05 | Revision and drafting of appellate brief; consideration of strategy issues regarding same. | 0546 | L520 | 6.00 | 1,217.48 |
| 05/18/05 | Review draft Sixth Circuit brief and conference with SA Goldfarb regarding same; begin revisions to same. | 0601 | L520 | 5.50 | 1,213.08 |
| 05/19/05 | Continued revision of Sixth Circuit brief; phone calls with SA Goldfarb regarding same. | 0601 | L520 | 10.50 | 2,315.89 |
| 05/19/05 | Revise appellee brief. | 0546 | L520 | 4.80 | 973.98 |
| 05/20/05 | Continue assisting with legal research and revisions to appellee brief. | 0533 | L520 | 4.30 | 644.91 |
| 05/20/05 | Continued revision of Sixth Circuit brief, including further revisions based upon SA Goldfarb's comments; miscellaneous phone calls and e-mail exchanges with SA Goldfarb and RM Fiore regarding same. | 0601 | L520 | 6.50 | 1,433.65 |
| 05/20/05 | Review AS Pollis revisions to appellate brief; conference with AS Pollis regarding same; e-mail draft of brief to M. Banks and S. McLester for review and comment. | 0546 | L520 | 5.00 | 1,014.56 |
| 05/22/05 | Review and revision to appellate brief. | 0546 | L520 | 1.50 | 304.37 |
| 05/23/05 | Review appellate brief; conference call with M. Banks. | 0546 | L520 | 2.50 | 507.28 |

Hahn Loeser • Parks   3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 335398                                                                                          Date: 06/30/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/05 | Review e-mails regarding clients' comments on Sixth Circuit brief and e-mail exchanges with SA Goldfarb regarding same; conference with SA Goldfarb regarding potential alternative "totality of circumstances" argument. | 0601 | L520 | 0.80 | 176.44 |
| 05/23/05 | Review and analysis of M. Banks' revisions; assist with revisions to appellee brief. | 0533 | L520 | 1.50 | 224.96 |
| 05/24/05 | Revise/edit appellee brief; conference with SA Goldfarb regarding same. | 0533 | L520 | 4.40 | 659.90 |
| 05/24/05 | Review e-mails regarding revisions to Sixth Circuit brief; conference with RM Fiore regarding same; further review and revise same and e-mail to SA Goldfarb and RM Fiore regarding same. | 0601 | L520 | 1.50 | 330.83 |
| 05/24/05 | Continued revisions and attention to appellate brief. | 0546 | L520 | 4.50 | 913.11 |
| 05/25/05 | Final review and comments on appellate brief. | 0546 | L520 | 1.00 | 202.91 |
| 05/25/05 | E-mail exchanges with RM Fiore regarding status of Sixth Circuit brief; conference call with SA Goldfarb and RM Fiore regarding same and additional changes. | 0601 | L520 | 0.60 | 132.33 |
| 05/25/05 | Assist with revisions to appellee brief; cross-designation to joint appendix and tables; e-mails to AS Pollis and SA Goldfarb regarding same. | 0533 | L520 | 3.30 | 494.93 |
| 05/25/05 | Review brief; attend to preparation of Table of Contents and Table of Authorities; attend to organization of unreported cases. | 0516 | L520 | 3.30 | 300.83 |
| 05/26/05 | Attend to preparation of Appellee's Proof Brief in final; attend to final review and revisions to Table of Contents and Table of Authorities; attend to preparation of Addendum of Unreported Cases; attend to filing and service. | 0516 | L520 | 5.30 | 483.16 |

Hahn Loeser • Parks LLP    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 335398                                                      Date: 06/30/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/26/05 | Final review and revise Sixth Circuit brief. | 0601 | L520 | 1.20 | 264.67 |
| 05/26/05 | Assist with final proofreading and revisions to appellee brief; attention to issues regarding filing and service of same. | 0533 | L520 | 2.80 | 419.94 |
| 05/27/05 | Attend to status of Proof Brief filing with Sixth Circuit Court of Appeals. | 0516 | L520 | 0.50 | 45.58 |
| 05/31/05 | Attention to appellate issues. | 0546 | L520 | 0.20 | 40.58 |

| Costs Advanced | | Amount |
|---|---|---|
| Document Reproduction | $ | 105.43 |
| TOTAL CURRENT COSTS | $ | 105.43 |
| CURRENT INVOICE DUE | $ | 25,105.43 |
| PREVIOUS DUE | $ | 7,924.26 |
| TOTAL BALANCE DUE | $ | 33,029.69 |

Hahn Loeser ● Parks LLP | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com