# EXHIBIT 10



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

    Re:               Travelodge v. Gopal Govan (Site No 7032
    Your Claim No.:    HFL00000508
    Our File No.:      029671.00624

          Invoice No. 336783                        Date: 07/25/05

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $182/hr | 1.00 | 181.62 |
| Rose Marie Fiore | RMF | $182/hr | 0.40 | 72.64 |
| Steven A. Goldfarb | SAG | $246/hr | 1.00 | 245.74 |
| | | TOTAL CURRENT FEES | | 500.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L510 | Appellate Motions and Submissions | 0.90 | $ 163.45 |
| L520 | Appellate Briefs | 1.50 | 336.55 |
| | TOTAL CURRENT FEES: | 2.40 | $ 500.00 |
| | TOTAL CURRENT COSTS: | | $ 32.55 |
| | CURRENT INVOICE DUE: | | $ 532.55 |

Hahn Loeser • Parks LLP | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com





Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 336783                                                            Date: 07/25/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/15/05 | Receive, review and analysis of reply brief; email to M. Banks regarding same. | 0533 | L520 | 0.50 | 90.81 |
| 06/15/05 | Review reply brief and attention to same. | 0546 | L520 | 1.00 | 245.74 |
| 06/20/05 | Attention to issues regarding filing of joint appendix including review and analysis of draft of same and telephone conference with opposing counsel. | 0533 | L510 | 0.40 | 72.64 |
| 06/21/05 | Receive, review and analysis of Joint Appendix; add cites to Proof Brief. | 0533 | L510 | 0.50 | 90.81 |

| Costs Advanced | | Amount |
|---|---|---|
| Overnight Delivery/Messenger Service | $ | 20.55 |
| Document Reproduction | | 12.00 |
| TOTAL CURRENT COSTS | $ | 32.55 |
| CURRENT INVOICE DUE | $ | 532.55 |
| PREVIOUS DUE | $ | 33,029.69 |
| TOTAL BALANCE DUE | $ | 33,562.24 |

Hahn Loeser • Parks LLP | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com