# EXHIBIT 11



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 341090                                                                                   Date: 10/12/05

## SUMMARY OF CHARGES

### Summary of Time

| | | | | |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $255/hr | 0.40 | 102.00 |
| | | TOTAL CURRENT FEES | | 102.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L520 | Appellate Briefs | 0.40 | $ 102.00 |
| | TOTAL CURRENT FEES: | 0.40 | $ 102.00 |
| | TOTAL CURRENT COSTS: | | $ 955.13 |
| | CURRENT INVOICE DUE: | | $ 1,057.13 |





Re: Travelodge v. Gopal Govan (Site No 7032  
Your Claim No.: HFL00000508  
Our File No.: 029671.00624  

Invoice No. 341090                                    Date: 10/12/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/05 | Prepare final appellee brief; attention to filing and service of same. | 0533 | L520 | 0.40 | 102.00 |

| Costs Advanced | | Amount |
|---|---|---|
| Overnight Delivery/Messenger Service | $ | 15.13 |
| Document Reproduction | | 137.50 |
| Outside Photocopy | | 26.75 |
| Search Charges | | 775.75 |
| TOTAL CURRENT COSTS | $ | 955.13 |
| CURRENT INVOICE DUE | $ | 1,057.13 |
| PREVIOUS DUE | $ | 5,516.55 |
| TOTAL BALANCE DUE | $ | 6,573.68 |

Hahn Loeser • Parks LLP  
3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301  
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com