# EXHIBIT 12



Travelodge Hotels, Inc.
1 Sylvan Way
Parsippany, New Jersey 07054

Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 344684                                  Date: 12/13/05

## SUMMARY OF CHARGES

### Summary of Time

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| Rose Marie Fiore | RMF | $243/hr | 0.40 | 97.11 |
| Rose Marie Fiore | RMF | $243/hr | 0.20 | 48.55 |
| Steven A. Goldfarb | SAG | $328/hr | 28.00 | 9,197.40 |
| Steven A. Goldfarb | SAG | $328/hr | 1.50 | 492.71 |
| Steven A. Goldfarb | SAG | $328/hr | 0.50 | 164.23 |
|  |  | TOTAL CURRENT FEES |  | 10,000.00 |

| Item | Activity | Total Hrs | Total Fees |
|---|---|---|---|
| L520 | Appellate Briefs | 5.50 | $ 1,806.62 |
| L530 | Oral Arguments | 25.10 | 8,193.38 |
| | TOTAL CURRENT FEES: | 30.60 | $ 10,000.00 |
| | TOTAL CURRENT COSTS: | | $ 500.24 |
| | CURRENT INVOICE DUE: | | $ 10,500.24 |

Hahn Loeser ● Parks LLP   3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



|  | Re: | Travelodge v. Gopal Govan (Site No 7032 |
|---|---|---|
|  | Your Claim No.: | HFL00000508 |
|  | Our File No.: | 029671.00624 |

Invoice No. 344684                                                         Date: 12/13/05

| Date | Professional Services Rendered | By Whom | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/06/05 | Receive, review and analysis of correspondence from court regarding oral argument; e-mail to SA Goldfarb regarding same. | 0533 | L530 | 0.20 | 48.55 |
| 11/12/05 | Organization of materials and case law in preparation for oral argument. | 0533 | L530 | 0.40 | 97.11 |
| 11/17/05 | Attention to appellate argument status. | 0546 | L530 | 0.50 | 164.23 |
| 11/22/05 | Review case law and briefs in preparation for oral argument in Sixth Circuit. | 0546 | L530 | 2.00 | 656.96 |
| 11/23/05 | Review appellate briefs to begin preparation for oral argument. | 0546 | L520 | 3.00 | 985.43 |
| 11/25/05 | Review appellate briefs and case law to prepare for oral argument. | 0546 | L520 | 2.50 | 821.19 |
| 11/26/05 | Prepare for oral argument in Sixth Circuit including review of case law on various issues and prepare outline for argument. | 0546 | L530 | 5.00 | 1,642.39 |
| 11/27/05 | Continued preparation for oral argument. | 0546 | L530 | 4.00 | 1,313.91 |
| 11/28/05 | Attention to preparation for oral argument in Sixth Circuit. | 0546 | L530 | 1.50 | 492.71 |
| 11/29/05 | Travel to Cincinnati for oral argument and prepare for argument. | 0546 | L530 | 3.50 | 1,149.68 |
| 11/30/05 | Prepare for oral argument in Sixth Circuit; to court and attend argument; phone conferences with M. Banks; e-mail regarding arguments; travel to Cleveland. | 0546 | L530 | 8.00 | 2,627.84 |

| Costs Advanced | Amount |
|---|---|
| Document Reproduction | $    0.90 |
| Filing Fees | -78.00 |

Hahn Loeser • Parks    3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com



Re: Travelodge v. Gopal Govan (Site No 7032
Your Claim No.: HFL00000508
Our File No.: 029671.00624

Invoice No. 344684                                            Date: 12/13/05

Costs Advanced                                                      Amount

Fax                                                                   1.00
Lodging                                                             267.94
Meals                                                                75.00
Travel Fare                                                         153.40
Taxi                                                                 80.00

                        TOTAL CURRENT COSTS        $      500.24

                        CURRENT INVOICE DUE        $   10,500.24

                        TOTAL BALANCE DUE          $   10,500.24

Hahn Loeser ● Parks LLP | 3300 BP Tower | 200 Public Square | Cleveland, OH | 44114-2301
phone 216.621.0150 | fax 216.241.2824 | www.hahnlaw.com