UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-3037

06 JAN 19 AM 9:25

Filed: January 17, 2006

TRAVELODGE HOTELS INC.

    Plaintiff - Appellee

*01-784*

v.

GOPAL GOVAN

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 12/15/05 the mandate for this case hereby issues today.

COSTS: NO COSTS TAXED

Filing Fee ............$
Printing ..............$
    Total .............$

A True Copy.

Attest:

_(signature)_
Deputy Clerk