UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. C-1-01-784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| v. | ) | Magistrate Judge Timothy S. Black |
| | ) | |
| GOPAL GOVAN, | ) | |
| | ) | **UNOPPOSED MOTION FOR** |
| Defendant/Third-Party | ) | **EXTENSION OF TIME TO REPLY** |
| Plaintiff, | ) | **TO DEFENDANT GOPAL GOVAN'S** |
| v. | ) | **MEMORANDUM IN OPPOSITION** |
| | ) | **TO MOTION TO SUPPLEMENT** |
| | ) | **JUDGMENT WITH ATTORNEYS'** |
| CINCINNATI TRAVELODGE, | ) | **FEES AND COSTS INCURRED ON** |
| | ) | **APPEAL** |
| Third-Party Defendant. | ) | |

Plaintiff Travelodge Hotels, Inc. ("THI") respectfully requests that it be granted an additional seven (7) days, up to and including February 3, 2006, to file its Reply to Defendant Gopal Govan's Memorandum in Opposition to Motion to Supplement Judgment with Attorneys' Fees and Costs Incurred on Appeal. The additional time is necessary for THI to prepare its response. Counsel for THI has contacted counsel for Defendant Gopal Govan ("Govan") regarding this Motion, and counsel for Govan has indicated that he does not oppose the requested extension.

A proposed Order is attached for the Court's convenience.

Respectfully submitted,

OF COUNSEL:

HAHN LOESER & PARKS LLP

_____ /s/ Steven A. Goldfarb _____
Steven A. Goldfarb (0030186)
   sagoldfarb@hahnlaw.com
Rose Marie Fiore (0065243)
   rmfiore@hahnlaw.com

3300 BP Tower
200 Public Square
Cleveland, Ohio 44114-2301
(216) 274-2347

Attorneys for Plaintiff Travelodge Hotels, Inc.

CLE - 927359.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January 2006, a copy of the foregoing Unopposed Motion for Extension of Time to Reply to Defendant Gopal Govan's Memorandum in Opposition to Motion To Supplement Judgment With Attorneys' Fees and Costs Incurred on Appeal was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


/s/ Steven A. Goldfarb
One of the Attorneys for Travelodge Hotels, Inc.

CLE - 927359.1