UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRAVELODGE HOTELS, INC., | ) CASE NO. C-1-01-784 |
| | ) |
| Plaintiff, | ) JUDGE WEBER |
| v. | ) Magistrate Judge Timothy S. Black |
| | ) |
| GOPAL GOVAN, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) **ORDER** |
| | ) |
| CINCINNATI TRAVELODGE, | ) |
| | ) |
| Third-Party Defendant. | ) |

This cause is before the Court on Plaintiff Travelodge Hotels, Inc.'s ("THI") Unopposed Motion for Extension of Time to Reply to Defendant Gopal Govan's Memorandum in Opposition to Motion to Supplement Judgment with Attorneys' Fees and Costs Incurred on Appeal ("Reply Brief"). The Court, having considered said motion and for good cause shown, hereby orders that THI's motion is granted. THI shall have an extension of seven (7) days, up to and including February 3, 2006, to file the Reply Brief.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

CLE - 927359.1