UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRAVELODGE HOTELS, INC., | ) | CASE NO. 1:01-CV-00784 |
| | ) | |
| Plaintiff, | ) | JUDGE WEBER |
| | ) | MAGISTRATE JUDGE TIMOTHY S. BLACK |
| v. | ) | |
| | ) | |
| GOPAL GOVAN, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| Defendant/Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CINCINNATI TRAVELODGE, | ) | |
| Third-Party Defendant. | ) | |

Notice is hereby given of the appearance of Erica L. Calderas of Hahn Loeser & Parks LLP, 200 Public Square, Suite 3300, Cleveland, Ohio 44114, in substitution for Nancy A. Oliver and Rose Marie Fiore in the above-captioned matter as counsel for Plaintiff Travelodge Hotels, Inc. Accordingly, the courts records may be revised to remove Ms. Oliver and Ms. Fiore as co-counsel of record and to reflect those attorneys identified on the signature block below as counsel of record.

OF COUNSEL:

HAHN LOESER & PARKS LLP

Respectfully submitted,

   /s/ Erica L. Calderas
Steven A. Goldfarb (0030186)
  sagoldfarb@hahnlaw.com
Erica L. Calderas (0064064)
  elcalderas@hahnlaw.com
200 Public Square, Suite 3300
Cleveland, Ohio 44114-2301
Phone: 216.621.0150
Facsimile: 216.241.2824

Marc J. Kessler (0059236)
  mjkessler@hahnlaw.com
65 East State Street, Suite 1400

CLE - 980101.1

          Columbus, Ohio 43215
          Phone: 614.221.0240
          Facsimile: 614.221.5909

          Attorneys for Plaintiff Travelodge Hotels, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2006, a copy of the foregoing Notice of Substitution of Counsel for Plaintiff Travelodge Hotels, Inc. was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


/s/ Erica L. Calderas
One of the Attorneys for Travelodge Hotels, Inc.